```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                           UNSEALING ORDER
       -v.-                       :
                                           S5 16 Cr. 387 (JMF)
JULIO MARQUEZ-ALEJANDRO, et al.   :

                                  :
              Defendants.
- - - - - - - - - - - - - - - - - - -x
```

Upon application of the United States of America, by and through Assistant United States Attorney Jordan Estes, it is hereby ORDERED that Indictment S5 16 Cr. 387 (JMF), which was filed under seal on December 10, 2018, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         December 11, 2018

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK