UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                v.

LUIS BLONDET

                Defendants.
------------------------------------------------------X

ORDER
16 CR 387-1

JESSE M. FURMAN,
UNITED STATES DISTRICT JUDGE:

Upon the motion of the defendant Luis Blondet, by his attorney Lee Ginsberg, it is hereby ORDERED, that the authorization for 200 hours of paralegal services to be performed by Carmen Espinal dated October 9, 2017 be authorized *nunc pro tunc* to September 1, 2017.

The Clerk of Court is directed to terminate Doc. #441.

Dated: October  1  2020
       New York, NY

                                            HONORABLE JESSE M. FURMAN
                                            UNITED STATES DISTRICT JUDGE