M46HBLO1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

       v.                           16 CR 387 (JMF)

LUIS BLONDET and
JULIO MARQUEZ-ALEJANDRO,

           Defendants.        Trial
------------------------------x

                                New York, N.Y.
                                April 6, 2022
                                9:00  a.m.

Before:

                 HON. JESSE M. FURMAN,

                              District Judge

                           - and a jury -

M46HBLO1

1                              APPEARANCES

2   DAMIAN WILLIAMS
           United States Attorney for the
3          Southern District of New York
    BY:    JUSTIN V. RODRIGUEZ
4          JAMIE E. BAGLIEBTER
           JACOB R. FIDDELMAN
5          PETER J. DAVIS
           Assistant United States Attorneys
6
    FREEMAN NOOTER & GINSBERG
7          Attorneys for Defendant Blondet
    BY:    LOUIS M. FREEMAN
8          -and-
    JOSHUA L. DRATEL
9
    BOBBI C. STERNHIM
10  ALEX S. HUOT
           Attorneys for Defendant Marquez-Alejandro
11         -and-
    SHEEHAN REEVE & NEAR
12  BY:    RICHARD A. REEVE
           EMILY C. KAAS
13         -and-
    O'NEILL and HASSEN
14  BY:    GRAINNE E. O'NEILL

15
    Also Present:
16
    Erika de los Ríos, Interpreter (Spanish)
17  Cristina Weisz, Interpreter (Spanish)

18

19

20

21

22

23

24

25

M46HBLO1

1                    (Trial resumed; jury not present)

2                    THE COURT:  You may be seated.

3                    Good morning.  Welcome back.  Defendants are present.

4    Counsel is present.

5                    Government ready to proceed?

6                    MR. RODRIGUEZ:  Yes, your Honor.

7                    THE COURT:  Defendants ready to proceed?

8                    MR. FREEMAN:  Yes.

9                    MR. REEVE:  Yes.

10                   THE COURT:  All right.  We're getting the jury.  I

11   understand that you've given us the exhibits that everybody's

12   agreed upon.  Is that correct?

13                   MR. RODRIGUEZ:  Yes, your Honor.

14                   MR. FREEMAN:  Yes.

15                   MR. REEVE:  Yes.

16                   THE COURT:  OK.  I don't think they include the

17   physical exhibits, but I would think that the nondrug physical

18   exhibits should also be sent back to the jury.

19                   MR. RODRIGUEZ:  That's our plan, your Honor.

20                   THE COURT:  So if you can assemble those and everybody

21   verify that they're comprehensive and accurate, that would be

22   great.  Obviously have a little time to do that.

23                   Then I did docket last night the revised jury

24   instructions.  I suppose if you're all going to say they look

25   great, then we can take care of that now.  If there's anything

M46HBLO1

1    to discuss, I would say let's do it at the beginning of the

2    lunch break.

3         MR. REEVE:  All right.  Thank you, your Honor.

4         MR. RODRIGUEZ:  Your Honor, we haven't identified any

5    issues yet, but we haven't finished reviewing.  So nothing to

6    raise right now.

7         THE COURT:  Why don't we just check back at the

8    beginning of the lunch break.  When I said new objections or

9    suggestions, I should have been clear.  I meant with respect to

10   the changes.  Obviously, stuff that you had an opportunity to

11   raise yesterday, you had an opportunity to raise yesterday.

12        All right.  We will get the jury in and get started.

13        (Jury present)

14        THE COURT:  You may be seated.

15        All right.  Welcome.  Good morning, ladies and

16   gentlemen.  Thank you for being here on time, particularly with

17   the dreary weather.  I know sometimes it can delay commutes.

18        As I told you yesterday, we will proceed with

19   summations this morning.  The government goes first and then

20   gets the final word with rebuttal as well, and that's because

21   the government bears the burden of proof, as I've told you many

22   times and will tell you again later.

23        Reminder, number one, what the lawyers say is not

24   evidence.  All right.  It's just their arguments as to what

25   conclusions you should draw from the evidence.  The conclusions

1    that you draw are entirely up to you.  And if your

2    recollections of the defendant differs from theirs, it's your

3    recollections that govern.

4              In addition, they can't tell you what the law is.

5    That's my job.  So they're certainly welcome to sort of discuss

6    the law with you, talk about what they expect me to tell you,

7    but if my instructions about the law conflict with theirs, it's

8    my instructions that govern.

9              With that, I'd ask you to listen with care.

10   Certainly, it's a very important part of the case even if it's

11   not evidence, and the parties would appreciate your careful

12   attention.

13             With that, we'll proceed.  Mr. Rodriguez, you may

14   proceed.

15             MR. RODRIGUEZ:  Over the past few weeks, you've seen

16   and heard evidence about a brutal drug cartel.  The members of

17   this cartel sold enormous amounts of cocaine, they bribed

18   corrupt police officers, and they committed murder on a massive

19   scale.  This cartel was La Organizacion de Traficantes Unidos,

20   or La ONU.

21             One of La ONU's founding fathers was the defendant,

22   Julio Marquez-Alejandro, Chino.  One of Chino's closest allies

23   and one of his eventual successors was the other defendant,

24   Luis Blondet.  For more than a decade, Chino controlled the

25   Manuel A. Perez, or MAPA, housing projects in San Juan, but

1   because of La ONU, Chino's power extended far beyond MAPA.

2   Chino sold thousands of kilograms of cocaine throughout

3   Puerto Rico and right here in New York City.  Because of

4   La ONU, Chino thrived.  He had steady suppliers and customers

5   and powerful allies.

6           Chino, just like other members of La ONU, routinely

7   resorted to murder.  He had people ready to kill for him at a

8   moment's notice.  So when someone threatened Chino or his

9   allies, Chino sent his assassins.  When Chino thought Israel

10  Crespo-Cotto was cooperating with federal authorities, Chino

11  sent people to kill him on his balcony.  When Chino thought

12  Carlos Barbosa had turned against him, Chino sent people to

13  kill him in a barbershop.  Murder was an important part of how

14  Chino operated.

15          Like Chino, Blondet sold large amounts of cocaine in

16  Puerto Rico and New York.  And like Chino, Blondet did

17  everything he could to protect his position in La ONU.

18  Disrespect from anyone could not be tolerated.  That's why when

19  Crystal Martinez-Ramirez embarrassed Blondet at a party in

20  MAPA, he could not let it go.  In his mind, a message had to be

21  sent.  No one disrespects a member of La ONU.  That's why

22  Blondet shot Crystal in the head and dumped her body on the

23  corner like a piece of trash.

24          This trial has been a long time coming, and now it's

25  almost over.  March 20, which was a few weeks ago, it was a few

M46HBLO1                    Summation - Mr. Rodriguez

1   days after this trial started, was the 13-year anniversary of

2   the murder of Carlos Barbosa.  This Saturday, April 9, will be

3   the 17-year anniversary of the murder of Crystal

4   Martinez-Ramirez.  For a long time the defendants must have

5   thought that they had gotten away with their crimes, but not

6   anymore.  The time has come to finally hold the defendants

7   accountable for the crimes that they've committed.

8          This summation is my chance to show you how the

9   evidence you've seen at this trial fits together.  Along the

10  way I'll talk briefly about the charges against the defendants,

11  but Judge Furman will give you more detailed instructions on

12  the law, and as he mentioned, what he says controls.  I'll just

13  give a brief overview.

14         The charges in this case relate to the defendants'

15  participation in La ONU, but before we talk about La ONU, it's

16  important to remember what things looked like before the

17  creation of La ONU.

18         In the late '90s and early 2000s, various local crews

19  ran the drug trade in the housing projects of the San Juan

20  area.  Back then it was pretty much every crew for itself.

21  Chino was the head of the MAPA crew.  Two members of Chino's

22  MAPA crew, Reinaldo Cruz Fernandez, or Remy, and Jose Victor

23  Pellot-Cardona, or Vitito, told you about Chino's crew before

24  the founding of La ONU.  Chino formed his MAPA crew after

25  MAPA's prior leader, Indio, had been arrested.  Chino's crew

included Remy; Vitito; Blondet; Israel Crespo-Cotto; Carlos
Barbosa; Abdiel, or Osama; and Papito, among other people.

Now, in those early years, Chino had created the
perfect right-hand man in Remy and the perfect killer in
Vitito. They'd proven themselves to be loyal, to be people who
would kill when Chino wanted them to kill. They told you about
the first times that Chino sent them to kill. Chino sent Remy
and other members of the MAPA crew to kill Gordo and  Gara,
leftover members of Indio's crew.

They also told you about how, with Chino's approval,
they participated in the murders of Monchito and Buron. It's
not surprising, then, that when Chino later wanted Carlos
Barbosa killed, he sent Remy and Vitito to be part of the kill
squad.

Now, Remy and Vitito were not the only ones who
followed Chino's orders in those early days. Blondet did as
well. When Chino needed him to help out with Gordo and
  Gara, Blondet picked up his AK-47, and he got to work. When
Chino had decided that Monchito would be killed, it was Blondet
who pulled the trigger.

Blondet didn't know it at the time, but putting in
this work for Chino would later save his life. When Blondet
killed Crystal in MAPA without Chino's and without La ONU's
prior approval, it was his work in those early years that saved
him. So when the time came to decide whether to punish Blondet

M46HBLO1                    Summation - Mr. Rodriguez

1    for killing a woman or to let it slide, Chino let it slide.

2                This was the foundation that Chino built in those

3    early days, a core group in MAPA that was loyal to him, that

4    made him money, that would kill for him.  It was on that

5    foundation that La ONU was built.

6                You've learned a lot about La ONU at this trial.  You

7    didn't learn about it from just one witness.  Four different

8    members of La ONU, four people who have pleaded guilty to being

9    part of La ONU, came into this courtroom and gave you an inside

10   look into the organization.  You know from those witnesses that

11   La ONU was an alliance of drug traffickers from the San Juan

12   area formed in the mid-2000s.  It was formed to increase drug

13   sales in both Puerto Rico and the rest of the United States.

14               Because of La ONU, members were able to sell more

15   drugs to more people at better prices for a long time.

16               La ONU was also formed to decrease conflict.

17   Unfortunately, La ONU wasn't always successful in that regard.

18   All four of the La ONU witnesses told you about La Rompe ONU, a

19   rival organization that formed after the murder of Coquito.

20   You heard, however, that when war broke out between La ONU and

21   La Rompe ONU, members of La ONU united to combat and kill their

22   common enemies.

23               Chino was there from the very beginning of La ONU.

24   Figueroa Sanchez told you how he, his old boss Coquito, Chino,

25   and Angelo Millones were all together when the idea for La ONU

M46HBLO1                    Summation – Mr. Rodriguez

1    came up at Chino's place of business.

2            Now I want to put aside a distraction right away.

3    Chino is not charged with being the leader of La ONU.  In the

4    very first sentence of Ms. Sternheim's opening statement, she

5    said the evidence will not support the charges that Julio

6    Marquez-Alejandro is the leader of La ONU.  Chino is not

7    charged with being the leader of La ONU.  Also, Chino was not

8    the leader of La ONU.  La ONU did not have one leader.  It was

9    an alliance governed by several leaders from different areas.

10   You've heard how the various leaders from these areas came

11   together and made decisions.  Chino may have called the shots

12   in MAPA, but did any witness in this case tell you that Chino

13   made all the decisions for La ONU?  No.

14           Figueroa Sanchez explained to you how La ONU made

15   decisions.  "We would call a meeting, we would discuss the

16   issues, and we would arrive at a decision."  That's how La ONU

17   worked.

18           These are some of the leaders who, at least towards

19   the beginning, led the alliance.  Chino was certainly one of

20   them, and you've even heard that Chino, Figueroa Sanchez, and

21   Angelo Millones were three of the most powerful and important

22   leaders in La ONU.  But make no mistake, Chino was one of

23   several leaders.

24           As some of these witnesses told you, this was like a

25   United Nations for drug dealers.  Some came from just outside

M46HBLO1                    Summation - Mr. Rodriguez

1   San Juan, like from Bayamón.  Most came from San Juan and

2   Carolina.  Let's look at some of those La ONU territories.

3           There was MAPA and San Jose.  Over here was Torres de

4   Sabana and Sabana Abajo, and down here was Monte Hatillo.  When

5   La ONU was created, all these different housing projects and

6   more were united in a single purpose: more drugs to more people

7   at better prices and with less interference from the police.

8           The MAPA crew did not stop existing when La ONU was

9   formed.  Instead, it joined together with other crews from

10  these other areas to achieve common goals.  Here are some of

11  them.

12          Within MAPA and San Jose were Blondet; Chio; Chino;

13  Orlan the Barber; Abdiel, or Osama; Vitito; Remy; Carlos

14  Barbosa; and Pony.

15          Within Torres de Sabana, there was Harold Figueroa

16  Sanchez, Coquito, Anibal, Jason, Willie Moreno, and Josue

17  El Gordo.

18          Here was Monte Hatillo.  Two of those leaders, Pito

19  Paz, Hommysan Carino-Bruno.

20          And then there was Selles, El Prado and Las Dalias.

21  Those leaders included, Alfalfa; Macar, that's Asencio Viera

22  who testified in this case; Jordan; Chi Chi; Hincho; and Danny

23  KX, or Danny KX.

24          All these crews and many more came together and formed

25  La ONU.  So you've heard about the purpose of La ONU, about its

1   structure, and about its leadership.  Let's turn now to the

2   crimes that members of La ONU committed, particularly the

3   crimes that the defendants committed.

4           First, you know that these defendants sold massive

5   amounts of cocaine as part of La ONU, literally tons of

6   cocaine, and not only in Puerto Rico, but also right here in

7   New York City, including in the Bronx.

8           You also know that as part of their membership in

9   La ONU, these two defendants ordered or participated in murders

10  and attempted murders.  Finally, you know that La ONU sometimes

11  used the services of corrupt cops that it bribed to assist with

12  both its drug activities and acts of violence.

13          Now, before I talk to you about these crimes, I want

14  to talk to you about the first charge against the defendants in

15  this case.  You'll hear this referred to sometimes as Count

16  One.  Now, Judge Furman again will give you instructions on the

17  law, and I want to emphasize that if anything I say conflicts

18  with what he says, follow his instructions.  But I expect that

19  Judge Furman will tell you that in Count One, the defendants

20  are charged with something called racketeering conspiracy.

21          A conspiracy is an agreement.  Each defendant is

22  charged with agreeing with at least one other person to

23  participate in the conduct of the affairs of a racketeering

24  enterprise, specifically, La ONU, a racketeering enterprise

25  that conducts its business through a pattern of racketeering

M46HBLO1                  Summation - Mr. Rodriguez

1    activity.

2         Now, let's break that down.  An enterprise, what's an

3    enterprise?  An enterprise is not a complicated or special

4    thing.  I expect Judge Furman will tell you that an enterprise

5    is a group of people who associate together for a common

6    purpose of engaging in a course of conduct.  Now, you know from

7    the evidence that La ONU was a group of drug traffickers who

8    banded together to sell more drugs.  That's an enterprise.  In

9    fact, that's a classic example of an enterprise.

10        The enterprise, you'll learn, must have had some

11   impact, however slight, on interstate or foreign commerce.

12   Now, here this is very easy.  I expect Judge Furman will tell

13   you that all narcotics activity has an effect on interstate

14   commerce.

15        La ONU engaged in three types of racketeering

16   activity:  (1) selling drugs, like cocaine; (2) murders and

17   attempted murders; and (3) bribery.

18        Now, the government does not have to prove that the

19   defendants agreed that all of this racketeering activity would

20   occur.  Each defendant only needed to agree that two individual

21   acts in these categories would occur.  So if each defendant

22   only agreed to two acts of drug trafficking, that's enough, or

23   one act of drug trafficking and one murder.  All you need is

24   two acts.  Though, of course, you have way more than just two

25   in this case.

1      But as we discuss the defendants' involvement in

2  selling cocaine as part of La ONU, keep the following in mind:

3  You can find each defendant guilty of Count One just based on

4  the drug evidence.  In other words, you can find each defendant

5  guilty of Count One without even considering any of the many

6  murders that you've heard about at this point and at this

7  trial.

8      Now, don't get me wrong.  We're going to talk about

9  those murders, and we're going to talk about the evidence that

10 proves that the defendants agreed to participate in La ONU's

11 pattern of murders and attempted murders, and you should also

12 convict on Count One based on the evidence of those murders and

13 attempted murders.  But before we get there, just keep in mind

14 that you can convict the defendants of Count One just on the

15 drug evidence, before you even have to think about a single

16 murder.

17     So let's talk first about how Chino and Blondet agreed

18 to participate in La ONU's pattern of distributing cocaine.

19 You heard about the connection between La ONU and Chino's drug

20 business from four different witnesses.  You heard about it

21 from his primary supplier, Harold Figueroa Sanchez; from his

22 right-hand man, Remy; from a foot soldier, an assassin in his

23 MAPA crew, Vitito; and from a fourth member of La ONU, Asencio

24 Viera.

25     La ONU was great for Chino's drug business.  After the

1  formation of La ONU, major cocaine suppliers sold drugs to

2  La ONU in larger quantities and at better prices.  You heard,

3  for example, how after the creation of La ONU, Tony Zinc and

4  Harold Figueroa Sanchez imported hundreds of kilograms of

5  cocaine from the Dominican Republic to Puerto Rico on a weekly

6  basis to supply members of La ONU, including Chino and Blondet.

7          La ONU also offered Chino's and Blondet's drug

8  businesses the protection of other allies in La ONU and also

9  the protection of the police.  When huge shipments of cocaine

10  arrived from the Dominican Republic, it was corrupt cops who

11  had been bribed to assist La ONU that helped escort the

12  hundreds of kilos of cocaine to safe places where they would be

13  divided up for the benefit of members of La ONU, like Chino and

14  Blondet.

15          Now, for his part, Chino was receiving from Figueroa

16  Sanchez dozens of kilograms of cocaine a week after the

17  formation of La ONU.  Once Chino received his kilos of cocaine,

18  he had three primary ways of selling it:

19          First, Chino had his MAPA retail operation.  He

20  supplied cocaine to drug spots in MAPA where users purchased

21  cocaine for their personal use.

22          Second, Chino had his Puerto Rico wholesale operation.

23  In other words, he sold larger quantities of cocaine to various

24  people, including other members of La ONU, such as Asencio

25  Viera and Las Dalias.  Being able to sell to such an expansive

1   customer base was one of the many benefits that La ONU created.

2   You even heard about some of the people involved in this part

3   of Chino's operation.  Both Remy and Asencio Viera told you

4   that Chino's primary runner, the person who would deliver

5   Chino's drugs to his customers, was Polvoron.  Remy said:

6   "Q.  Who was that was person who Chino had working for him as

7   his main runner at that time?

8   "A.  Polvo.

9   "Q.  Is that short for a longer nickname?

10  "A.  Yes.  Polvoron."

11         What did Asencio say?

12  "Q.  You would buy eighths of coke from who?

13  "A.  So I would always buy from Polvoron, and Polvoron would

14  tell me that that came from Chino."

15         Third, Chino had his New York wholesale operation.

16  Cocaine went up to New York, and money went down to

17  Puerto Rico.  Chino sent kilograms of cocaine through various

18  routes to New York City.  Remy estimated that when he got out

19  of jail, Chino was sending eight or 12 kilos per shipment twice

20  a month to New York.

21         He testified:

22  "Q.  How many kilos of cocaine was Chino typically sending to

23  New York City per month?

24  "A.  So it was between eight or 12 per shipment.  So if he was

25  doing that twice a month, it was something like 20."

1          Both Remy and Figueroa Sanchez told you about how

2     Chino sent kilos of cocaine to New York.  Chino used the mail

3     and he used mules at the airports to smuggle drugs on airplanes

4     with the assistance of corrupt airport employees.

5          Figueroa Sanchez also told you about how Chino had

6     people in the Bronx and Brooklyn who sold his cocaine for him

7     once it got here.

8          Now, why did Chino bother sending cocaine to New York?

9     The answer is money.  Both Remy and Figueroa Sanchez explained

10    that you could make between eight to $12,000 more per kilo if

11    you sold it here in New York than in Puerto Rico.

12         Now, like Chino, Blondet sold cocaine in both

13    Puerto Rico and other places.  You heard from the La ONU

14    witnesses about how he sold cocaine in both MAPA and San Jose.

15    And when Chino was arrested in 2013, Remy and Vitito told you

16    how Blondet gained control of the lower part of MAPA.  Even

17    though Figueroa Sanchez and Chino were in jail at that point,

18    La ONU continued to thrive.  Blondet reaped the benefits.

19         You also heard from the witnesses that Blondet sent

20    his cocaine to other places like the Bronx, Philadelphia, and

21    Florida.  In fact, you heard that Blondet sent kilos of cocaine

22    to Florida from three different witnesses:  Juan Valdez, Hector

23    Velez-Santiago, and Harold Figueroa Sanchez.

24         You know that the witnesses told you the truth about

25    La ONU's drug business, including Chino's drug business and

M46HBLO1                        Summation - Mr. Rodriguez

1    Blondet's, because not only are the testimonies of these

2    witnesses consistent about the defendants' drug dealing over

3    the course of more than a decade, but they are backed up and

4    corroborated by the other evidence in the case: the defendants'

5    prior guilty pleas to drug offenses, the text messages, the

6    recorded phone calls, the packages, the fingerprint evidence,

7    and the kilos of actual cocaine that are in evidence in this

8    case.

9            So let's start with the defendants' prior guilty

10   pleas.  This is Government Exhibit 906.  The parties

11   stipulated, or agreed, that in 2013 Chino pled guilty to

12   conspiracy to distribute and possess with intent to distribute

13   five kilograms or more of cocaine within 1,000 feet of MAPA

14   between January 2007 and January 2008.

15           Chino's own prior guilty plea establishes that he was

16   supplying cocaine in MAPA during the period of the charged

17   conspiracy, backing up what the La ONU witnesses told you.  As

18   you'll see from Judge Furman's instructions, in this case

19   you'll be asked to determine whether the defendants knew that

20   La ONU would sell five or more kilograms of cocaine.  This

21   single exhibit proves that Chino did.

22           The parties also agreed that in 2017, Blondet pled

23   guilty in this district to conspiracy to distribute and possess

24   with intent to distribute five kilograms or more of cocaine.

25   He said, his words:  "I, from 2011 to 2013, conspired with

1    other people to transport five kilos or more of cocaine from

2    Puerto Rico to the United States, to New York."

3         Blondet's own words back up what the witnesses told

4    you and confirm that he knew that La ONU dealt at least that

5    much cocaine.

6         Now, various witnesses have told you that both Chino

7    and Blondet used phones at times to conduct their drug

8    business, but you don't have to take the witnesses' word for

9    it.  The other evidence backs that up.  You'll remember that

10   the parties stipulated that when Chino was arrested in May of

11   2013, a cell phone was taken from him.  These text messages

12   were found on his phone.

13        "And how many chickens are there left?"

14        "I have a 31 left."

15        "Count the $."

16        "I'm doing just that."

17        "OK."

18        "I have 15,983.  I'm missing 7,517 to complete the

19   23,500 out of that money, El Gordo gave me, 2722 plus 2,800,

20   plus Randi 900."

21        Ladies and gentlemen, you know that Chino was not

22   talking about chickens in these messages.  Chino was not

23   talking about $23,000 worth of chickens.  He was talking in

24   code.  You know that he was talking about drugs, who paid what

25   money and who owed what money.

1          The pictures that were on the phone were clearly lists

2     of who has paid and who owes what for drugs.  Proof that up

3     until the day of his arrest in May 2013, Chino was still

4     supplying drugs, just like Remy told you.

5          Now, remember that in 2013 Blondet had gained control

6     of part of MAPA.  While a part of La ONU in Puerto Rico,

7     Blondet continued to send kilos of cocaine to New York in 2013.

8     Blondet, you see, had the perfect New York partner in Juan

9     Valdez.  Valdez sent Blondet's cocaine in the mail from

10    Puerto Rico to the Bronx.  Once Blondet's cocaine arrived in

11    New York, it was sold out of the last place that anyone would

12    suspect was a drug distribution center: a children's day care

13    on Rosedale Avenue in the Bronx.  And when the cocaine was

14    sold, the money would be sent back down to Puerto Rico to

15    Blondet.  You saw some of the packages and cocaine that were

16    sent in the mail, and that never made it to the day care

17    center.

18         This is a photo of one of the packages.  It's

19    Government Exhibit 101A.  It was a package that was sent to Ada

20    Padilla, one of Juan Valdez's workers.  Hidden inside were

21    nearly two kilos of cocaine.

22         This is the wrapping that were used for those kilos.

23    It's Government Exhibit 105.

24         This is the wrapping that had Blondet's fingerprints

25    on it.  You can see Blondet's fingerprint on the wrapping right

1   here, Government Exhibit 602.

2          Here are the comparisons that Deb McGillivray did that

3   shows the fingerprints on the wrapping matched Blondet's

4   prints.

5          And this cocaine right here, this is from Government

6   Exhibit 101.  This was the cocaine from that package.  It was

7   the cocaine that Blondet sent to New York to be sold out of a

8   day care center in the Bronx.

9          You also heard recorded phone calls with Blondet, Juan

10  Valdez, and Gregorio Hanley.  They didn't know it at the time,

11  but their conversations were being recorded.  The phones were

12  tapped.  They were caught talking about Blondet's kilos of

13  cocaine from Puerto Rico that were being sold out of a Bronx

14  day care center.

15         In one call on August 18, 2013, Juan Valdez and his

16  partner at the day care center were discussing how a customer

17  had only paid $33,000 out of the 35,000 that he owed on a kilo

18  of cocaine that belonged to Blondet.  How did Valdez react?  He

19  said Blondet is going to kill me.

20         A couple weeks later, on September 1, 2013, Valdez and

21  his partner were again talking about money that was owed to

22  Blondet for cocaine.  Valdez told Hanley, "The 24 that you gave

23  me, I sent to Blondet."  He's talking about $24,000 that he

24  sent to Blondet for cocaine.

25         Now, on September 11, 2013, Blondet's perfect Bronx

drug operation came to an end.  The day care center was raided.
In the basement of the day care, the DEA found a large piece of
crack cocaine and almost half a kilo of cocaine in Government
Exhibit 104, a Hot Wheels lunch box.  From the stash apartment
across the street, they found over $150,000 in cash, a loaded
firearm, and a scale.

On September 16, 2013, just five days after the raid,
Blondet told Valdez that he would be able to speak more easily
to him once he got his new phone.  That's not something that
people who are engaged in legitimate business say.  That's
something that people who are afraid of having their phone
calls monitored say.  That's something that drug dealers say.

The proof that Chino and Blondet sold large quantities
of cocaine as part of their membership in La ONU is
overwhelming.  The testimony of the witnesses is backed up by
the defendants' prior guilty pleas, the text messages, the
recorded calls, the packages, the fingerprint evidence, and the
actual kilograms of cocaine that are in evidence in this case.
It all fits together.  You can easily find both defendants
guilty of Count One based on this drug proof alone.

But you have so much more.  In addition to selling
large amounts of cocaine, you know that members of La ONU
committed many, many murders.  You've heard testimony about
dozens of murders.  Now, rest assured, we're not going to talk
about all those murders.  Instead, I want to focus on just a

few that you've heard Chino was involved in and some that
Blondet was involved in.  Specifically, I want to focus on
Chino's involvement in eight murders related to his membership
in La ONU and one attempted murder.  Those are the murders of
Carlos Barbosa; Israel Crespo-Cotto; Hommysan Carino-Bruno;
Emmanuel Correa Romero, or Oreo; Anthony Castro-Carrillo; the
triple murder at Pizza City; the attempted murder of Casul; and
the murder of Alex de Jesus, El Pollo.

I'm going to talk about the murder of Crystal
Martinez-Ramirez at the end.  But of the murders on this slide,
Blondet was also involved in the murder of Hommysan
Carino-Bruno, and he was involved in the murder of Alex
de Jesus, El Pollo.

Now, Chino is charged in separate counts with the
murders of Carlos Barbosa and Israel Crespo-Cotto.  So I want
to start with them, beginning with the murder of Carlos Barbosa
on March 20, 2009.

Carlos Barbosa was a threat to Chino, his drug
business, and therefore his position in La ONU.  So what did
Chino do?  With the help of his La ONU allies, Chino had
Barbosa killed.  You heard from three members of La ONU who
participated in the murder of Carlos Barbosa:  Figueroa
Sanchez, Remy, and Vitito.  All three of them have pled guilty
for their role in this crime.  All three of them told you what
happened and why it happened.

M46HBLO1                    Summation – Mr. Rodriguez

1           You also heard from Asencio about how Chino tried to

2    recruit members of Asencio's housing projects into this murder

3    plot.  The testimony of these witnesses is consistent and

4    backed up by other evidence.

5           You know that Carlos Barbosa started out as a member

6    of Chino's MAPA crew in the late '90s, but before Barbosa went

7    to jail, Chino supplied Barbosa with cocaine.  Barbosa had the

8    cocaine cooked into crack, and Barbosa ran the crack spot in

9    MAPA.

10          You also know that when Barbosa got out of jail, word

11   got out that he intended on causing trouble.  Remy told you

12   that Barbosa was going to clean house, and that's consistent

13   with what you heard from Figueroa Sanchez and Asencio.

14          Figueroa Sanchez met Barbosa shortly after Barbosa got

15   out of jail.  Chino told Figueroa Sanchez that he didn't trust

16   Barbosa and that he thought Barbosa wanted to kill him.

17   "Q.  What did he explain?

18   "A.  He told me that he was not trusting his partner, Carlos

19   Barbosa."

20          What else did Chino say?  Chino told Harold Figueroa

21   Sanchez about Barbosa:  "I think he wants to kill me."

22          Now, why was Chino telling Figueroa Sanchez all of

23   this?  Because Chino wanted his help.  He wanted help from

24   another leader in La ONU.

25   "Q.  What, if anything, did Chino ask of you with respect to

1    Carlos Barbosa?

2    "A.  He asked me to help him kill him."

3            Chino wanted to use some of Figueroa Sanchez's people

4    from Torres de Sabana that Barbosa would not recognize, and

5    because Chino and Figueroa Sanchez were both members of La ONU,

6    Figueroa Sanchez said yes.

7            Now, it turns out that Chino had also asked other

8    members of La ONU for their help as well.  Chino had asked

9    Jordan, the leader of Las Dalias, El Prado, and Selles, for his

10   help in killing Barbosa, but Jordan declined.

11           After the murder, however, Asencio was present when

12   Chino explained what happened.  He explained, Chino did, why he

13   had Barbosa killed.

14           From Asencio Viera:

15   "Q.  What did he say, talking about Chino?

16   "A.  He said that he had killed Barbosa out of fear that

17   Barbosa was going to take over the housing project."

18           That's entirely consistent with the testimony we just

19   looked at from Remy about Barbosa wanting to clean house and

20   the testimony we just looked at from Figueroa Sanchez about

21   Chino not trusting Barbosa and thinking that he wanted to kill

22   him.

23           So at Chino's direction, a team from Torres de Sabana,

24   including Jason Arribal, and a team from MAPA, including Remy

25   and Vitito, looked for and eventually killed Barbosa.

M46HBLO1                    Summation – Mr. Rodriguez

Remember, Remy called the pawnshop where Barbosa was working and eventually they tracked him down to a barbershop.  That's when Jason and Vitito went into the barbershop and opened fire. Jason unloaded on Barbosa.  Vitito shot as well.

When the murder was done, Figueroa Sanchez, Remy, Vitito, and Chino, among others, met at Torres de Sabana to discuss what happened.  Afterwards, Chino explained to the people in MAPA and San Jose what happened.  He explained the decision that he made.  Chino also explained that Carlos Barbosa's drug spots now belonged to Chino.

Harold Figueroa Sanchez told you:
"Q.  And what, if anything, did Chino say would happen to those drug spots going forward?
"A.  That he would be the owner of the drug spots that had belonged to Carlos Barbosa.
"Q.  And after that meeting, what ended up happening to the control of Carlos Barbosa's crack spot?
"A.  It went on to be completely Chino's."

Once again, the witnesses are consistent.  Each of the three witnesses who participated in this murder all gave you the same basic account of the sequence of events.  Remy and Vitito were even able to tell you about the guns that were used in this murder.  Here's what Remy said:
"Q.  What kind of gun did Vitito have?
"A.  A 9 millimeter.

1    "Q.  What kind of gun did Jason have?

2    "A.  An FN.

3    "Q.  What is an FN?

4    "A.  We call it 'cop killer.'

5    "Q.  What kind of bullets does an FN take?

6    "A.  5.7s."

7          Vitito also told you about the FN gun that Jason used.

8    Vitito told you:

9    "Q.  Did Jason have a firearm?

10   "A.  Yes, he had a gun, and the reason I remember it is because

11   it wasn't normal.  It was an FN rifle, which has bullets from

12   an AR-15."

13         Vitito said that he wasn't able to fire his gun too

14   many times because his gun jammed.  The ballistics evidence

15   confirms that's exactly what happened.  Ten shell casings from

16   Jason's gun, FN gun -- here's one example -- were found at the

17   crime scene.  Only one 9 millimeter shell casing was found from

18   Vitito's gun, consistent with the testimony of the witnesses.

19         The crime scene also confirms what both Remy and

20   Vitito told you about Carlos Barbosa at the time of this

21   murder.  He was wearing an ankle bracelet.  All the evidence

22   fits together.

23         Now, despite that overwhelming evidence, it appears, I

24   don't know, but it appears from their cross-examinations that

25   the defense wants you to believe that it wasn't Chino who gave

M46HBLO1                    Summation - Mr. Rodriguez

1    the order to kill Carlos Barbosa.  It was Harold Figueroa

2    Sanchez.

3              On cross-examination:

4    "Q.  And you heard rumors that Barbosa and Pizarro were

5    planning to expand their drug operations in Carolina?

6    "A.  Who's Pizarro?

7    "Q.  Char.

8    "A.  No, that's not correct."

9              This theory makes no sense, and there's not a shred of

10   evidence to support it.  Why would Remy and Vitito kill someone

11   for Harold without Chino's orders?  They worked for Chino, not

12   Harold.  And without Chino's involvement, why would they care

13   if Barbosa was seeking to expand into Torres de Sabana?  It

14   makes no sense.

15             Oh, wait, sorry.  The defense also wants you to

16   believe that Remy had his own reasons beyond Chino's orders for

17   killing Barbosa because Barbosa was planning to kill Remy

18   apparently.  Once again, it makes no sense, and there's not a

19   shred of evidence to support it.  Did Remy slap Barbosa's wife?

20   Yes.  How do you know that?  Remy told you that.

21   "Q.  And Carlos Barbosa found out about it, that you had

22   slapped his wife?

23   "A.  No.  Carlos was the one who told me to slap her because of

24   something that was going on with him.

25   "Q.  You did it for Carlos?

1    "A.  Yes."

2            Remy did not hide that from you and he didn't hide it

3    from Barbosa.  He did it because that's what Barbosa asked him

4    to do.  This is another wild theory that's just being thrown

5    out there during this trial with no support whatsoever.  Why?

6    To distract you from the overwhelming evidence of Chino's

7    guilt.  Four witnesses testified about how Chino ordered the

8    murder of Carlos Barbosa.  Their testimony is consistent, and

9    it's backed up by other evidence, including the ballistics

10   evidence and the crime scene photos.

11           Let's turn now to the murder of Israel Crespo-Cotto

12   three days after Christmas, December 28, 2006.

13           So who was Israel Crespo-Cotto?  You know that Israel,

14   or Isra, was part of Chino's MAPA crew.  Remy and Vitito told

15   you about how they worked with Israel as part of Chino's crew

16   starting in the '90s.  Figueroa Sanchez also told you that

17   Israel owned a drug spot in MAPA.  You heard from two different

18   witnesses about Chino's involvement in Israel's murder and why

19   Chino wanted him killed.

20           Figueroa Sanchez spoke to Chino about Israel before

21   Chino had him killed.  Chino explained that Israel's wife was

22   cooperating with federal authorities.

23           Figueroa Sanchez:

24   "A.  Well, Chino tells me that he doesn't trust Isra.  That he

25   just doesn't trust him, and that he had every intention of

1    killing him.  And I asked him why.  He said, I don't trust him.

2    And one of the things he said to me was that Isra's wife was in

3    a federal jail, and that she was a federal witness, and that

4    she was cooperating with the federal authorities."

5            That terrified Chino, because if Israel's wife was

6    cooperating, then that meant Israel was likely cooperating with

7    federal authorities as well.  If Israel cooperated with federal

8    authorities like the cooperating witnesses who took this stand

9    and testified at this trial, that would be very bad for Chino.

10   Israel was one of Chino's longtime drug workers  He could tell

11   the feds all about Chino's drug operation.  Israel had the

12   goods on Chino.

13           Israel was a major threat.  So Chino took action to

14   protect his position in La ONU and his La ONU drug business.

15   He sent hitmen to kill Israel.  And when it was done, Chino

16   told Figueroa Sanchez that his hitmen killed Israel while

17   sitting, sunbathing in his wheelchair.  The crime scene photos

18   back up Figueroa Sanchez's testimony.  Just like Figueroa

19   Sanchez told you, Israel was killed in MAPA while sitting in

20   his wheelchair sunbathing, right there in his underwear.

21           When Chino's assassins approached, Israel raised his

22   left arm to defend himself, suffering a defensive bullet wound

23   to his left firearm, but there was nothing that Israel could

24   do.  He was shot, you heard from the person who conducted his

25   autopsy, 24 times.

1          Figueroa Sanchez's testimony is also backed up by
2   Remy's testimony.  When Remy got out of jail in 2007, Chino had
3   some explaining to do.  He had to explain to his right-hand man
4   why he killed the father of Remy's goddaughter, why he killed
5   the person who Remy told you was like a brother to him.
6          So what did Chino tell Remy?  He said that the mother
7   of one of Israel's daughters was supposedly cooperating.  That
8   is entirely consistent with the testimony of Figueroa Sanchez
9   that we just looked at.
10          Now, Chino wasn't the only one here who had some
11   explaining to do.  Chino was Remy's boss, so Remy just had to
12   sit there, listen to his explanation, and just take it.  But
13   things were different with Pony.  Pony was one of the hitmen
14   Chino sent to kill Israel. Pony, however, was a lower ranking
15   member of Chino's crew.  Remy didn't have to listen to him.  So
16   when Pony tried to explain, Remy wouldn't even let him:
17   "Q.  Why did he react that way upon seeing Pony?
18   "A.  Because when Israel was killed, both his legs had been
19   amputated from the diabetes, and they killed him in front of my
20   goddaughter.
21   "Q.  What, if anything, did Pony say or do in response to you?
22   "A.  He put his head down and he said, my bad."
23          Now, the defense, it seems, based on their
24   cross-examination, wants you to believe that it was not Chino
25   who had Israel killed.  Once again it seems they want you to

1  believe it was Harold Figueroa Sanchez who had Israel killed.

2  So I guess they want you to believe that Figueroa Sanchez sent

3  hitmen right into the heart of MAPA to kill one of the members

4  of Chino's crew in Chino's territory, one of the people who

5  works for Chino, Chino who was one of Figueroa Sanchez's

6  closest allies in La ONU.

7            This is nonsense.  You know that.  Number one, there's

8  not a shred of evidence to support it and, number two, it makes

9  no sense.  There's just flat out no evidence that Isra was

10  selling drugs in Torres de Sabana or doing anything that would

11  cause Harold Figueroa Sanchez to want him dead beyond helping

12  Chino.  None.

13            You also know from the testimony of witness after

14  witness that there's simply no way that someone could kill one

15  of Chino's workers in Chino's territory without Chino's

16  permission.  Here's what Remy told you:

17  "Q.  If someone had killed Israel in MAPA without Chino's

18  authorization, what would happen?

19  "A.  That person would die too."

20            Figueroa Sanchez's testimony:

21  "Q.  After La ONU was formed, were members of La ONU permitted

22  to kill people from other La ONU members' area?

23  "A.  No.

24  "Q.  For example, were you, being from Torres de Sabana,

25  permitted to kill someone from MAPA?

1    "A.  No."

2              It simply wasn't possible for Figueroa Sanchez to kill

3    Israel in MAPA without Chino's permission and then live to

4    testify at this trial.  That's just not how La ONU worked.  And

5    here's the thing.  Figueroa Sanchez had no reason to kill

6    Israel.  Again, no reason to believe he was selling drugs in

7    Torres de Sabana or doing anything else to make Figueroa

8    Sanchez unhappy.

9              And by the way, Figueroa Sanchez pled guilty to

10   participating in 20 murders, 20.  Could he really just not

11   bring himself to admit to his involvement in this one murder?

12   Would that have been just too much for him?  Of course not.

13   Figueroa Sanchez testified that Chino had Israel killed because

14   that's what happened.

15             By the way, another way that you know that Chino

16   ordered this murder is the crime scene itself.  The only person

17   who would have killed Israel the way he was, the way Figueroa

18   Sanchez and Remy told you he was killed, the way the crime

19   scene photos showed you he was killed was Chino, the only

20   person with the means and motive to have him killed in the

21   brazen and shocking way that he was.  Chino wanted MAPA to see

22   what happened to Israel.  Chino wanted people in MAPA to know

23   what happens when you cooperate with the authorities.

24             Israel wasn't kidnapped and killed somewhere far away

25   from MAPA to help keep it quiet.  He was shot 24 times on his

1    balcony in front of his daughter in MAPA for everyone to see.

2    This was a message that Chino needed to send.  Chino had Israel

3    killed because he suspected that Israel was cooperating.

4    Israel was a threat to Chino, his drug business, and therefore

5    his position in La ONU.  And so Chino had Israel eliminated,

6    and he made a show of it for everyone to see.

7            Now let's talk about just some of the other murders

8    and attempted murders that Chino and Blondet were involved in

9    as part of their membership in La ONU.

10           Neither Chino nor Blondet is charged in separate

11   counts for any of the murders or attempted murders on this

12   slide.  So as a result, I expect Judge Furman will tell you

13   that you do not need to decide or agree unanimously, one way or

14   the other, on which of the murders and attempted murders on

15   this slide, if any, the defendants were involved in.  Instead,

16   proof of the defendants' involvement in these murders and

17   attempted murders is proof that they agreed to be a part of an

18   organization, La ONU, that engaged in murder, and that La ONU

19   did, in fact, engage in murder and attempted murder.

20           Let's start with Hommysan Carino-Bruno.  You heard

21   about this murder from both Figueroa Sanchez and Vitito.

22   Dr. Irma Rivera Diez also told you about the autopsy she

23   performed on Hommysan.  The testimony of each of these

24   witnesses is consistent.  You heard that Hommysan was one of

25   the leaders of Monte Hatillo along with Pito Paz, and in the

M46HBLO1                 Summation - Mr. Rodriguez

1    beginning, Hommysan was a member of La ONU.  But after the

2    murder of Coquito, Hommysan refused to be part of the efforts

3    to find Coquito's killer, and so he left La ONU and joined La

4    Rompe ONU.  He was declared an enemy of La ONU, and leaders in

5    La ONU from different housing projects agreed that he had to be

6    killed.

7         Figueroa Sanchez told you that those members of La ONU

8    included Chino; Blondet; him, that is, Figueroa Sanchez; Angelo

9    Millones; Chio; and others.

10        This was another textbook example of a La ONU murder.

11   Leaders from different housing projects and areas that were

12   part of La ONU banding together to eliminate a common enemy

13   from a rival organization, La Rompe ONU.

14        And remember, La ONU's initial efforts to find and

15   kill Hommysan and another leader from Monte Hatillo named Audi

16   were not successful.  In fact, it was Hommysan who succeeded in

17   killing Pito Paz.

18        After that La ONU spared no expense in trying to find

19   and kill Hommysan.  First, Figueroa Sanchez hired Luis Torres,

20   one of his corrupt cops, to arrest Hommysan so that La ONU

21   could kill him.

22        Now, let's pause on that because this is another

23   example of how the bribery of corrupt cops benefited Chino,

24   Blondet, and other members of La ONU.  A corrupt cop was bribed

25   to help La ONU find and kill a rival of La ONU.  The plan with

1   Luis Torres, however, didn't work.  That's when Chino came up
2   with another idea.  He had gotten Hommysan's driver to agree to
3   kill Hommysan.  So Chino agreed to pay the driver for his
4   services and provide him with a gun.

5          Chino, however, didn't just go into his own pocket to
6   pay Hommysan's killer.  He collected money from other members
7   of La ONU, including Blondet.  Figueroa Sanchez told you:
8   "Q.  Who were some of the people you saw contribute money to
9   the murder of Hommysan Carino-Bruno?
10  "A.  OK.  Me, Jose El Gordo, Anibal, Tony Zinc, Chio, Chino,
11  Blondet.  Angelo Millones sent some money.  Muñecon.  All of us
12  who were there meeting together, we all put up money."

13         This makes sense.  Members of La ONU from different
14  areas like MAPA, San Jose, Torres de Sabana, Bayamón, were all
15  chipping in for the assassination of an enemy of La ONU.
16  Someone, that enemy, who had killed Pito Paz, a beloved leader
17  of La ONU.

18         Chino collected the money, he gave some to the driver
19  as a down payment, and he also gave the driver a gun.  But Tito
20  testified about this as well, confirming that Figueroa Sanchez
21  told you.  The driver then did the rest.  He shot Hommysan in
22  the head and even sent Chino pictures to confirm.  You heard
23  from Dr. Rivera Diez.  That's exactly how Hommysan died.  He
24  was shot four times in the head.  Once the job was over, Chino
25  gave the driver the money and celebrated with La ONU.  Chino

1    had successfully planned and carried out with other members of

2    La ONU, including Blondet, the murder of an enemy of La ONU.

3            Figueroa Sanchez also told you about the murder of

4    Oreo.  Oreo had killed a partner of Char, the leader of Sabana

5    Abajo and a member of La ONU.  So Char reached out to Chino to

6    complain because Oreo was hiding in Torres de Sabana, the

7    territory of Harold Figueroa Sanchez.  What did Chino do?  He

8    agreed to help his fellow member of La ONU.  He agreed to help

9    Char.

10           Chino reached out to Figueroa Sanchez and asked him to

11   handle the situation because Oreo was hiding out in Figueroa

12   Sanchez's territory, Torres de Sabana.  Figueroa Sanchez

13   agreed.  In fact, he told you that he viewed it as his

14   responsibility as a member of La ONU to agree to get involved

15   and handle the situation.

16           So he and others from Torres de Sabana found Oreo,

17   they strangled and beat him.  They took pictures of him and

18   sent those pictures to Chino and Char.  Jason Arribal then

19   stuffed Oreo into a suitcase, shot the suitcase over 30 times,

20   and lit it on fire.  When it was all over, Chino was pleased.

21   He had kept one of his allies, Char, another member of La ONU,

22   happy.

23           Chino met with Char and Harold Figueroa Sanchez

24   afterwards.  Here's what he said:  "Chino told us that such

25   situations could not happen among members of La ONU."

1          What did he mean by that?  A member of La ONU could

2     not let an enemy like Oreo hide in his territory from another

3     member of La ONU.  Chino said that because Chino believed in

4     La ONU.  He did not want there to be problems between Figueroa

5     Sanchez and Torres de Sabana, on the one hand, and Char and

6     Sabana Abajo, on the other.

7          Chino really believed in the benefits of La ONU.

8     That's why it's not really surprising that when Chino wanted to

9     kill Asencio because of the conflict over that apartment in

10    Selles, Chino didn't go through with it because Jordan, another

11    leader in La ONU, told him no.

12         As the evidence has shown, Chino had no problem

13    orchestrating the murders of his rivals, like Hommysan or of

14    suspected cooperators, like Israel, or of people who threatened

15    his power, like Barbosa, but these murders didn't break the

16    rules of La ONU.  And Chino respected the rules of La ONU.  He

17    would not go against another ally in La ONU.  That would betray

18    the very organization he helped create.  Chino believed in

19    keeping his allies in La ONU happy because that was better for

20    business.  That's why he did not go against Jordan's wishes and

21    kill Asencio, and that's why, when Char complained, Chino asked

22    Figueroa Sanchez to find and kill Oreo.

23         One of the benefits to Chino of keeping his allies

24    happy was that he could call on them when he needed something

25    for himself or another one of his allies.  Just like when Chino

M46HBLO1                    Summation - Mr. Rodriguez

called on Figueroa Sanchez to help with the murder of Carlos
Barbosa, and just like when Chino and Chio called on Figueroa
Sanchez and his corrupt cops to kill Anthony Castro-Carrillo
who was causing problems in MAPA and San Jose, once again
Figueroa Sanchez agreed.

He told you about how. Figueroa Sanchez, along with
two of his corrupt cops, Ralph Laboy and William Vasquez-Baez,
went with others from MAPA and Torres de Sabana to
Castro-Carrillo's apartment. Once they got there, Laboy,
Vasquez-Baez, and Carlitos Open went into the apartment where
they shot and killed Castro-Carrillo. When it was all over,
Chio paid Laboy and Vasquez-Baez, the two corrupt cops, $5,000
each.

There was another time when Chino asked for Figueroa
Sanchez's help in killing someone. Figueroa Sanchez told you
about Casul, someone who, around 2007 or 2008, Chino tried to
have killed at a baseball field in MAPA, but who miraculously
survived after being shot at several times and escaped. When
Casul was on the run, Chino turned to his close ally, Harold
Figueroa Sanchez, for help in finding him. Figueroa Sanchez,
however, was never able to locate him.

How else do you know that Chino agreed to participate
in an organization, La ONU, that engaged in murders? Not only
do you have the proof of all the murders that we talked about
so far that Chino himself ordered or agreed to participate in,

1    but you also heard about a triple murder that Chino prompted

2    other members of La ONU from Las Dalias, El Prado, and Selles

3    to commit.

4            Asencio told you about the murder of three members of

5    La Rompe ONU at Pizza City, a pizza place in a tourist area of

6    Puerto Rico.  Chino was in the area with Jordan, one of the

7    leaders from Las Dalias, El Prado, and Selles when Chino

8    recognized three members of La Rompe ONU at Pizza City.

9            At the time, La ONU and La Rompe ONU were at war.

10   Members of La ONU were expected to kill members of La Rompe ONU

11   on sight.  So after Chino recognized the enemy, Jordan called

12   on Danny KX, one of the people from his territory, to come and

13   kill the three members of La Rompe ONU.  Danny KX arrived and

14   did just that.

15           Now, so far we've spoken a lot about Chino, but you

16   know that Blondet also agreed and participated with other

17   members of La ONU to commit murders.  We've already discussed

18   how Blondet was one of the people who agreed to kill Hommysan

19   Carino-Bruno and how he contributed money to paying Hommysan's

20   driver to kill him.

21           You also heard from Vitito about how Blondet killed

22   this man, Alex de Jesus, El Pollo, the pride of MAPA.  He was a

23   boxer who represented Puerto Rico at the Olympics.

24   Unfortunately, after serving some time in jail, Alex began

25   acting strangely in MAPA.  Now, at this time, 2015/2016, Chino

1    was in jail, and Orlan the Barber and Blondet were in charge of

2    MAPA.  When El Pollo had behaved improperly with a woman in

3    MAPA, Orlan told Blondet to go and scold El Pollo over what he

4    did.  Blondet went too far and killed El Pollo.  Orlan was

5    upset.  It was not what he wanted, but still Blondet killed El

6    Pollo to keep things right in his own territory.

7         All these murders leave no doubt that Chino and

8    Blondet knew that La ONU was engaged in a pattern of committing

9    murder.  They knew that because they ordered, committed, or

10    otherwise participated in many La ONU-related murders.

11         Let's talk about the murder of Crystal

12    Martinez-Ramirez.  Just like Chino is charged in separate

13    counts for the murders of Israel Crespo-Cotto and Carlos

14    Barbosa, Blondet is charged in separate counts with Crystal's

15    murder.  When you put all the evidence of Crystal's murder

16    together -- the eyewitness testimony, the autopsy findings, the

17    crime scene photos, the ballistics evidence, and the testimony

18    from the La ONU witnesses -- you will find that there is simply

19    no reasonable doubt that Blondet is guilty of this crime.

20         So what happened that night on April 9, 2005?  Hector

21    Velez-Santiago was invited to a party in a barbershop in MAPA.

22    This barbershop right here, Davis barbershop.  He was invited

23    there by Papito, a drug dealer in MAPA and a member of La ONU.

24         Velez-Santiago was not the only witness at this trial

25    who told you about Papito.  Remy told you that Papito was one

1    of the members of the MAPA crew.  When Velez-Santiago arrived,

2    he parked in front of the barbershop, leaned up against the

3    wall with the barbershop to his right, and made a phone call.

4    That's when he saw a body fly out of the barbershop and fall on

5    the sidewalk.  Then he saw Blondet come out of the barbershop,

6    pull out a gun, and shoot the body in the head.  Next,

7    Velez-Santiago saw Blondet and another person pick up the body

8    and carry it to the corner.

9         This is what Velez-Santiago told you under oath.  This

10   is also what Velez-Santiago told a federal grand jury under

11   oath in April 2017.  He told you that he saw Blondet shoot

12   Crystal in the head, and he told a grand jury five years ago

13   the same thing, that he saw Blondet shoot Crystal in the head.

14        Why should you believe Hector Velez-Santiago?  Because

15   the other evidence backs up his testimony.

16        Let's start with the autopsy findings.  You know from

17   the autopsy that Crystal was shot in the head.  This was the

18   sketch that Dr. Rodriguez made when conducting Crystal's

19   autopsy.  You can see that she was shot once in the back of the

20   head and then once in the face under her left eye and out the

21   back of her head under her ear.  Velez-Santiago saw Blondet

22   shoot Crystal in the head, and the autopsy backs up that she

23   was shot in the head.

24        The crime scene photos also corroborate

25   Velez-Santiago.  You know from Dr. Rodriguez's testimony that

1    gunshot wounds to the head cause significant amounts of
2    bleeding.  It's the blood at the crime scene that shows you
3    where Crystal's body went and how it got there.  The blood
4    shows you that Velez-Santiago was telling the truth.
5         Here's the front of Davis barbershop again.  Now, of
6    course, by the time the police arrived, everyone had left, and
7    the barbershop had closed down.  But what is that on the
8    sidewalk right where someone coming flying out of that front
9    door would land?  It's a big pool of blood.  That's exactly
10   what you would expect to see from someone on that sidewalk with
11   gunshot wounds to their head, just like what Velez-Santiago
12   told you.
13        Now, you know that after Blondet shot Crystal in the
14   head, he and another person picked her up and dropped her on
15   the corner.  Once again, it's the blood evidence that
16   corroborates, or backs up, what Velez-Santiago told you.  If
17   you pick up someone who is bleeding from the head, what's going
18   to happen?  The blood is going to drip, and that's exactly what
19   happened here.
20        Here's the trail of blood that Blondet left when he
21   carried Crystal's body to the corner.  You can see that these
22   look like drops of blood.  It's not brushed or smeared across
23   the sidewalk.  You might expect blood to be brushed or smeared
24   across the sidewalk if Crystal's body was pulled or dragged
25   across the sidewalk rather than picked up and carried.  As

M46HBLO1                    Summation - Mr. Rodriguez

1    Blondet was carrying Crystal's body to the corner, her blood

2    was dripping on the sidewalk.  He carried her down the

3    sidewalk, away from the barbershop, around the corner, and then

4    dumped her on the ground.  It was right there where she

5    continued to bleed from the head.  The trail of blood

6    corroborates exactly what Velez-Santiago told you that he saw.

7            The ballistics evidence also backs up Velez-Santiago.

8    Forensics investigators found two .380 caliber shell casings at

9    the crime scene, one for each of the times that Blondet shot

10   Crystal in the head.  You know that a shell casing is a part of

11   the bullet that is ejected from a semiautomatic gun and left

12   behind after it's fired.  One of the .380 shell casings was

13   found in the barbershop where Blondet must have shot Crystal

14   the first time.  Here it is next to a pack of Coors Light.

15           The other .380 shell casing was found outside the

16   barber shot where Velez-Santiago saw Blondet shoot Crystal for

17   what was the second time.

18           Here it is next to a yellow evidence flag which was

19   near the pool of blood out front.

20           And what kind of gun did Blondet try to sell

21   Velez-Santiago just a few days after he killed Crystal?  A

22   .380, the same caliber of the shell casings found at the scene

23   of Crystal's murder and one of the bullets that was recovered

24   from her body during the autopsy.  Again, Velez-Santiago's

25   testimony lines up with the other evidence.  That's how you

1    know he's telling the truth.

2              Is there any reason to believe that Velez-Santiago

3    came in here and chose to lie to you about what he saw that

4    night?  Absolutely not.  First of all, every single person in

5    this courtroom can agree on one thing:  Hector Velez-Santiago

6    did not want to be here.  He would have given anything not to

7    be here.  He was clearly not testifying just to get some money

8    to relocate for his safety.  Remember, he testified in the

9    grand jury in April 2017 about the same facts he testified

10   about before you.  Five years ago in the grand jury he

11   testified that he saw Blondet shoot Crystal in the head.

12             Look at the transcript of that testimony.  It's

13   Government Exhibit 414.  From the grand jury five years ago:

14   "Q.  After the woman fell out of the barbershop, what did you

15   see next?

16   "A.  Blondet went out afterwards -- after her.

17   "Q.  What did he do?

18   "A.  He walked where she was, came close to her, went into a

19   crouch, and shot her in the head once or twice."

20             You can see in black and white that Velez-Santiago

21   testified years before he was ever given a penny for his

22   relocation expenses that he saw Blondet shoot Crystal in the

23   head.  This was years before anyone ever discussed the

24   possibility of giving him some funds to relocate.

25             How else do you know that Velez-Santiago told you the

1    truth?  Not only was his testimony backed up by the autopsy

2    findings, crime scene photos, the ballistics evidence, it was

3    also backed up by the testimony you heard from other La ONU

4    witnesses.

5        Figueroa Sanchez told you that during a discussion

6    with other members of La ONU, Chino explained what Blondet did.

7        "Blondet killed a woman, a stripper, a dancer, because

8    she didn't want to dance for him.  He was mistreating her, and

9    she said:  Leave me alone.  I don't want to dance for you.  And

10   he shot and killed her."

11       That's consistent with what Vitito heard Blondet say

12   at another meeting.  He told you that Blondet said:  "They were

13   at the barbershop and they called this girl who was to come and

14   dance, you know, entertain everybody by dancing.  So in the

15   middle of the night, he asked her to go into the bathroom with

16   him separately.  Apparently, he started touching her or

17   something, and she took out -- she took out this device, some

18   sort of device to protect herself.  She took it out, and she

19   started hitting him."

20       You know from the other evidence that's exactly what

21   happened, that what Figueroa Sanchez told you Chino said was

22   correct and that what Vitito told you Blondet said was correct.

23       You know from the crime scene that there was a party

24   in that barbershop.  There was liquor and beer.  There was also

25   cash for the dancers.  Then something happened.  Something

M46HBLO1                    Summation - Mr. Rodriguez

1   happened in that bathroom.  What happened?  Blondet would not

2   take no for an answer.

3            (Continued on next page)

1          MR. RODRIGUEZ:  When Crystal refused Blondet, Blondet

2     killed her.  You can see from the sink that's where the

3     struggle started.  There's a pair of hoop earrings on the

4     floor.  This corroborates what Vitito said about the bathroom.

5          You know that it didn't end in the bathroom.  You know

6     that they then spilled out back into the barbershop where the

7     rest of the party could see that Blondet wasn't getting his

8     way.

9          That's where Blondet shot her in the head for the

10    first time, not in the bathroom, where the party was.  That's

11    what he did before throwing her out the front door, shooting

12    her in the head again, and then picking up her body and dumping

13    it on the corner.

14         You also know that Blondet's murder of Crystal did not

15    sit well with La ONU.  At one meeting, Chio, Blondet's partner

16    in San Jose, took Blondet's side.  This is what Vitito told

17    you:

18         "At the meeting, Chio, the leader of San Jose, told

19    Chino, you know, Blondet has participated in all of these

20    murders for the housing project and for us, and I can't allow

21    him -- I can't do anything to get him in trouble because that's

22    going to cause a war."

23         Ultimately, Blondet had proven himself too valuable.

24    Even though they didn't approve, there was no way that La ONU

25    was going to take Crystal's side and not Blondet's.

1          Chino wasn't too happy about this either.  No one was.
2     Chino explained to other members of La ONU, from
3     Figueroa-Sanchez's testimony.  "Chino said it was wrong and it
4     never should have happened.  And he said, but he's a member of
5     the organization.  He's our partner, and we're not going to go
6     against him over a woman who was a prostitute."
7          And Blondet said she was a whore.  That's what he
8     said.  In other words, that there was no value to her; that
9     "Our relationship was much stronger than that."  At the end of
10    the day, to La ONU, Blondet was a long-time partner and ally
11    and Crystal was a nobody.
12         And Asencio Viera told you about how La ONU
13    essentially never let Blondet forget about what he did to
14    Crystal.  He told you about how one time in a bar, Blondet
15    complained about someone pushing a woman.  Hincho then shot
16    back:  "Well, you can't be talking about that because you're
17    much more abusive.  You killed a woman for not being with you."
18         Now, I expect that you may hear some arguments from
19    Mr. Blondet's counsel that there's certain testimony in the
20    record that excuses, in their view, Blondet's conduct,
21    testimony that Blondet said he was drunk at the time he shot
22    Crystal in the head and testimony that Crystal hit Blondet with
23    a stick.  These were not excuses for Blondet to shoot Crystal
24    in the head.  They just weren't.
25         I expect that Mr. Blondet's counsel will point to a

1  legal instruction that you'll receive and they'll argue to you

2  that Mr. Blondet is not guilty of the separate counts relating

3  to Crystal's murder if Crystal provoked him in such a way that

4  would cause an ordinary man to lose control of himself and act

5  on the spur of the moment with such blind rage that he would

6  kill Crystal.

7         The language of the legal instructions that you will

8  receive -- you'll see it in Judge Furman's instructions -- will

9  include these words:  "Cause an ordinary man to lose control of

10  himself."

11        Let's pause on this, and let's be clear.  I expect

12  you'll hear arguments that what Crystal did, which is refuse

13  Blondet's advances and defend herself when he started touching

14  her by hitting him, doing that would cause an ordinary man to

15  lose control of himself and kill Crystal the way he did.

16        If they make this argument to you, it is outrageous

17  and offensive.  No ordinary man would lose control of himself

18  and shoot Crystal in the head, throw her out the front door,

19  shoot her in the head --

20        MR. FREEMAN:  Your Honor, objection.

21        THE COURT:  Overruled.

22        MR. RODRIGUEZ:  Shoot her in the head a second time

23  while she lays bleeding on the sidewalk, pick up her body, and

24  dump it on the corner like a piece of trash, just because

25  Crystal, who we know from her autopsy report, was all of 5 feet

1    2 inches tall said no and tried to defend herself.  No ordinary

2    man would do that.  Any suggestion to the contrary is simply

3    outrageous.  This is not an excuse.

4            Another theme we've heard is the fact that Chino and

5    other members of La ONU did not approve of Blondet shooting

6    Crystal in the head.  But that does not matter.  There is no

7    dispute that neither Chino nor La ONU approved the murder of

8    Crystal before it happened or after.

9            Now, I expect that Judge Furman will tell you that one

10   of the elements that we must prove with respect to Crystal's

11   murder is that one of the general purposes that Blondet had in

12   killing Crystal was to maintain or increase his position in La

13   ONU.  I expect Judge Furman will tell you that it did not have

14   to be Blondet's only purpose or even his principal purpose.

15           This element is satisfied here because you know from

16   the evidence that one of the reasons why Blondet killed Crystal

17   was his desire to maintain his reputation as someone to be

18   respected and feared.  That's what he thought would help him

19   maintain his position in La ONU.

20           Your common sense tells you that you can't be a

21   respected leader in a violent cartel like La ONU if you are

22   disrespected at a party with no consequences.  The facts make

23   that clear.

24           Blondet was at a party in MAPA, in his home territory,

25   where he is a leader of an illegal drug business, one that

M46YBLO2                    Summation - by Mr. Rodriguez

operates on fear and violence.  At this party was at least one
member of La ONU, Papito.  He's the one who invited Hector
Velez-Santiago.  And as time would show, what happened at this
party would spread like wildfire among members of La ONU.

At this party, Blondet was embarrassed.  He did not
get his way with Crystal.  People saw that he did not get his
way with Crystal.  And on top of that, she hit him.  In his
mind, this was a sign of weakness and disrespect.

In his mind, he could not afford to let people see
that he was weak and tolerant of disrespect from anyone; not
that he wanted to maintain his position as a feared leader in a
violent drug organization.  That's why Blondet killed Crystal
and dumped her body on the corner for all of MAPA to see.

Just like Chino, he was sending another message,
Blondet was not to be disrespected.  And let's be clear.
Blondet did not try and hide why he killed Crystal.  In fact,
he wanted to tell members of La ONU, including Chino, why he
killed Crystal.

He wanted everyone in La ONU to know that he would not
tolerate such disrespect.  At one meeting at Cafe Thelma,
Figueroa-Sanchez heard him say:

"He said she was disrespectful to me.  She was
disrespectful to me.  So I killed her."

At another meeting at Chino's betting parlor, Vitito
hear him say:

M46YBLO2              Summation - by Mr. Rodriguez

1  "Q.  What else did Blondet say?

2  "A.  Well, the girl hit Blondet.  He was drunk.  There were

3  people around who saw her hit him, and he said he was not going

4  to let anybody be disrespectful to him in that way, and he

5  killed her."

6         This was an intolerable disrespect.  One of Blondet's

7  fellow members of La ONU explained:

8         "If he didn't do anything, then people could think,

9  you know, I could hit him too."  "People could think I could

10  hit him too."

11        Blondet, as a member of La ONU, could not let that

12  happen.  He had to take action, and he did.  He killed Crystal

13  Marie Martinez-Ramirez.  And he did it to maintain respect,

14  reputation, and fear.

15        In his mind, he had to do it to maintain his position

16  in La ONU, and he did succeed in maintaining his position as

17  someone to be feared.  In 2013, after Chino was arrested, it

18  was Blondet and the reputation that he had built as someone to

19  be respected and feared who took charge of the lower part of

20  MAPA.

21        You saw and heard the eyewitness testimony, the

22  autopsy findings, the crime scene photos, the ballistics

23  evidence, and the testimony from the La ONU witnesses.  They

24  prove beyond a reasonable doubt that Blondet is guilty.

25        I want to talk briefly about the charges against the

1    defendants.  But before I do, I want to pause for a moment to

2    talk about the four cooperating witnesses who testified in this

3    case:  Figueroa-Sanchez, Remy, Vitito, and Asencio Viera.

4            Each of those witnesses are in prison right now for

5    the crimes that they have committed.  So let's be clear.

6    No one from the government has said that these witnesses are

7    not criminals.  Of course they are.

8            Mr. Fiddelman told you in his opening statement that

9    they're murderers and that you're not going to like what they

10   have done, and that's right.  They are murderers.  They're

11   criminals.

12           But it's because of their involvement in La ONU that

13   these witnesses had such important testimony to share with you.

14   Think about the crimes that the defendants are charged with.

15   They sold drugs and committed murder with other people.

16           They didn't participate in these crimes with the Boy

17   Scouts.  They participated with other people who sold drugs and

18   committed murder.  These witnesses are exactly the kind of

19   people who have the best information about the defendants'

20   crimes because they were the ones who were there, the ones who

21   participated right alongside the defendants.

22           What those witnesses told you is devastating evidence

23   of the defendants' guilt.  Flat out, if you believe those

24   witnesses, even if you only believe some of them, the

25   defendants are guilty.

1          Blondet knows that.  He knew, for example, that

2     identification' testimony would be devastating to him.  That's

3     why when Blondet saw Figueroa-Sanchez on his way to court,

4     Blondet tried to intimidate him.

5          Blondet said, "Treat me right."  In other words,

6     Blondet told Figueroa-Sanchez, don't tell the jury the truth

7     about me, about all the crimes you know I've committed, because

8     if you do, it's game over.

9          And you know that Figueroa-Sanchez told you the truth

10    about that incident because Orlando de Jesus, who works for the

11    marshals who was at MDC when this happened, confirmed what

12    Blondet said that.  That's how you know that Figueroa-Sanchez

13    was telling you the truth.  That's a very good reason why you

14    should believe him.

15         Here are just a few other reasons why you should

16    believe him and the other La ONU witnesses:  First, if these

17    witnesses were going to lie to you, wouldn't they have told you

18    bigger and better lies?

19         Take Harold Figueroa-Sanchez for example.  How many of

20    the 20 murders that he pleaded guilty to did he tell you that

21    Chino or Blondet was involved in?  Was it all 20?  Was it even

22    most of the 20?  No.  Four, four of the 20 murders -- Barbosa,

23    Hommysan, Oreo, and Castro-Correa.

24         How many of the 18 murders that Asencio Viera pled

25    guilty to did Chino or Blondet participate in?  None.  Not a

M46YBLO2                    Summation – by Mr. Rodriguez

single one.  So why didn't these witnesses tell you that Chino

or Blondet were involved in more murders?  You know why.  You

know, from listening to their testimony and from the evidence,

that they were telling you the truth.

Second, consider these witnesses' demeanor on the

witness stand.  Each of them came in here and freely told you

about their crimes, even when those crimes were horrific.  And

when they could not remember something, they calmly told you

that too, even when they were being grilled on

cross-examination.

Third, consider how their testimony fits with all of

the other evidence.  How does it fit with the crime scene

photos, the autopsy findings, the defendants' prior guilty

pleas, to give just a few examples?

This is a very important way that you know that they

lived up to their cooperation agreements and told you the

truth.  All four of them told you about Chino's and Blondet's

drug-dealing as part of La ONU just from different vantage

points.

Figueroa-Sanchez gave you the perspective of one of La

ONU's main drug suppliers.  Remy and Vitito gave you an inside

look into MAPA and San Jose.  And Asencio came from the vantage

point of another member of La ONU from outside of La ONU, all

of these different perspectives but all saying the same thing.

That's how you know it's the truth.  Through these different

M46YBLO2                    Summation - by Mr. Rodriguez

perspectives, you've seen overwhelming evidence of the

defendants' guilt.

            Similarly, all four of them told you about the murder

of Carlos-Barbosa.  All of them told you that Chino ordered the

murder of Carlos-Barbosa and carried it out with the help of

other members of La ONU.  Remy, Vitito, Figueroa-Sanchez all

told you.  Their testimony was consistent on all of the key

facts.

            They told you that Chino made the decision, they told

you why he made the decision, they told you who carried out his

orders, and they told you how it happened.  These are just a

few reasons why you should believe the La ONU witnesses.

            Now I want to talk just a little bit about the law and

the charges the defendants face.  As I've mentioned and as

Judge Furman has mentioned, he'll speak to you in more detail

about the law.  And again, if anything I say conflicts with

that, what he says controls.

            So there are three groups of charges against these

defendants:  First, both defendants are charged with

racketeering conspiracy.  We've talked about that a little bit

already.

            Second, Blondet is charged with two counts that relate

to the murder of Crystal Martinez-Ramirez.  Third, Chino is

charged with six counts that relate to the murders of Israel

Crespo-Cotto and Carlos-Barbosa.

1          Let's start with Count One, the racketeering

2    conspiracy.  We won't go over all of this again.  But at its

3    core, this count charges each defendant with agreeing with at

4    least one other person to participate in the conduct of the

5    affairs of an enterprise, La ONU, which affected interstate

6    commerce through a pattern of racketeering activity.

7          We've already discussed how La ONU is a classic

8    example of an enterprise, how its tons of drugs moved in

9    commerce, and how La ONU engaged in three types of racketeering

10   activity:  Selling drugs, committing bribery, committing

11   murders, and attempted murders.

12         There is no question that the defendants agreed to

13   participate in an organization, La ONU, the organization for

14   which Chino was one of the founding fathers that did these

15   things.

16         If you find the defendants guilty on Count One, you'll

17   see that the verdict form you have to fill out asks you what

18   types of racketeering crimes were involved in the offense:

19   Acts involving drug trafficking, acts involving bribery, and

20   acts involving murder and attempted murder.

21         The form will then tell you how many such acts you

22   find were involved in the offense:  One, two, or more than two.

23   You should find each type of racketeering crime proven.  And

24   for each one, check the more-than-two box.

25         For each type of crime, the evidence has shown way

M46YBLO2                    Summation - by Mr. Rodriguez

more than two acts.  The evidence is overwhelming that Chino
and Blondet participated in La ONU's drug-trafficking
activities and certainly in way more than two acts involving
drug-trafficking activity.

They used La ONU suppliers like Harold
Figueroa-Sanchez, Tony Zinc, and Munecon on a regular basis.
Because of La ONU, they sold more drugs to more people at
better prices.  Because of La ONU, they were able to conduct
their drug businesses with the assistance of their other allies
in La ONU whenever they needed it.

You'll also see that the verdict form asks you, with
respect to drug-trafficking, whether the offense involved
5 kilograms or more of cocaine.  You know that over the course
of more than a decade, La ONU sold way more than 5 kilograms of
cocaine.

Figueroa-Sanchez was getting hundreds of kilograms of
cocaine a week.  He was regularly supplying Chino with dozens
of kilograms of cocaine.  You can easily check this box.

Chino and Blondet also participated in La ONU's
pattern of bribery.  When Figueroa-Sanchez bribed corrupt
police to escort drug shipments, Chino and Blondet were among
those members of La ONU who benefited from that bribery because
they were among those who received some of those drugs.

And when those corrupt officers provided equipment for
La ONU to use or information about La ONU's rivals like

1    Hommysan Carino-Bruno who the defendants wanted dead, the

2    defendants were among those who benefited.  You can check the

3    bribery box and the more-than-two-acts box because you know the

4    corrupt cops were bribed way more than two times.  You know

5    that Chino and Blondet also participated in La ONU through

6    murder and attempted murder and through more, way more, than

7    two murders and attempted murders.

8           Now, again, for Count One, you don't need to spend

9    time and decide, for each and every murder, whether Chino and

10   Blondet agreed to participated in it.  But you know that Chino

11   used murder to eliminate threats to him, his leadership, and

12   his allies.

13          He sometimes used other members of La ONU to help him

14   commit murders like when he used Figueroa-Sanchez and Jason

15   Arribal from Torres de Sabana to help him kill Carlos-Barbosa.

16   And you know that Chino and Blondet agreed with other members

17   of La ONU to kill their rivals in La Rompe ONU like when Chino

18   and Blondet contributed to the murder of Hommysan Carino-Bruno.

19   You can check the murder and attempted murder box on Count One

20   and certainly the more-than-two-murders and attempted murders

21   box.

22          The next set of charges relate to Blondet's murder of

23   Crystal Martinez-Ramirez.  He's charged with murder in aid of

24   racketeering and murder through the use of a firearm.  You'll

25   see that some of the elements of these charges overlap with or

1    are similar to the elements of Count One.

2            As we discussed a moment ago, these charges also

3    require that one of the general purposes Blondet had in killing

4    Crystal was to maintain or increase his position in La ONU.

5    That's what these counts require.

6            Again, I expect Judge Furman will tell you that it

7    doesn't have to be Blondet's only purpose or even his principal

8    purpose.  We already discussed how, to maintain his position in

9    a violent drug organization, Blondet could not tolerate

10   disrespect or show any sign of weakness and certainly not in

11   his home territory.  His position in La ONU depended on it.

12           If Crystal could get away with disrespecting him, then

13   anyone could do it.  Blondet couldn't let that happen.  That's

14   why Blondet shot her in the head and dumped her on the street.

15   You can check all the boxes for the murder of Crystal

16   Martinez-Ramirez.

17           Next, Chino was charged with the murder of Israel

18   Crespo-Cotto as a murder in aid of racketeering, a murder in

19   connection with a drug crime, and a murder through the use of a

20   firearm.  He's also charged with those same charges for the

21   murder of Carlos-Barbosa.

22           Now, Chino does not have to be the one to pull the

23   trigger to be guilty of these crimes.  I expect Judge Furman

24   will instruct you that you may find Chino guilty if he aided or

25   abetted or assisted or caused these murders.

M46YBLO2                        Summation - by Mr. Rodriguez

1              By now, you know that Chino did a lot more than assist

2       these murders.  He ordered these two murders to take place.

3       Both of these murders were murders in aid of racketeering, and

4       they were also murders in connection with a drug crime because

5       Chino ordered them to protect his drug business and his

6       position in La ONU.

7              Chino viewed Israel and Carlos-Barbosa as threats to

8       his drug business and his position in La ONU.  Chino thought

9       that he would lose his drug business and his position in La ONU

10      if he didn't kill Israel because he believed that he was

11      cooperating with federal authorities.

12             He also ordered the murder of Barbosa to protect his

13      drug business and his position in La ONU.  He did that because

14      when Barbosa got out of prison, Barbosa wanted to clean house.

15             And in fact, after Chino had Barbosa killed, Chino's

16      drug business expanded.  Chino took over Barbosa's crack spot

17      in MAPA.  You can check the boxes for the murders of Israel

18      Crespo-Cotto and Carlos-Barbosa.

19             You've now seen the overwhelming evidence, the

20      testimony, crime scene photos, the autopsy findings, the

21      ballistics, the text messages, the recorded phonecalls, the

22      packages, the fingerprints, the defendants' prior guilty pleas,

23      and the actual kilos of cocaine.  You know how it fits all

24      together.

25             The defendants' involvement in La ONU began almost 20

1   years ago.  The scale of death and human suffering they

2   contributed to is astounding.  They probably never thought that

3   a jury like you would ever know about it.

4           But now you know.  You know about the tons of cocaine

5   they sold in Puerto Rico and right here in New York City.  You

6   know about the people they killed.  You know their names.

7           His name was Israel Crespo-Cotto, his name was Carlos

8   Alberto Barbosa Rivera, and her name was Crystal Marie

9   Martinez-Ramirez.

10          Hold the defendants accountable for their crimes.  On

11  each and every count, return the only verdict that is

12  consistent with the evidence, the law, and common sense.  The

13  defendants are guilty.

14          THE COURT:  Thank you, Mr. Rodriguez.

15          All right.  Ladies and gentlemen, I want to ensure

16  that you can give your undivided attention to the defense

17  summations as well.  So given that that we are about two hours

18  in and it's 11:00, our normal breaktime, I'm going to give you

19  a short break now just so you can stretch your legs, use the

20  restrooms, and devote your attention to the defense summations

21  as you did for the government's summation.

22          Do not discuss the case.  Don't communicate about the

23  case.  Keep an open mind.  You've heard the government's

24  principal summation.  You haven't heard the other side's

25  arguments, rebuttal, or my instructions.  And don't do any

M46YBLO2                          Summation – by Mr. Rodriguez

1    research about the case obviously as well.

2              And with that, enjoy your break.  Please be ready to

3    go in just under ten minutes, and we will proceed from there.

4    Thank you.

5              (Continued on next page)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (In open court; jury not present)

2          THE COURT:  You may be seated.

3          Anything to discuss before I give you a break?

4          MR. RODRIGUEZ:  No, your Honor.

5          MR. DRATEL:  Yes, your Honor.  A couple things from

6     the summation.  And I know the Court -- and I know

7     Mr. Rodriguez prefaced certain remarks saying that the Court

8     will instruct the jury and it will override anything he said.

9     But he did misstate the law in a couple of areas.

10         And I think it's important in two contexts:  One is

11    that -- and I know this is in the instructions at page 31.  But

12    the jury does have to be unanimous as to two acts that a

13    specific defendant agrees that someone else will commit.

14         And during his summation, he said they don't.  They

15    just have to know that these types of crimes are agreed to.

16    And that's not the law, and that's not what the Court will

17    instruct the jury.

18         With respect to the in furtherance on Count Two -- and

19    it wasn't so much he misstated, but he left out that it has to

20    be a substantial motivating factor, not just one of the

21    purposes, a substantial motivating factor.  That's one of the

22    instructions.

23         The third one, we're going to need an instruction that

24    receiving a benefit of a bribe is not guilty of bribery.

25    Someone who received the benefit of a bribe made by someone

1    else is not guilty.  That is what he said.  He said that they

2    received a benefit from Figueroa-Sanchez's bribery, therefore,

3    they were guilty of bribery.  That is not the law.

4          And the last thing is not a question of instruction

5    but to call a defense argument that is grounded in the law and

6    supported by the instructions that the Court will give, to

7    describe it as "offensive" is wrong and inappropriate.  And the

8    jury should be instructed about that.

9          MR. FREEMAN:  The reason I objected at that point was

10   the point that Mr. Dratel just made.  He called the argument

11   "outrageous."

12         THE COURT:  I think that's fair argument, and I

13   overruled the objection.

14         Mr. Rodriguez, do you wish to be heard on the first

15   three points?

16         MR. RODRIGUEZ:  Yes, your Honor.  I may not take these

17   in order, but just as I remember them.

18         I guess starting with the bribery point, I don't

19   believe I ever stated that the defendants were guilty of

20   bribery if they benefited --

21         THE COURT:  I have a new thought.  Why don't you,

22   particularly since you need to give it some thought I would

23   think -- I'm not going to do anything now, and we need to

24   discuss the revised instructions anyway.

25         Let's take it up when we do that, which will probably

M46YBLO2                    Summation - by Mr. Rodriguez

1    be over the lunch break, so you guys can have a few minutes

2    before we proceed with the defense summations.

3            Who is going first on that score?

4            MR. REEVE:  I am, your Honor.

5            THE COURT:  Okay.  Is there anything else that we need

6    to raise right now?  Or should we take that up later?

7            MR. REEVE:  Not from us, your Honor.

8            MR. FREEMAN:  Not from us.

9            THE COURT:  All right.  I'll see you in a few minutes.

10   Thank you.

11           (Recess)

12           (In open court; jury not present)

13           THE COURT:  You may be seated.

14           Just a reminder.  Please make sure all electronic

15   devices are off.  I continue to hear various alerts and things,

16   and I do not want that happening.

17           (In open court; jury present)

18           THE COURT:  You may be seated.

19           All right.  Welcome back.  I hope you enjoyed your

20   brief break.

21           We will continue with the defense summations, again

22   with Mr. Reeve for Mr. Marquez-Alejandro.  And, again, I would

23   ask that you give the same undivided attention to him that you

24   gave to Mr. Rodriguez.

25           Mr. Reeve, you may proceed.

1          MR. REEVE:  Our life experiences and common sense

2     teach us some important lessons that we forget at our peril.

3     Two of them are someone saying something is so does not make it

4     so.

5          Related to that, multiple people saying it is so also

6     does not make it so.  A lie does not become the truth because

7     several people say the same thing.  We all know that.  "A lie

8     can travel halfway around the world while the truth is putting

9     on its shoes."

10         We know these things from our own life experiences,

11    each and every one of us.  We know it because world events

12    every day reinforce those truths:  "This is the first rule of

13    deception:  Repeated often enough, almost any statement, story,

14    or smear can start to sound plausible."

15         We learn it in our youth.  Siblings, friends say we

16    did something that we didn't do.  Accusations are easy to make,

17    especially when the accusation is, as here, he told us to.

18         When it's not true, we say, as Julio Marquez-Alejandro

19    has said here in this case, no.  I did not do that.  I am

20    not guilty.  There's no evidence in this case that Julio did

21    any murder himself or committed any violent act.

22         There is no evidence, believable evidence, that he

23    aided, abetted, or wilfully caused any murder.  There is no

24    evidence that Julio himself brought drugs to New York.  Nor is

25    there any evidence that he was part of some massive conspiracy

1    to import drugs to New York.

2            There is no evidence that Julio Marquez bribed anyone.

3    What evidence there is is about Julio's saying, he told us.  He

4    authorized this action.  He approved this action.  It's not

5    hard to add those words.

6            How do we assess the fundamental issue that you have

7    to decide in this case, did the government prove its case

8    against Julio beyond a reasonable doubt or did they not.

9            We told you in our opening that there were three tools

10   you could use in assessing the credibility and the

11   believability of the witnesses:  Credibility, corroboration,

12   and compensation.

13           The government did not address the critical issue in

14   this case, credibility, until the very end of the case.  And

15   then they argued that these witnesses have told you the truth.

16   They are believable.  They have not, and they have not.

17           But it makes sense that that's what the government

18   would say because they bought their stories hook, line, and

19   sinker.  You can't believe them.  The two sides in this case

20   are a lot like ships passing in the night.  We are going to

21   focus on the credibility issue.  They are not.  It speaks

22   volumes in this case.

23           The credibility issues with respect to Julio

24   Marquez-Alejandro relate to four witnesses.  I say four because

25   two other government witnesses, Juan Valdez and Hector

1   Velez-Santiago, said nothing about Mr. Marquez-Alejandro.  And

2   the defense asked no questions of them.

3          You know the four cooperators:  Harold

4   Figueroa-Sanchez; Reinaldo Cruz-Fernandez, Remy; Jose Victor

5   Pellot-Cardona, Vitito; Jorge Asencio Viera, Macar.

6          The question of whether or not the government proved

7   its case rests entirely, entirely, upon the backs of those four

8   individuals.  As you already know, none of them are reliable

9   about anything, let alone in a situation as serious as this

10  one.

11         As Judge Furman will explain to you in his

12  instructions, the question that each one of you will have to

13  ask is if you would be willing to act upon what they told you

14  in deciding what to do in important matters in your own lives.

15         In considering that, it might be helpful to think

16  about an analogy.  The government has to prove its case.  It's

17  a little like building a chair and those four men are the

18  foundation of that chair.

19         They're the legs.  A solid, reliable chair needs good

20  legs.  It's built piece by piece.  It needs a seat, and then it

21  needs a back.  But without those four legs, anybody who sits in

22  that chair needs to be ready to hit the floor.

23         Here, they are the four legs.  They're the four legs

24  of the chair, the four legs of the government's case.  Would

25  any of you sit in that chair built by Harold, Remy, Vitito, and

1    Macar?  Asking the question itself is the answer.

2             A trial is a forum to resolve a dispute, a

3    controversy.  It is the government's claims versus

4    Mr. Marquez-Alejandro plea of not guilty, coupled with the

5    presumption of innocence and that the burden of proof is

6    entirely on the government and never changes during the entire

7    trial.

8             Let's briefly discuss what is not contested in this

9    case.  It's uncontested that some drug activity occurred.  It's

10   uncontested that Julio has pleaded guilty to drug conspiracy

11   charges.  It's uncontested that he served his sentences in

12   those cases.

13            What is contested is that Julio committed, ordered, or

14   in any way participated in any of the murders that the

15   government claims he did.  It's contested that Julio was

16   involved in bribery, and it's contested that he was involved in

17   some massive conspiracy to import drugs into New York.  So

18   that's the first tool.

19            The second tool that we mentioned in our opening was

20   corroboration.  The government did discuss corroboration.  But

21   in this area, you need to be very, very careful.  You have to

22   ask yourselves, what parts, if any, of the government's case

23   corroborate the testimony of the four legs of the government's

24   chair.

25            Now, in all the areas where it matters in this case,

M46YBLO2                      Summation - by Mr. Rodriguez

1    there is no corroboration with respect to Julio

2    Marquez-Alejandro, zero.  The government proved that murders

3    occurred.  But in our opening, we told you there was no dispute

4    that these murders happened.

5         Medical examiners and crime scene experts were called

6    by the government.  And they support some of the facts, the

7    fact of some of these murders.  But we already told you that's

8    undisputed.  They don't do anything to support or corroborate

9    the evidence against Julio Marquez-Alejandro.

10        Bullets, there was ballistics evidence from Shirley

11   Marc.  She was the last government witness, not relevant to

12   Julio Marquez-Alejandro.  The last piece of evidence in this

13   case was a stipulation that the parties agreed to.

14        Strike that.

15        That was the last piece of government evidence before

16   the defense introduced some stipulations.

17        When you take a look at that -- and those exhibits are

18   Government Exhibits 206 through 208, 208T, Government's

19   Exhibit 909.

20        When you look at those, a lot of things are unclear.

21   Who is texting Julio's phone?  When were the texts sent?  We

22   know they were written before the date that the phone was

23   seized, and the parties agree that it was seized on May 22 of

24   2013.

25        The texts that the government's offered show nothing

M46YBLO2                    Summation - by Mr. Rodriguez

1    with respect to the importation of drugs to New York.  And he

2    pled guilty in 2013 to those charges.  We told you in the

3    opening that Julio had been involved with drugs.  He accepted

4    his responsibility.  He pled guilty.  And just last month, he

5    finished serving the sentence in the second case.

6            So once again, it might corroborate an undisputed

7    fact, but it doesn't corroborate what the government is asking

8    you to find that it corroborates.  And when you consider the

9    government's case, you can consider both the evidence that was

10   presented and the lack of evidence that was presented.

11           Think about the lack of corroboration in this case.

12   Are there any recorded calls that relate to Julio

13   Marquez-Alejandro?  No.  Are there surveillance photos of him?

14   No.  Are there emails?  No.  Is there call site location

15   evidence?  No.  Is there DNA?  No.  Are there fingerprints?

16   No.

17           There is no specific corroboration that supports the

18   cooperating witnesses' claims that Julio ordered a murder,

19   authorized a murder, or approved a murder.  At the end of the

20   day, the government is asking you to rely on the word of these

21   four cooperating witnesses.  And you all know that is something

22   you cannot do.  There's no corroboration for any of the claims

23   the cooperators made about Julio but also no corroboration of

24   the stories of the cooperating witnesses.

25           We will address some of the murders, and we will point

M46YBLO2                       Summation – by Mr. Rodriguez

out two different circumstances in a few of the murders.

Number one, circumstances where the claims made by a cooperating witness are contradicted by the physical evidence. Number two, where testimony shows that if true, there would be corroborating evidence of what the cooperators are saying but none was offered.

This is also a case of contrasts. We asked you in the opening to focus on how the cooperating witnesses testify on direct versus how they testify on cross-examination. And that is one contrast.

Another is the quality of the testimony of the expert witnesses the government called versus the lack of quality of the testimony of the four cooperating witnesses.

Another contrast is the thoroughness of the government's questioning of the expert witnesses versus the way they questioned the cooperating witnesses.

The experts, they took you through brick by brick. You got quality classes about fingerprints and ballistics, again, undisputed by yous.

Contrast that with the end of the day last Friday when the government questioned its last cooperating witness, Macar, Asencio Viera. And they covered 15 murders I think in less than 20 minutes, as if they were unimportant.

Or the redirect of the cooperators:

"Q.  Do you recall, sir, the questions Mr. Reeve asked you

M46YBLO2                    Summation - by Mr. Rodriguez

1     about cellphones?

2     "A.  Yes, I do.

3     "Q.  Have you ever, since the time your cooperation began, used

4     a cellphone?

5     "A.  No.

6     "Q.  Have you ever discussed with anyone on those cellphones

7     your testimony?

8     "A.  No."

9              Once again, they're asking you to rely on the word of

10    these four men.

11             Now, the experts testified concerning murders that

12    were not in dispute, murders that occurred, death, gunshot

13    wounds.  No dispute regarding the cause of death, no dispute

14    regarding the caliber of the bullets.  But the government put

15    all that evidence on, but it corroborates nothing of importance

16    with respect to Julio Marquez in this case.

17             The experts give the superficial appearance that the

18    case against Julio was based on a thorough investigation.  They

19    give the superficial impression that the evidence against him

20    is reliable when it is not.

21             But neither the experts, nor the evidence they

22    testified about, corroborated the specific allegations against

23    Mr. Marquez-Alejandro.  All you have are the mere words of

24    individual men who got caught and will do whatever it takes to

25    get out of jail, to get the government off their back.

1              And the third tool that we suggested in opening is

2     compensation.  And you all know what the compensation is for

3     these four individuals.  They are working to reduce the time

4     they've already been sentenced to and to get as low a sentence

5     as possible from Judge Furman on the new charges for which

6     they've pled guilty.

7              They are all desperate men, and they all want to get

8     out of prison as soon as possible.  Some of them were reluctant

9     to say that.  So they say things like, I realized I needed to

10    change my life around, to come clean.

11             You all can determine if they were credible about

12    that.  That's your decision.  It's easy to make promises, but

13    it's not so easy to keep them.  It's easy to say something to

14    the government and just say the same thing on the

15    witness stand.

16             Proffer consistency insulates cooperators, but it

17    doesn't help establish the actual facts.  We know a lot about

18    the character of these four individuals and their lack of

19    reliability on the witness stand and on the street and the

20    horrible things that they did.

21             They are suggesting to you that they are changed men;

22    that they now understand.  We all know change in life is hard

23    for all of us.  We see it in ourselves and our friends.  We

24    make a commitment to stop buying junk food at the grocery

25    store.  How long do we keep that commitment.

M46YBLO2                    Summation - by Mr. Rodriguez

I'm going to get more exercise.  I'm going to stop
this, that, or the other thing.  Most of us don't do well at
that.  Even small changes are hard, but we all know that
radical change is extremely hard.  Some do it but not many.

Jose Pellot-Cardona is a good example.  In the 2002
meeting, his beliefs appear sincere.  He was studying religion
at a religious Christian house, and it appeared that he took it
seriously and he told the truth as part of his effort to
change.

But then he went out and started selling drugs again,
killing again, lying again.  Three times he claimed changing,
and each time he went back to the old patterns.  Serious change
is extremely difficult.  Make no mistake.  They're all
desperate, and desperate people do desperate things.

And another factor -- we now have five factors that
we're asking you to consider.  We added contrast.  I already
spoke about that.  But also coordination.  What were the
opportunities for these men to coordinate their stories.

Cellphones give them the opportunity to have
unmonitored calls, unmonitored emails, and unmonitored texts in
prison to people in other prisons, to people in the same
prison, or to people outside.  All three options are there when
they have illegal cellphones.

Messages can go back and forth between inmates, direct
contact with each other.  I mean, if there's one thing we

1    learned in this case, it's that the BOP can't even control and

2    separate someone who's coming into court to testify from the

3    people against whom he's going to testify on the same day he's

4    going to testify.  That says volumes about the inability of the

5    BOP to separate people and the ease with which people speak to

6    each other.

7         Visits, shared attorneys, use of emails to third

8    parties where multiple cooperating witnesses are in contact

9    with the same person.  Talk with other inmates about the

10   cooperation system.  Talk with other inmates about the new

11   cases brought, new cases involving people from Puerto Rico.

12   Intelligence gathering.  You heard there's a very strong rumor

13   mill in prisons.

14        We put up something about a lie can spread around the

15   world, but it doesn't have to go that far in this case.  It

16   spreads from prison, from inmate to inmate, in no time flat.

17        All four had attorneys before they ever met with the

18   government, and that's completely appropriate.  The judge is

19   going to instruct you that it's normal and expected for

20   attorneys to prepare on both sides, to prepare their clients.

21   And those attorneys did.  They prepared their clients.  You can

22   infer from this that they did.

23        So you can also infer that all the cooperating

24   witnesses knew and/or learned, after they were transported to

25   the New York City area, what the focus of the meetings would

1    be.  They all knew.

2              In the cases of Vitito and Remy, both cooperated two

3    years after they were charged in this case.  They had the

4    indictment.  They had reviewed discovery in this case.

5              They knew the government's theory of the case.  They

6    knew the case in, out, and upside down.  They were at joint

7    defense meetings.  They had teams of attorneys advising them,

8    prepping them for meetings with the government, as is

9    appropriate.

10             It's reasonable to conclude that they knew what would

11   happen if they told the government things that conflicted with

12   the government's theory of the case.  They would be shown the

13   door, no 5K, chances of earlier release from prison gone.  It's

14   important to keep all these things in mind when assessing the

15   reliability of each cooperating witness.

16             I want to talk to you for a little bit of time about

17   the timeline for Julio and the differences you've heard between

18   Julio's history and the history of other leaders in what the

19   government refers to as La ONU.

20             All these cooperators claim that Julio was, as the

21   government referenced it, one of the founding fathers.  Let's

22   think about that for a minute.  It's contradicted by the facts

23   in the record.

24             Consider the stipulation on Julio's time in prison

25   with respect to the first case.  He pled guilty on May 30,

M46YBLO2                    Summation – by Mr. Rodriguez

2003.  And thereafter, he was in the custody of the
Bureau of Prisons from November 17, 2003, to February 25, 2005.

Now, in the indictment -- and you'll see it-- the
government says in or about at least from 2004.  And you've
heard testimony from witnesses that La ONU started around 2004.

Now, could they be precise?  No.  They couldn't.
Could anybody testify about what the first date was where they
claim that the meeting was at Julio Marquez's place of
business?

It looks like it's very, very possible Julio was in
prison at the time of the first meeting.  But let's assume --
let's assume -- as the government does, that he was out.

Ask yourselves why and how did Julio Marquez become
the leader of the group?  Even if he was out before the
formation, how was it that, like magic, he became the leader?
Just out of prison, just back in his community.  A founding
father?

And the claim that the witnesses made was that the
first meeting was at the San Pedro barbecue, his business.  Do
we even know if the San Pedro barbecue was open in 2004 or
2005?  We don't.

Even if it had been open, would it have been the place
where this meeting, where leaders, big-time leaders, according
to the government, of public-housing-project-drug-trafficking
organizations all assembled.

M46YBLO2                    Summation – by Mr. Rodriguez

1        You saw the pictures of the San Pedro barbecue.  It's

2   on a busy street.  It's across from a police station.  It's a

3   small place.  You can see it in the photo.  It appears

4   unprotected, that is, exposed.

5        It seems like a highly unlikely place for these

6   big-time leaders to get together for the first time and form

7   this group, La ONU, especially when you contrast that with the

8   photos and the knowledge you have gained about Torres de

9   Sabana.

10       This is Torres de Sabana.  You heard they have

11  centuries up in these towers.  You can see there's an interior

12  courtyard.  Cars can get in there.  It's like a fortress.

13       And we know that in 2004 or 2005, the government's

14  theory is Coquito Lopez, Coquito Blin Blin, was the leader.  He

15  was a very, very powerful man.  Why would he leave us the

16  fortress and travel to the San Pedro barbecue?  It makes no

17  sense.

18       And then we don't know what kind of protected meeting

19  spots that some of the other leaders whose names have come up

20  have.  Pito Paz, he was, according to the testimony you've

21  heard, the leader of Monte Hatillo public housing project.  We

22  don't know how that is set up.  Is it like Torres de Sabana?

23  No evidence.  None.

24       How about Angelo Millones.  He controlled all the

25  public housing projects or almost all the public housing

1    projects in Bayamón.  Certainly in some of those public housing

2    projects there are far more protected areas.

3           So does your common sense tell you that you can

4    conclude that this meeting happened at the San Pedro barbecue?

5    No, you can't.

6           And there's no suggestion that any of the other

7    leaders had been recently in federal prison for 18 months.  The

8    cooperators, most of them, have stated they worked their way up

9    through the ranks in the drug-dealing world.  They committed

10   acts of violence to gain power.  And they committed acts of

11   violence to secure their power, they themselves directly

12   involved.

13          And let's take a look at the stipulation in Julio's

14   2011 case, Government Exhibit 906.  At page 2, the stipulation

15   states that at the time of the plea, that Julio was identified

16   through several recorded conversations with Michael Cruz Reyes

17   as a possible source of supply for Michael Cruz Reyes.

18          What's that about?  Who's Michael Cruz Reyes?  Was

19   Cruz Reyes identified by any of the cooperating witnesses?  No.

20   Did the government ever ask?  No.  My recollection -- yours

21   controls -- is that we were the only ones to ask about Cruz

22   Reyes in this trial.

23          If Julio was his possible source of supply and this

24   was in MAPA, was Cruz Reyes higher in MAPA than Chino?  We have

25   no evidence about him.  We don't know.  But it raises

1    significant questions regarding whether Julio was even the

2    leader of MAPA during the time frame addressed in the

3    stipulation, January 30, 2007, to February 29, 2008.

4            And if he wasn't even the leader of MAPA at that time,

5    how could he possibly have been one of the big founding fathers

6    of La ONU?  We don't know because there's no evidence about it.

7            And by the way, what evidence have you heard that

8    Julio rose up through the ranks in MAPA?  When did he start?

9    When did he start selling?  We don't know.  The usual path, as

10   I said earlier, appears to be you start in the drug business at

11   an early age.  You heard ages like 14, 15.  They worked their

12   way up —— Harold, others, Macar.  They committed acts of

13   violence to gain power, to get drug spots.  Usually they were

14   involved themselves directly in those acts of violence as well

15   after they gained power.

16           How do we know that?  Well, the government's evidence.

17   Think about it.  Harold, Macar, Chio, Coquito Lopez, Hommysan

18   Carino-Bruno —— there's testimony all of them committed acts of

19   violence themselves, murders.

20           Have you heard one shred of evidence in this case that

21   Julio Marquez-Alejandro followed in the footsteps of what we

22   know happened and the government is asking you to rely on that

23   with all the other leaders?  Something is very wrong here.

24           In Julio's case, there's just no credible evidence

25   that he rose through the ranks.  We haven't heard it.  The

M46YBLO2                    Summation – by Mr. Rodriguez

1    witnesses created the illusion that things in MAPA could only

2    be done with Chino's say so.  But the fact that those four

3    cooperators say that does not make it so.

4            And consider that in the 2011 case, the government had

5    recorded phonecalls of Mr. Marquez-Alejandro.  Did you hear

6    anything about those calls?  What were they about?  What was

7    the substance of those calls?  Would they have helped you

8    understand what Mr. Marquez-Alejandro's role was in MAPA at

9    that time?

10           Was he ordering people around?  Was he instructing

11   people what to do?  We don't know because we didn't hear those

12   calls.  They're not a part of this case.

13           (Continued on next page)

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. REEVE:  (Continued) And the stipulation signed by

2    both parties makes that crystal clear.

3          Would they have helped you, the jury, in learning his

4    role?  Maybe, but we don't know.  Would they corroborate the

5    cooperating witnesses or would they undercut their testimony?

6    We do not know.  But we do know that the government had Julio's

7    phone number, and they had the phone numbers of other

8    individuals in the case.  Might the call records on his phone

9    have supported or undercut the testimony of the cooperating

10   witnesses?  We do not know.

11         In addition, consider this:  The government introduced

12   a few texts off of Julio's cell phone that was seized in May of

13   2013.  Was there nothing else on that phone?  Was there no

14   contact list that would have corroborated that he was

15   communicating with all these people, that he was still leading

16   MAPA, as the government claims and as the cooperators claim?

17   We don't know.  How about call history?  Would that have shown

18   that he was communicating with the people that the cooperating

19   witnesses claim he was?  We don't know.

20         Also recall that in Harold Figueroa Sanchez's 2010

21   case, he admitted that there was substantial phone evidence

22   introduced and available in that case.  It was there.  It was

23   part of discovery.  He told you that, recorded calls, call

24   records, texts of various seized phones.  There's plenty -- we

25   know that in drug cases there can be plenty of evidence of

1    telephone calls and information that could help support or

2    refute, but we do not have them here.  It's reasonable for each

3    and every one of you to ask why that is.

4           Now we're about to review in some detail each of the

5    four cooperating witnesses and what we know about them, but I

6    want to first address a few other issues.

7           This case does not involve the question of whether you

8    like or dislike the cooperating witnesses.  The parties agree

9    about that.  The issue is do you find them credible?  Do you

10   find them reliable?  Would you take their word to the bank?  If

11   the answer's no, you have a reasonable doubt.

12          Second, the case is also not about if you like the

13   lawyers on one side or another.  That's not what this case is

14   about.  The case is about the credibility of those four

15   witnesses with respect to Julio.

16          Third, we know that when you walked in to jury

17   selection back on March 17, you had no idea what you were

18   getting into.  None.  You heard instructions that the case

19   involved murders.  But we've been living with this for a while,

20   but not you.  Some of that evidence was hard to listen to.

21   There's a lot of violence.  Some of its horrific.  Some of it's

22   disturbing.  But we know you've listened.  We know you've taken

23   that evidence in, and it's important, and we're about to talk

24   about why.

25          Another thing before we review the four cooperating

M46HBLO3                    Summation - Reeve

witnesses individually, during that review I will discuss some, but not all, of the murders the government alleges Julio committed.  The reason is it's the government's burden to prove them.  It's not ours.  It never changes.  But I will spend some time on some where it suggests, if it does not show, that a cooperating witness has lied in this courtroom to you.

Perhaps at the end of my argument some of you will not be able to make a decision on whether or not the cooperator lied, but if you have reasonable doubts about that, that is the answer.  It's done.  It's over.

Another question you're going to have to decide is if you find that one of these cooperators or more than one of these cooperators has lied about one murder, how do you apply that to the other murders?  That's up to you.  You can find that his testimony cannot be believed on one murder, therefore it can't be relied on in any of the murders.  Why would you? But it's up to you, not up to the lawyers, not up to the judge -- up to you, each and every one of you.  As I already told you, Julio's entered not guilty pleas to all the charges, so they all are contested.

I want to discuss, before we go to the individual cooperators, common threads that you saw in each and every one of them.  They are all deceitful, depraved, and desperate. They all deceived their victims.  They all deceived their friends, who often were their victims.  They are all experts in

1    deception.  They all tried to deceive you.  They are all

2    depraved, deceitful men.  They were that way on the street, but

3    now they're desperate because they want to open the door to the

4    prison cell that they're in for a long, long time, and that

5    makes them different from every other witness.  And the judge

6    will explain to you how it makes it different, how you need to

7    look at this testimony with special care because of their

8    interests, because of their motivations, because of what we

9    know is going on.

10           And by the way, the government has told you they're

11   getting their 5Ks.  That was just announced.  They're getting

12   them.  That you can rely on.

13           MR. RODRIGUEZ:  Objection.

14           MR. REEVE:  Common sense --

15           THE COURT:  Hang on, counsel.

16           Again, ladies and gentlemen, it's your recollection of

17   the evidence that governs.  I don't think there was any

18   testimony at trial that they are getting their 5K letters, what

19   they referred to as their 5K letters, but there certainly was

20   extensive testimony regarding their understanding of those

21   letters, their hope to get those letters, and what those

22   letters might mean.  And, obviously, you can consider that and

23   anything else about their testimony in evaluating their

24   credibility.

25           MR. REEVE:  And if I misspoke, I wasn't referring to

1   testimony.  I was referring to the government's closing

2   argument.  And if I heard it wrong, it's your recollection that

3   controls.  OK?

4        Common sense and our experience tell us what desperate

5   people are capable of.  Again, desperate people do desperate

6   things.  What they are trying to sell here as the truth is just

7   further evidence of their own deception.  They might convince

8   the government.  With each cooperator the government has made

9   clear it's their decision on filing the 5K letter, no one

10  else's.  Not the judge's, not yours.  That in and of itself is

11  a dismissal of your role.  It suggests that you, the fact

12  finders, are not the real truth finders --

13        MS. BAGLIEBTER:  Objection.

14        MR. REEVE:  -- because the truth that you find --

15        THE COURT:  Hang on.

16        Again, arguments of counsel are not evidence, but you

17  can, obviously, consider them in your evaluation of the

18  evidence.  No one disputes that you are the exclusive finders

19  of the facts with respect to the matters that you're being

20  asked to decide.  You shouldn't -- well, I'll leave it there.

21        Go ahead, Mr. Reeve.

22        MR. REEVE:  Thank you, your Honor.

23        Because the facts you find need not be what the

24  government finds.  You are the fact finders.  You are the ones

25  who return a verdict.  No one else.

 1          So let's, with those things in mind, look at these

 2     four witnesses.  The first one was Harold Figueroa Sanchez.

 3     You all came to know what kind of a man Harold Figueroa Sanchez

 4     is.  He's a corrupter.  He's happy when corrupt cops perjure

 5     themselves to get a Torres de Sabana guy out from under a

 6     murder case, a guy named Coco Blin Blin, the leader.  The cop

 7     lied, and the case was over.  The murderer got away with

 8     murder.  Harold was happy.

 9          It was due to the Torres de Sabana corrupt stable of

10     cops.  Those cops belonged to the Torres de Sabana drug

11     operation when Coco Blin Blin ran it, and they continued to

12     belong to the Torres de Sabana drug trafficking organization

13     when Harold took it over.  They continued on that payroll.

14          The notion that they worked for La ONU is fanciful.

15     Reinaldo Cruz Fernandez, Remy, the alleged right-hand man of

16     Julio, testified he didn't know Harold's corrupt cops.  No

17     idea.  That's because they were, in fact, Harold's corrupt

18     cops.  They did what Harold asked them to do.  He got them the

19     cell phones.  He got them paid enormous sums of money.  He

20     didn't make all these investments so he could loan them out.

21     He admitted in his testimony that he has spent his entire adult

22     life corrupting the criminal justice system.  I asked him, is

23     that right?  Have you not?  Answer:  Yes.  He's now trying to

24     do the same thing but in a different vein, from a prison cell.

25          The flip side of getting a guilty person off, not hard

1    to switch to getting an innocent person convicted.  They're

2    just two sides of the same coin.  By his own admissions, he

3    turned the criminal justice system on its head when he was in

4    the street.  It's what he did.  How do we know that?  Many

5    reasons, but here are a few.

6           How do we know he's not telling us the truth?  Think

7    about the drug quantities that Harold testified to as opposed

8    to Remy.  This is Harold's testimony -- I beg your pardon.

9    This is Remy's testimony, and what he indicates here is that

10   Chino typically received, the last line, depended, like five to

11   ten kilos.  Let's compare that to what Harold says.

12          "After the formation of La ONU, approximately how many

13   kilograms of cocaine would you supply Chino in a typical week?

14          "Anywhere between 50 and 75."

15          You can't credit either one of them.  They're both

16   lying, but look at the disparity.  This is their business.

17   Remy, total of 10 to 30 kilos a month, 5 to 10 kilos, two to

18   three times a month.  Harold, 200 to 300 kilos a month, 50 to

19   75 kilos every week.  How do you reconcile that?  You don't.

20   You can't.  And the government won't either.

21          Harold testified he didn't export drugs because it was

22   too high of a risk.  Might be one of the only things he

23   possibly said in his testimony that was true.

24          Harold's testimony does give us a window into another

25   lack of corroboration in this case.  He told you an undercover

officer was surveilling him at his place of business, Denbow,

at his house.  He learned all that after he was arrested.  He

knew because he had seen, through his corrupt cops, a video of

the outside of Denbow on the night Anthony Castro-Carrillo was

murdered.

          If he is so close to Chino and getting so much cocaine

to him, why are there no videos of them ever together?  Why are

there no still photos?  Government even try?  We don't know.

We don't know.

          How about his minimization of his own conduct and

putting it on Chino?  We know he did that because he admitted

to it on the stand.  Didn't admit to all of it, though.  He

denied, in part, that he was attempting to take over all of

Carolina, but then the last cooperator came in, Macar, and he

confirmed that was exactly what was happening.  You remember

that testimony.  He was kicked out of the project where he had

a point because Harold was trying to take over all the drug

business in Carolina.

          Harold says no.  He testifies, Harold, that Omar Blin

was a MAPA guy, but Remy testifies that Omar Blin was a Torres

de Sabana guy.  Who knows?  Either one of them telling the

truth?  Neither one of them telling the truth?  We don't know.

          His La Cerámica story and his change in testimony is

critical to assessing the credibility of Harold Figueroa

Sanchez.  He told you La Cerámica is Torres de Sabana turf.

M46HBLO3                    Summation – Reeve

It's in Carolina.  You saw it on the map.  It's very close to
Torres de Sabana.  He told you that they fought a war to get
it.  People died.  He told you that Willie controls it -- I
should say controlled it at that time for Harold and Torres de
Sabana.  Willie kills, he told us, in La Cerámica to maintain
his control.  Willie beats undercover officers to avoid heat in
La Cerámica.  He also killed a suspected informant, somebody he
believed was an informant, because he'd been told about that,
told that the individual was reporting about drug dealing in
La Cerámica, so he killed him.

        When it comes to the murder of Anthony
Castro-Carrillo, his first story is in Texas, Beaumont.  You
remember.  He tells the agents it was not a Torres de Sabana
operation.  Oh, yeah, it was in Cerámica, but it wasn't a
Torres de Sabana.  Even though we control it, even though we
kill for it, even though we beat for it, it was not a Torres de
Sabana operation.

        He said Chio, C-h-i-o, ordered that murder.  He said
Chio, C-h-i-o, paid for it.  He ran in, he said, to Chio by
happenstance a few days later.  He was on the beach, Harold,
doing a music video, and all of a sudden Chio was there.  It
was by chance.  It was unplanned.  And he told you that Chio
confirmed this was his decision.  This was his order.  But
after that, he's transported to the Southern District of New
York, and we know what happened.  He began to sing an entirely

M46HBLO3                      Summation - Reeve

different tune.

        He's not the only one to do that, and you're going to
have to look at all that and ask yourselves why, why the
change?  Why the change, the radical change, in Harold's
testimony?  Because in Texas he never mentions the name Chino.
He never mentions Julio Marquez-Alejandro.  His biggest drug
customer, according to him, he doesn't mention it.  Never.

        When he comes here, he still claims it's not a Torres
de Sabana operation, and now he says something entirely
different.  He says he spoke to Chino before he did the murder.
In Texas he said he didn't speak to any of those people.  He
spoke to Omar Blin and Carlitos Open, but now he spoke to
Chino.  He's inserted Chino into the case, and ask yourselves
why, why?  And we know the answer.  We know it.

        He says now, in New York, Chino said the guy was
causing trouble in MAPA and San Jose.  He says Chino admits he
authorized the killing.  He says the money is coming from
Chino.  He says, planned the meeting with Chino and Chio after
the murder.  Now it's not a random happenstance meeting between
Chio and Harold.  Now it's a preplanned meeting with Chio and
Chino.  Where does that come from?

        He says Chino admits the whole thing.  Harold doesn't
dispute that this is precisely what he did:
"Q.  Having reviewed the document, is your memory refreshed
that you never mentioned the name Chino during your discussion

1    of the Castro-Carrillo murder on May 25, 2016?

2    "A.  Yes.

3    "Q.  Your memory is refreshed, and now you remember that the

4    only person you mentioned who was ordering or giving money was

5    Chio, C-h-i-o, right?

6    "A.  Yes."

7           Both those versions can't be accurate.  What's his

8    motive to throw Chino under the bus?  We know.  We know what

9    the motive is.  He knows.  He's gathered intelligence, just

10   like all the others.  He knows what is the government's theory

11   of this case, and he's going to plow into that because he is

12   desperate to get out of prison.  That's why he's here.

13          He had a motive and his organization had a motive to

14   protect that turf.  It was their turf.  They had done so in the

15   past.  They planned it at Harold's nightclub, Denbow.  It was

16   Harold's guys that he told you hang out all the time at Torres

17   de Sabana, Omar Blin and Carlos Open.  He said both are always

18   hanging out at Torres de Sabana.  His corrupt police officers

19   participated directly in this murder.

20          He goes to the scene of the murder with Anibal,

21   Anibal, one of his bodyguards, one of his hitmen.  Why is he

22   there if this is not a Torres de Sabana operation?  Ask

23   yourselves why.  Has all the earmarks of a Torres de Sabana

24   operation, but he testified here to the exact opposite, and

25   that's for you to decide.  Which time was he lying?  Was he

1    ever telling the truth, or are both stories lies?  It's up to

2    you.

3            It's the beginning of a pattern we've seen with these

4    cooperating witnesses.  We saw it happen time after time.  It's

5    unmistakable.  The story changes when they get to the Southern

6    District of New York.  You know why that is.  Each one of these

7    unbelievable cooperating witnesses thinks they know a way to

8    get a 5K.  Their belief is they need to pile on to Chino, and

9    they do.

10           Deceiving people is a learned behavior, and they have

11   all learned that lesson very, very well, and they had no qualms

12   about doing it.  These are all lies to protect themselves.  And

13   based on our experience in life and applying common sense, we

14   know that's why most people lie, to protect their interests.

15   That's what's happening in this case.  It's right in front of

16   you.  The evidence is there.

17           So claimed it wasn't Torres de Sabana.  It became a

18   MAPA operation.  Is that consistent with the facts?  No.

19           And ask yourselves about the similarity between what

20   he said in the Castro-Carrillo murder and what he said in the

21   Barbosa murder.  He claimed that was a MAPA operation, but all

22   the people gathered at Torres de Sabana.  Most of the people

23   involved were Torres de Sabana people.  Harold, once again went

24   to the area of the murder with Anibal, just like in the

25   Castro-Carrillo case, and he denied meeting up with the guys.

M46HBLO3                    Summation - Reeve

1    "Q.  OK.  So one thing you're sure about is you weren't at the

2    scene of the murder, right?

3    "A.  No, I was not there.

4    "Q.  And you wouldn't -- you didn't meet up with the people

5    that were involved until you all met at Torres de Sabana,

6    right?

7    "A.  That's correct."

8            But you heard Remy testify under oath that shortly

9    after a car pulled up next to him, Harold rolled down the

10   window and laughed.  It's hard to know which one of these liars

11   is lying, but Harold is the one who has something to hide here.

12   He's trying to remove himself from these murders.  Ask

13   yourselves why, why?  The more he was involved, the less likely

14   that Chino was.  He couldn't tell the truth because it wouldn't

15   help him get a 5K.  He had to keep his eye on the ball, pile on

16   Chino.

17           He protected himself further by denying that he knew

18   Barbosa was close to Char.  Now, the government says to you,

19   well, there's no evidence.  This is made up.  That's because

20   they're relying on Harold as a truth teller.  Harold denied it,

21   and now we have to buy that?  You have to buy it hook, line,

22   and sinker just because the government does?  No, you don't,

23   and you shouldn't.

24           We know, and he told us, that he was at a war.  He was

25   involved in a war with Sabana Abajo and Char.  He admitted that

1    on the stand.  That war, Harold's war with Sabana Abajo, was

2    the reason he killed Oreo.  He killed, his men, they killed

3    Oreo.  It was their war.  It wasn't Chino's war; it was his.

4    Sabana Abajo was killing people from Torres de Sabana, and

5    Torres de Sabana people were killing people from Sabana Abajo.

6    That's Char.

7          He denied that he knew that Char and Barbosa became

8    very, very close in prison.  Again, government says buy it, buy

9    it.  You don't have to.  Does it make sense?  No.  Like all the

10   murders in the Torres de Sabana area, the murders based on

11   suspicion and rumor of people who they thought might have been

12   involved in Coquito's death, that's a whole different issue as

13   to whether Harold, who had the motive, the means, and the

14   opportunity to kill Coquito to gain power did or didn't.

15   That's up to you to evaluate.  But he is always trying to put

16   murders on Julio when it's his murders with the Torres de

17   Sabana guys in that area, in Carolina.

18         He knew that admitting his own crimes was not going to

19   get him a 5K.  He had to provide substantial assistance in the

20   investigation or prosecution of someone else.  Just like if he

21   told the government that a dead person had committed the

22   murder -- and we all know there's a lot of dead people because

23   of Harold Figueroa and others, all the cooperators in this

24   case -- that wasn't going to get him a 5K either.

25         And in the Israel Crespo-Cotto murder, he made up a

story that is entirely inconsistent with the physical evidence.

Let's take a look at what he said:

"Q.  What, if anything, did Chino later tell you about Isra?

"A.  He told me that he was going to order his murder.  He said

to me:  That's all I needed to hear.  I'm going to order his

murder.  And then he called me up and he said:  I did it.  I

asked him how, and he told me that he sent some people to go on

the roof of where Israel lived and to fire at Israel from the

roof down to where he was on his body, because Israel was

outside, suntanning, sunbathing, on his wheelchair."

Let's take a look at the photos.  What do you see

above the patio, if you call it that, the area where he was

killed?  You see concrete ceilings.  Nobody could shoot from

that roof, but that's what he said Chino told him.  He made

that story up, and he got caught because of the physical

evidence.  And now the government wants you to disregard that,

but you can't do that.  You have to look at that.  That's

Government Exhibit 212GG.

No one would shoot from the balcony.  It's not

consistent with all the physical evidence in this case.  But

that's what he claimed Chino said.  If Chino was really

involved, why would he make up a ridiculous story like that?

He wasn't.  So where does that lead?  One more tall tale about

Julio to get his 5K and his freedom.

His testimony was also underscored that violations of

1  the cooperation agreement -- it's underscored that violations

2  of the cooperation agreement don't always result in termination

3  of his status.  He conceded that he violated the law in prison

4  by using an illegal cell phone after he began cooperating with

5  the government.  And when you look at the cooperation

6  agreement, you will see, it's right here in this section, it's

7  understood, and then go down to (g), the highlighted, "shall

8  commit no further crimes whatsoever."  That's his obligation.

9  He violated that obligation.

10       Now, when you look at this cooperation agreement,

11  you'll realize that the government's not obligated to walk away

12  from this agreement because he commits further crimes.  It just

13  says the office shall have the right to withdraw such motion.

14       So the government has to assess, are his crimes big

15  enough to rip up the agreement?  Are his lies big enough to rip

16  up the agreement?  That's their decision, but it's not required

17  that they do that.  It's completely within their discretion.

18  He did both, and the cooperation agreement is intact.  He

19  committed crimes and he lied.

20       There are numerous examples of internal conflicts in

21  his story and conflicts with other cooperating witnesses.  One

22  of the biggest is what we just went through, what he said in

23  Texas versus what he says in the Southern District.  At times

24  his testimony conflicts with other cooperators.  We've already

25  reviewed that.  At least some of these four cooperators, if not

1  all of them, are lying to the government at various times and

2  places.

3          Let's move on to Remy, the next deceitful cooperator,

4  desperate, that you heard from was Remy.  He's an opportunist.

5  He's testifying here to get time off his sentence.  But what he

6  says doesn't make sense when you think about it.  He says what

7  he believes the government wants him to say.  He thinks he

8  knows what he needs to do.  That's because he had studied all

9  of the evidence for two years while locked up at MDC Brooklyn.

10 He knew the indictment.  He knew the discovery.

11         He didn't have, as the expression goes, to be a

12 weatherman to know which way the wind was blowing.  He knew.

13 He believed that to get a 5K, he had to make allegations

14 against Chino, Julio Marquez-Alejandro, as often as possible,

15 and they had to be consistent with the government's theory of

16 the case.  He had no other option.  He knew it.

17         And we learned through his testimony much about his

18 life of deceit.  He testified at one time Chino didn't want

19 people to leave bodies in Manuel A. Perez, but then he says

20 Chino had Israel Crespo-Cotto killed right in his home, in

21 front of his daughter in broad daylight in the project where

22 Chino lives, not far from the business that Chino was running,

23 the San Pedro barbecue.  Does that make any sense?  The

24 government says, yeah, that makes sense because it was a sign.

25 It was a symbol.  It was a warning.

 1          Seems to me there's an alternative here.  You might
 2  well conclude that people don't kill people in their own
 3  backyard and leave the body there.  Doesn't make sense.  Why
 4  would you do that?
 5          And he says prior to La ONU, no public housing
 6  projects worked together.  It was like night and day,
 7  pre-La ONU and post-La ONU, but that's wrong.  We heard all
 8  through the testimony of the cooperators about people from MAPA
 9  working with San Jose well before La ONU.  We heard about
10  Torres de Sabana working with other housing projects in
11  Carolina or going to battle with them all before La ONU.  We
12  heard about Selles, Las Dalias, and El Prado working together
13  before La ONU.
14          Why is he saying that?  Because the indictment
15  emphasizes how radical a change, a sea change, La ONU,
16  everything is different.  He believed he had to say that, so he
17  did say it.
18          Remy is lying left and right.  He says a true weight
19  is that his drug spot sold about one eighth of a kilo of
20  cocaine a month.  Then he starts talking about international
21  routes that had room for over 100 kilos.  That's over
22  200 pounds.  That's an astronomical amount.  It wouldn't fit in
23  a suitcase.  It couldn't be mailed.  It couldn't be brought by
24  a courier.  So what is it?  It's a made-up, concocted story to
25  help convict Julio Marquez-Alejandro.

1          Then he testifies about Israel's murder.  Well, what's

2     important about that?  Well, he was in prison at the time it

3     happened.  Gets out a year later.  It's not at the time.  He's

4     out later.  And then he claims, oh, I had a conversation with

5     Chino, and Chino admitted it.  Well, of course he's going to

6     say that, Chino says this, Chino says that.  Allegations are

7     easy to make and not so easy to disprove, but they sure are

8     easy to make.

9          Then he says he talked to Pony, and Pony told him

10    things.  This is where the government's case gets even weaker

11    than just these cooperating witnesses, and you'll hear this

12    again.  What do we know about Pony?  How reliable is Pony?  Is

13    he a truth teller?  Is he a liar?  We don't know.  But the

14    government is asking you to rely on statements of Pony without

15    your knowing anything.  If somebody you knew came up to you and

16    said, you know, I just heard from Joe that Pony told him X.

17    What would be the basis to believe that?  None.  None.  You'd

18    have to know who's Pony, but we don't know.

19          And Pony says "my bad."  That's what he says.  Is that

20    a confession, or is Pony sad -- if he's telling the truth, is

21    he sad that he couldn't protect their mutual friend?  We don't

22    know.  Remy speculates that all this sadness about Israel's

23    death means Chino and Pony killed Israel, but that's his

24    conjecture.  That's pure speculation.  He told you, Remy,

25    there's all kinds of rumors that fly around.  Puerto Rico, it's

1    a big, heavy rumor place.  And prison, by the way, is also a

2    big, heavy rumor place, and that's what you heard from Remy.

3    Don't kid yourself.

4          How about the Carlos Barbosa murder?  You know that at

5    the time of his murder, he was living at an apartment owned by

6    Chino.  Ask yourselves, why didn't Remy say that on direct?

7    Why wasn't he asked?  What's he hiding?  Well, when you think

8    about it, it's obvious.  The government theory is Chino ordered

9    Barbosa's death.  Is he going to send killers to his own

10   apartment to go in and kill Barbosa?  Does that make sense to

11   you?  Of course it doesn't.  He's not going to do that.  That's

12   why it had to be brought out on cross-examination.

13         We know Carlos Barbosa was not allowed to go into MAPA

14   by the terms of his release.  He had an electronic ankle

15   bracelet on.  You've seen the photos.  No dispute about that.

16   What that meant was that the authorities that were supervising

17   him knew where he was.  It gave them location information.  If

18   he stayed in MAPA, if he went to MAPA, he was violated.  So

19   doesn't it make sense that Barbosa was looking for new turf,

20   new territory?  And who did he turn to?  Char, his buddy from

21   prison.  Doesn't that make sense to all of you?

22         Then we know when he got out of prison, rumors were he

23   was going to cause some damage to people.  Makes sense that he

24   was going to cause some damage to Remy because Remy had slapped

25   Carlos Barbosa's wife when Barbosa was in prison.  Again, never

1    asked about that on direct.  It came out on cross.

2           The government showed you a piece of what he testified

3    about, but we're going to show you more because if you look at

4    a snippet, it doesn't tell the whole story.

5    "Q.  And Carlos Barbosa found out about it, that you had

6    slapped his wife?

7    "A.  No.  Carlos was the one who told me to slap her because of

8    something that was going on with him.

9    "Q.  You did it for Carlos?

10   "A.  Yes."

11          Next page:

12   "Q.  Carlos was in fact was angry at you when he heard that you

13   had slapped his wife.  That's the truth, isn't it?

14   "A.  You know, as soon as it happened, because he was in jail,

15   I called him up, and I told him what happened.  And when I did,

16   he started laughing, and he said to me, oh, don't worry about

17   that.  Forget about that."

18          This is all the page and the part that the government

19   didn't show you.

20   "Q.  You just told us a minute ago that you did it at Carlos

21   Barbosa's request, correct?

22   "A.  Yes.

23   "Q.  That clearly was not true because you told him you had

24   slapped her after the fact.  That's what you just said now.

25   "A.  He knew.  He already knew what was going on."

1          He tells two stories within two minutes.  I told him

2     before; I told him after.  He knew before; he knew after.  And

3     the government wants you to rely on Remy.

4          He said he called -- withdraw that.

5          When someone is making up details as they're going

6     along, we know what happens.  They get confused.  That's what's

7     happening here.  He's making stuff up as he goes along, and he

8     got caught.  Is it at all credible to you that a man in prison

9     would give permission to anyone to slap his wife?  To believe

10    that tall tale, you would have to believe that the argument was

11    a setup, the argument that he admitted he had with Barbosa's

12    wife out in public when he slapped her.  But like so much of

13    Remy's testimony, this was a tall tale created by Remy on the

14    fly to protect his story, to protect his 5K, and it's clear

15    there was a story.

16         Would Chino have ever wanted Barbosa murdered at his

17    own apartment?  Asking the question gives you the answer.

18    Remember, we've already talked about this, no leaving bodies in

19    MAPA.  Why would Chino be willing to end up with a dead body in

20    his own apartment?  A bunch of guys barging into his apartment

21    with guns would not be something that Chino wanted.  Think for

22    a moment about the immediate blowback on Chino.  It's

23    preposterous that he would have ordered them to kill Carlos

24    Barbosa at his own apartment.  It defies common sense and your

25    own life experiences.  It doesn't ring true because it wasn't.

1           Also, why would Julio have had any trouble finding

2  Barbosa if he needed to reach him?  He was living at his house,

3  his apartment.  He was on an ankle monitor.  He had to be

4  there.  If Chino had been looking for him, he could have easily

5  located him.  Wouldn't have to go through all these steps.  Why

6  would Remy need to be the one to find Barbosa at the

7  barbershop?  Why would Remy have to go?  Barbosa was very

8  well-known.  Many people could identify him.

9           And ask yourselves this question:  If he did call the

10 pawnshop, why didn't we hear a shred of corroboration on that?

11 Why didn't we hear somebody from the pawnshop, oh, yeah, Remy

12 used to work here, and he called?  One more example of missing

13 corroboration where the government's evidence does not support

14 their cooperating witnesses.

15          The murder of Carlos Barbosa occurred because Remy was

16 getting Harold's crew to murder with him, and you know why that

17 is.  It's because Remy was afraid of Barbosa and because he

18 knew Harold was concerned about Barbosa and Char because we

19 know, if there's one thing we know about Harold, it's that

20 he'll act on rumors and suspicions.  We know that.  He hears

21 the rumor they're interested in taking over some turf, he's

22 threatened, so now there's a meeting of the minds.  It makes

23 sense.  And so Barbosa was dead, like the 20-plus other

24 victims.

25          And by the way, how many illegal cell phones, I didn't

1    count them up, that Remy had in prison?  Time and time and time

2    again.  Who is he communicating with in prison with those

3    illegal cell phones?  Is he calling his family, as these

4    cooperators have suggested?  I was just calling my family.

5    Why, why, why would you use an illegal cell phone, go to the

6    expense of doing that, secret it, hide it, knowing you could

7    get in trouble, to call your family when you can do that on the

8    prison line?  It makes no sense.  None at all.

9           But he tells you he's a changed man since he started

10   cooperating with the government.  Radical change is hard.  He

11   says, no, haven't used a cell phone since my first meeting with

12   the government.  How do we know that?  Well, because Remy told

13   us, so it must be true.

14          How about Vitito, Pellot-Cardona?  Like Remy, Vitito

15   is a late-comer to the cooperation game.  No cooperation until

16   2019, two years after he got charged.  He has the indictment.

17   Like Remy, he's already received and reviewed the discovery.

18   Like Remy, he knew what the government's theory of the case

19   was.

20          Like Remy, he's also a study in contrasts himself.  On

21   direct he appeared well prepared.  His memory seemed pretty

22   good.  But there was a radical change after the

23   cross-examination began.  You remember how many times he said

24   "I don't remember."  There were pages and pages of the

25   transcript where every answer was "I don't remember."  Did he

not remember some things?  Of course.  But question after

question after question, what's going on there?  That's for you

to assess.

          Along with Harold Figueroa Sanchez, he testified about

the Hommysan Carino-Bruno murder, and you've heard the

government argue about that.  The story seems to be pretty

detailed.  Vitito says he was present when there was a meeting

between Julio, Chino, and the driver for Hommysan Carino-Bruno

at MAPA.  He claimed he saw a bag that was transferred from

Chino to the driver.  He claimed that he learned that the bag

contained a gun.  He claimed that he asked Julio if he was

crazy for giving this stranger a gun.  He claimed a few days

later Hommysan Carino-Bruno was dead.

          And we know Hommysan Carino-Bruno was La Rompe ONU,

and this guy that they're talking about was the driver for one

of the leaders of La ONU.  And there's also been testimony that

they're authorized to shoot anyone associated with La Rompe ONU

on sight.  Would this guy have been able to walk into MAPA, an

unknown stranger, and meet as a La Rompe ONU member and walk

out?

          Harold testified to the second half, about a meeting

after Hommysan was killed.  He claims the driver came to a

meeting.  He got the rest of his money.  He showed the La ONU

leaders photos of Hommysan dead.  Hommysan was in the driver's

van.  That's what he told you.  This collective story does not

1    square with what we've heard and common sense.

2            Here's some of the questions this story raises if any

3    of you are still considering crediting the cooperating witness

4    testimony in this case:

5            One, if this guy was a stranger in MAPA and identified

6    himself as Hommysan's driver, what would have likely happened

7    to him?

8            Two, is it at all likely that anyone from MAPA would

9    give a gun and/or money to a self-identified driver of the

10   leader -- one of the leaders of La Rompe ONU at the time?

11           Three, if this happened a few days before the murder,

12   as Vitito said, does it make any sense that the driver would

13   kill Hommysan in his own van?

14           This is the next question, four, does it look like a

15   planned assassination, or does it look like a crime of

16   opportunity?

17           Five, if this unknown guy, who is the driver of a La

18   Rompe ONU leader, returned after the murder and met with the

19   leaders of La ONU, would they give him more money?  Would

20   people like Macar and Harold let him leave without any idea if

21   he would cooperate with the police?  Would they do that to a

22   stranger who is allied with La Rompe ONU?  All of this is

23   completely implausible.  All of it has the earmarks of one more

24   tall tale.

25           By the way, why was there no crime scene evidence

1   introduced by the government in this case?  We don't know.  One

2   important thing about Vitito, perhaps the most important of

3   all, but I'm not going to review it in detail because you heard

4   it, you heard it yesterday in the stipulation and you'll have

5   that stipulation, when you heard his testimony, there was

6   likely some confusion about what he did or didn't say in 2002.

7   But we know.  You have it.  You can look at it, 67-page

8   transcript, certified.

9        Was Chino ever mentioned?  No.  Did he say that

10  Ramoncito was the guy who told them what to do?  Yes.  Seems

11  like, as I said earlier, he was in the process of religious

12  conversion at that time, and he wanted to tell the truth, and

13  that's what he told them, no Chino.

14       Do you see a pattern here?  Now he gets to the

15  Southern District of New York, and all of a sudden he inserts

16  Chino, just like Harold.  Let's insert Chino.  Let's pile on

17  Chino, because we know what side of the bread we need to

18  butter.

19       Take a look at that transcript.  It's offered for

20  impeachment.  It's offered because you can consider it as

21  impeaching the testimony of Vitito on this witness stand.

22       The part of the pattern of giving one version of

23  offense before these cooperators are in the Southern District

24  and then inserting Chino raises serious questions that you need

25  to consider about the strength and the reliability of the

1    government's case.

2            Finally, Jose Asencio Viera, Macar, the last
3    cooperator that the government called.  His testimony gave us
4    an even more extreme version of the game of telephone that
5    we're all very familiar with.

6            You remember when you're a kid and you have three or
7    four people, and somebody at the start of the line whispers to
8    somebody else, and you're trying to get the message to the
9    fourth person down the row of people and you're trying to do it
10   so nobody can hear you.  I don't know about you.  Maybe your
11   line was better than mine, but I don't think the message at the
12   end of that telephone line was ever the same as what it started
13   out to be.  And we were dealing with honest people who were
14   really trying to get the message from point A to point B to
15   point C to point D.

16           So here's the government's evidence about a triple
17   homicide that they want you to find Chino guilty on.  He
18   says -- first of all, he's the only witness to testify.  He's
19   it.  The case, the triple homicide case, rests or falls on
20   Macar's back only.

21           He says Jordan calls Tito.  He can't hear what Jordan
22   is saying.  He claims that Tito then told him what Jordan said.
23   No one who is present in Isla Verde at the site testified in
24   this case.  So you are being asked by the government to rely on
25   the accuracy, first of all, of the statement that Chino makes,

1    the accuracy of the statement that Tito makes, and the correct
2    recollection of Vitito.
3            But think about it in a different way.  The people
4    that were seen in Isla Verde were rivals, enemies of Jordan,
5    not Chino.  Ask yourselves, who is more likely to be able to
6    identify the rivals in the projects where Jordan controlled,
7    Dalias, Selles, El Prado?  Chino or Jordan?  Jordan.  We know.
8    Jordan.  Is this one more example of let's throw Julio
9    Marquez-Alejandro under the bus, in this case, under the truck?
10   We'll get to that in a minute.
11           With all this you're left guessing.  You have no idea
12   about the reliability of any of these people.  Who's Jordan?
13   Who's Tito?  We know they're -- according to Macar, they're all
14   killers, but what's their reliability for truth telling?  How
15   accurate are they?  What's their motive with respect to Chino?
16   Do they have an ax to grind with respect to Chino at that time?
17   Testimony is they had an ax to grind later.  We just don't know
18   if they had an ax to grind at that time.  Can you rely on this?
19           Consider just for a minute, imagine you're called as a
20   juror in a case that involves one murder, a triple homicide in
21   Isla Verde.  The entire government's case is this guy told this
22   guy and this guy told me, and when I got that message at the
23   end, what I heard was Chino was the guy who identified.  That's
24   it.  That's the entire evidence.  Would you, any one of you,
25   consider for one second finding that sufficient evidence?  No.

1   Why would you find it sufficient here?  You can't.  You can't.

2   But the government's asking you to.

3           The end of this triple homicide can't answer the

4   questions you need to be able to answer.  You just don't have

5   enough.  You have to speculate, and you can't do that, not in a

6   court of law, not in a case that's as serious as this.  You

7   can't.

8           It was only -- I mentioned earlier the government went

9   over about 15 murders in less than 20 minutes at the end of the

10  day on Friday.  It was only on cross-examination that you heard

11  the details.  We didn't bring those details out to upset you.

12  We brought those details out so you knew the kind of person,

13  the character of Macar.  And if there's anything that you know

14  in this case, you know his character.

15          You learned, we all learned, he was a sadistic,

16  sociopathic murderer.  He was and is a depraved, deceitful man.

17  He tricked his friends to come close to him so he could kill

18  them.  He lured his friends into murders.  He lured them in his

19  traps.  He set his own friends and associates up for killings,

20  often, like Harold, on the flimsiest of excuses.  Think of the

21  murder of Victor El Nazi.  He killed Victor El Nazi because

22  Victor's phone rang during a meeting.  He assumed that it was

23  his corrupt cop who was calling Victor and that that meant

24  Victor was an informant.  Is there any evidence he checked the

25  telephone to see who was calling?  No.  Think Victor El Nazi, a

1    drug dealer, might get more than one call in a day?  Of course.

2    But that was enough for him.

3         Then he let Victor leave, and then he saw him one day.

4    He's in a car, and so what does he do?  He gets as close as he

5    can to Victor El Nazi, and suddenly he opens the door.  He's on

6    a motorcycle.  He goes flying, and he's on the ground.  And

7    then what does Victor El Nazi do -- strike that.

8         What does Macar do?  Victor El Nazi can't do anything.

9    He's incapacitated already.  He goes over, stands on top of

10   him, right over him, and unloads not one clip of an automatic

11   but two entire clips.  He defaced him, and he disfigured

12   people.  That's who Macar is, and that's who the government

13   wants you to rely upon in this case.  It's, to be honest,

14   shocking.

15        On the street Macar acted as judge, jury, and

16   executioner all at once, him and him alone.  They didn't know

17   it, but in a lot of cases he gave their victims, his victims,

18   their last rites: a last hit of marijuana, a last meeting with

19   their families, a final ride on a motorcycle.  They trusted

20   him, and he double-crossed them.

21        His weapons on the street were many.  His legs, his

22   arms, things to tie and bind people's hands, ropes, whatever to

23   tie people's legs.  But his weapon of choice was guns, rifles,

24   pistols, automatic weapons.  You name it, he was willing to use

25   it, and he did use it.  And he shot people in the face because

1   he enjoyed disfiguring people.  That's his character.

2              Again, we're not telling you this to upset you.  We're

3   telling you because you have to assess who is he and what's he

4   likely to do when he comes into this courtroom?

5              It was the murders that gave him the nickname Macar.

6   As I've said, because he disfigured people, he literally

7   defaces people.  He told you all about these horrible actions,

8   and he testified in a cold, clinical way that might have sent

9   chills down your spine.  We know Macar.  He was and is, as I

10  said, a depraved, deceitful human being.  And the government

11  has presented him to you as a witness they suggest is reliable.

12  Think about that.

13             But to deceitful and depraved on the street we have to

14  add a third "D," desperate, desperate.  You got a 30-year

15  sentence.  The judge only sentenced him on the basis of two

16  years, but Macar knew he committed under his count, whether

17  it's true or not, 18.  So he's admitted to 18 murders.  Think

18  about it.  He got less than two years a murder, but he wasn't

19  happy with that.  He wanted more, and more for him was less

20  time.

21             So what did he do?  He tried to cooperate with the

22  authorities in Puerto Rico.  He met, as he told you, with law

23  enforcement agents, and they told him you didn't give us enough

24  information.  After he got sentenced to 30 years, he wrote

25  letters to the prosecutor.  He sent names of people he could

1   testify against.  Chino's name is not on that list.  And again

2   the government said in Puerto Rico, no, not 5K material.

3           Then somehow he did enough intelligence that he

4   gathered sufficient information inside the prison walls to

5   reach out to a law enforcement agent involved in this case, and

6   you know the rest of that story.  Desperate man trying

7   desperately to cooperate, trying every way he can think of to

8   get that sentence lower.  He thinks one and a half years a

9   murder is too high.  Who knows what Macar wants to do if and

10  when he's released from prison.  Radical change is very hard.

11          The pattern he's followed is unmistakable.  We know

12  what kind of a person he is.  And we know he gathered

13  information, and we know he was transferred to here, and we

14  know the same old song and dance.  He knew what he had to do,

15  and he tried to do it.  Because when you think about it, Macar

16  didn't have the weapons that he had on the street.  The only

17  weapons he had was intelligence-gathering and his mouth.  Those

18  were his weapons now.  No guns, no ties, no ties to bind

19  people, none of that.  None of those weapons he had on the

20  street.  Now it's his voice.  That's his weapon.

21          Is he the kind of man that you would rely on in the

22  least important of your everyday affairs, let alone the most

23  important?  You're going to have to decide that.  That's up to

24  you.

25          And the government has told you, and I'll say it

1  again, there's guardrails here.  That's what the government is

2  saying with these cooperating witnesses.  They took an oath.

3  That's a guardrail.  They told they promised to tell the truth.

4  That's a guardrail.  And they signed a cooperation agreement,

5  and it says if you lie, that's a guardrail.

6          Ask yourselves, do those guardrails mean anything to a

7  man like Macar?  It's up to you all.  Seems like no matter what

8  you conclude, he's going to succeed in his desperate quest to

9  get out of prison earlier.  He's hoping, hoping, his 30-year

10  sentence will be reduced.  He's hoping that Judge Furman is

11  going to reward him for his cooperation.  None of us know.

12  None of us know what's going to happen.  That's after you

13  decide this case.  That's after your verdict is done.  None of

14  us know.  It's not for you to consider here, but it is for you

15  to consider what his motivations are, what he's doing in this

16  courtroom, and who he is.  We know Macar.

17          The government has and will no doubt continue to claim

18  that the fact of multiple cooperators at times telling similar

19  stories is itself corroboration.  That's what they argued to

20  you.  That's corroboration.  It brings us back to the point

21  where we started in this argument.  "A lie can travel halfway

22  around the world while the truth is putting on its shoes."  And

23  "This is the first rule of deception:  Repeated often enough,

24  almost any statement, story, or smear can start to sound

25  plausible."  We know that.  You learned that.  You revisited

1    that lesson.  You all know it.  You feel it.  You hear it in

2    this courtroom.

3           And when you do the kind of searches, inquiry about

4    the credibility of these witnesses, because that is the hinge

5    in this case, you will reach the only verdict that's possible,

6    and that is that the government's case is not sufficient, just

7    like the proof of the Isla Verde triple homicide doesn't come

8    anywhere near sufficient.

9           When you are done deliberating and going through

10   this -- and it's not a question like the government suggested

11   about, well, you can just check that box.  You can just check

12   that box, almost as if you can rush through this.  No, no, you

13   can't.  You need to ask yourselves and collectively talk about

14   all these issues.  And when you do, you're going to reach the

15   only verdict you can, which is that Julio Marquez-Alejandro,

16   Chino Montero, is not guilty of the charges in this case.

17          Thank you.

18          THE COURT:  Thank you, Mr. Reeve.

19          All right.  Ladies and gentlemen, thank you for your

20   patience and for your close attention to Mr. Reeve's closing

21   argument as well.  I obviously wanted to let him get it all in

22   before lunch.  So I know that means we're breaking a little

23   later, but I appreciate your patience.

24          The good news is I've confirmed that your lunch has

25   arrived, so you should be able to eat right away.

M46HBLO3

 1              You know the drill.  Don't discuss the case.  All

 2     right.  You're relatively getting closer to your deliberations,

 3     but there are still some important things to go.  So don't yet

 4     discuss the case even with each other.  Keep an open mind for

 5     similar reasons.  Don't do any research about the case.

 6              And in a moment I'll tell you to enjoy your lunch.

 7     It's 1:15.  Why don't I give you a full hour, just so you can

 8     rest up and be prepared to give your undivided attention to

 9     Mr. Freeman's closing and then, as I mentioned, the government

10     has a rebuttal thereafter.

11              So I'll give you a full hour, and you should be ready

12     to go at 2:15, actually, a couple minutes before that, and then

13     we will finish up this afternoon.

14              All right.  With that, enjoy your lunches, and we'll

15     see you in a bit.  Thank you.

16              (Jury excused)

17              THE COURT:  You may be seated.

18              All right.  I'm prepared to address the three issues

19     that Mr. Dratel raised earlier and also hoping that you're in a

20     position to tell me if you have any additional comments on the

21     revisions to the jury instructions that I circulated last

22     night.

23              With respect to the three issues that Mr. Dratel

24     raised, I do think one slight tweak to the instructions is

25     appropriate on one, albeit I'm not sure it's the one that he

1    was inviting me to make.  I'll get to that in a second.

2           I certainly agree with his point that substantial

3    motivating factor or motive is the relevant instruction.  I

4    think my instructions on that are abundantly clear.  I looked

5    back at Mr. Rodriguez's closing, and I don't think he said

6    anything that was inconsistent.  He just said that it doesn't

7    have to be the sole motivation and then proceeded to argue that

8    it was his motivation.  I don't think there's any need for

9    clarification there, particularly given my cautionary

10   instructions before the closings that it's my instructions that

11   govern, and I will repeat those later.

12          So, too, I don't think there's any need to clarify the

13   bribery instruction.  Again, the instruction on that is

14   abundantly clear.  My cautionary instructions are also clear,

15   and looking at Mr. Rodriguez's argument, I don't think he

16   argued that they were guilty of bribery because they benefited.

17   I think he was making that argument that that's one reason to

18   find that they agreed to a racketeering enterprise or

19   conspiracy -- racketeering conspiracy, that one with a

20   predicate act of bribery.  So I don't think any change is

21   warranted there.

22          I thank Mr. Dratel for calling my attention to page 31

23   where I address the question of unanimity, and this is where I

24   do think a change is warranted but, again, perhaps not the

25   change that Mr. Dratel was inviting me to consider.  The issue

M46HBLO3

1    is that I say on page 31:  "The jury must be unanimous as to

2    which two acts it finds a defendant conspired to commit; it

3    would not be sufficient for six jurors to find a defendant

4    guilty of conspiring to commit two racketeering acts and the

5    other six jurors to find him guilty of conspiracy to commit two

6    different racketeering acts."

7            I actually think that's inconsistent with *Applins*, and

8    even more to the point, inconsistent with my remark only three

9    pages later where I state:  "As a reminder, you must be

10   unanimous as to the types," with types italicized, "of

11   predicate racketeering acts that the defendant you're

12   considering agreed to commit."  Point being that I'm saying

13   it's a reminder, but in my only instruction on that, I actually

14   didn't emphasize that it's the types.

15           So I recognize the defendants have objected and

16   preserved their objection on the theory that *Applins* is

17   unsound, but *Applins* is the law in the circuit.  And given

18   that, I think it warrants making a change to page 31 to make it

19   consistent with *Applins* and consistent with page 34.

20           To that end, I'm proposing the following:  That I

21   modify that sentence to read as follows:

22           "The jury must be unanimous as to the types of

23   predicate racketeering acts it finds a defendant conspired to

24   commit; it would not be sufficient to for six jurors to find a

25   defendant guilty of conspiring to commit two types of

M46HBLO3

1    racketeering acts and the other six jurors to find him guilty

2    of conspiracy to commit two different types of racketeering

3    acts."

4              So adding the words the "types of predicate

5    racketeering" to -- before the first reference to "acts" and

6    striking which two, and then adding "types of" before the later

7    references to racketeering acts.

8              Government wish to be heard?

9              MR. FIDDELMAN:  No, your Honor.  We agree that's a

10   correct statement of the law, and we thank the Court for

11   catching this.

12             THE COURT:  All right.  Mr. Dratel?

13             MR. DRATEL:  We object.  I do not even think that's a

14   correct statement of the law.  It's not the statute.  The

15   statute talks about predicate acts; doesn't talk about types of

16   crimes.

17             THE COURT:  Well, do you agree it's consistent with

18   *Applins*?

19             MR. DRATEL:  I don't think it's consistent with

20   *Applins* as to the unanimity part of it.  *Applins* says they

21   don't have to charge specific predicate acts, but I think the

22   jury still has to find specific predicate acts.  They can't

23   just say he's a murderer, he's a briber, and then the jury

24   says, OK, he's a murderer or he's a briber.  That's not what

25   the statute says, and I don't think that's what *Applins* says

1    either.  *Applins* is a charging point and a -- not what the jury

2    finds in terms of predicate acts.  That's the statute.  The

3    statute doesn't speak in terms of types of crimes.

4            THE COURT:  I recommend you reread *Applins* as I did

5    during Mr. Reeves closing.  It explicit approves the district

6    court's instructions in which the district court instructed

7    that the jury must be unanimous as to which type or types of

8    predicate racketeering activity the defendant agreed would be

9    committed, and the holding of the case was that was a proper

10   instruction in light of the law.

11           So I disagree.  You've preserved the argument, but --

12           MR. DRATEL:  Thank you.

13           Even notwithstanding *Applins*, I would make the same

14   argument, your Honor.  Thank you.

15           THE COURT:  I understand.

16           So that covers the three issues that Mr. Dratel

17   raised.  Any other issues, comments, objections, with respect

18   to the revised instructions?

19           MR. FIDDELMAN:  Not from the government, your Honor.

20           MR. REEVE:  Your Honor, just for the record, we join

21   the comments by Mr. Dratel.

22           MR. DRATEL:  Yes, your Honor, just one thing, and it

23   may have been my misunderstanding yesterday.  With respect to

24   the preliminary instructions that the Court had given us and

25   then the Court said it would not do it, you did integrate one

M46HBLO3

 1    part into your instructions that are revised that we would

 2    still ask the Court to eliminate, which is on page 21, lines 8

 3    through 10, which is beginning of the summary of the indictment

 4    section where you say the case is about a gang, murder, drugs,

 5    and bribery.  We think that those -- that you should just start

 6    on the line, the next line after "in particular."  You should

 7    just start with "the government must prove."

 8            THE COURT:  All right.  Candidly, I thought that was

 9    favorable to the defense in the sense that it's not enough for

10    the jury to conclude that the defendants participated in a

11    gang, drugs, murders, etc.  They have to find the specific

12    elements of the specific federal crimes charged.  But that

13    being said, if you want it out, I'm open to that.

14            Government?

15            MR. FIDDELMAN:  No objection to removing it.

16            MR. DRATEL:  Those three lines, your Honor.

17            THE COURT:  All right.  So I'm just going to change it

18    to "Now, what are the charges in the indictment?"  And then

19    part of the same paragraph, just start with "the government

20    must prove," correct?  Good, Mr. Dratel?

21            MR. DRATEL:  Yes.  I'm just getting back to -- some

22    reason it jumped.

23            Right, just start with "the government must prove."

24    Summary of the indictment, "the government must prove beyond a

25    reasonable doubt," right?

M46HBLO3

```
 1          THE COURT:  Yes, I was proposing to leave in "what are
 2   the charges in the indictment," but I suppose --
 3          MR. DRATEL:  That's fine, yes.  I'm sorry, yes.  "If I
 4   were to ask," right, that's the part that we objected to.
 5          THE COURT:  All right.  Fine.  Any other objections?
 6   Suggestions?
 7          MR. DRATEL:  No, your Honor.
 8          THE COURT:  Typos?  Nothing?
 9          All right.  It's 1:23.  Not giving you the full hour,
10   but please be back, ready to go at 2:10, no later than 2:10,
11   and we will get started promptly at 2:15.
12          Mr. Reeve was a little over his estimate.
13   Mr. Freeman, do you have any revised estimate about the length
14   of your closing?
15          MR. FREEMAN:  I don't think it's going to exceed an
16   hour, but if something changes, I'll let you know before I
17   start.
18          THE COURT:  All right.  So sounds like we may finish
19   before 5:00, but notwithstanding that, my inclination would be
20   to let them go at the close of the closings and then instruct
21   them from beginning to end first thing tomorrow morning.  I
22   think it would push well past 5:00 for me to do the
23   instructions today, and it will have been a long day already.
24          Everyone seems to be nodding.  So I'll presume, unless
25   somebody says otherwise, there's no objection to that.
```

M46HBLO3

1           All right.  I'll see you a couple minutes before 2:15.

2    Thank you.

3           (Lunch recess)

4           (Continued on next page)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          AFTERNOON SESSION

2                             2:15 p.m.

3              (In open court; jury present)

4              THE COURT:  Welcome back.  I hope you enjoyed your

5      lunches and your break.

6              We will pick up where we left off with Mr. Freeman's

7      closing for Mr. Blondet.  And, once again, I'd ask that you

8      give your undivided attention to Mr. Freeman just as you did

9      this morning.

10             Mr. Freeman, you may proceed.

11             MR. FREEMAN:  Mr. Blondet, Mr. Dratel, members of the

12     Blondet family, ladies and gentlemen of the jury, I'm not used

13     to being behind a glass like this, especially during closing.

14     We usually like to be closer to the jury and interact in a more

15     intimate way.  But this is what's going on now, and we'll just

16     have to accommodate.

17             I thank you for your attention.  My team thanks you

18     for your attention.  It hasn't been easy.  You were plucked out

19     of your lives and spent the last almost four weeks here in the

20     court.

21             I'm sure, when jury selection was going on, you

22     thought to yourselves, I'm not the one that's going to get

23     picked, but you were picked.  And we're getting near the finish

24     line, and that's a good thing for everybody.

25             You're not being asked to determine whether

1    Mr. Blondet is guilty of murder.  Let's just clear that up

2    right from the beginning.  It's not is Mr. Blondet guilty of

3    murder.  No.

4            The question is is he guilty of murder in furtherance

5    of the racketeering conspiracy.  He has to want to further the

6    ends of the conspiracy.

7            MR. RODRIGUEZ:  Objection.

8            MR. FREEMAN:  That's the question.

9            THE COURT:  Ladies and gentlemen, I remind you that

10   it's my instructions as to the law that govern.  I will give

11   you precise instructions as to the elements of each of the

12   crimes.

13           As you'll hear, it's not necessarily in furtherance of

14   the racketeering conspiracy that Count Two pertains to, but

15   I'll give you precise instructions.  And it's my instructions

16   that you must follow.

17           MR. FREEMAN:  Before I continue along that line, I'd

18   like to respond to a couple of things that were said on

19   summation by the government.  And it would show you that the

20   government, despite their claim that they have a mountain of

21   evidence, is actually grasping at straws.

22           Now, what I mean by that is the government said in its

23   summation that Mr. Blondet said -- withdrawn.

24           That in an overheard conversation, somebody said,

25   Blondet will kill me.  What the government left out is the fact

M46YBLO4                    Summation - by Mr. Freeman

1    that the person who was overheard said, a few lines down, that

2    was just a figure of speech, or words to that effect.  And the

3    government argued in its summation and let it hang in the air

4    that Mr. Blondet was going to kill that person.  It was a

5    figure of speech.

6            And then the government called to the witness stand

7    Orlando de Jesus.  You may remember that was the person that

8    worked for the marshal's service as a contract employee to

9    bring people from the jail to court and back.

10           And what did he say.  He said he was in RND when, some

11   distance away from where he was where there were a lot of

12   people and people were getting shackled and other people were

13   getting handcuffed, that he heard the words "Treat me right."

14           And the government has taken that and turned it into

15   an intimidation.  That's not an intimidation.  "Treat me right"

16   could be a dozen different things.  It could be fair.  It could

17   be speak the truth.  Just don't exaggerate.  It could be

18   anything.

19           But what Mr. de Jesus said was, I did not perceive a

20   threat.  I did not feel I had to take protective measures.  It

21   wasn't an intimidation.  Did anything happen as a result of

22   that?  No.

23           Harold Figueroa-Sanchez, I think he's about 6'2" or

24   6'3".  I don't remember the exact, but it was one or the other.

25   It's your recollection that counts.  6'2" or 6'3", 250 pounds

M46YBLO4                        Summation - by Mr. Freeman

or thereabouts, you saw him when he got up and he walked towards the back, not very easily intimidated, 20 murders.

I think I mention this so you understand that what you see in court, what you hear in court, is, to some extent, the tip of the iceberg.  There's more than meets the eye.  The government wants to you believe that Harold Figueroa-Sanchez was intimidated when nothing could be further from the truth.

What comes to mind in terms of unmasking the intentions of the government is the last witness in the trial, and the last witness was the firearms examiner from the United States Postal Service.

And she couldn't make a match.  However, she testified that one of the shell casings was a -- one of the bullets -- excuse me -- was a .380 and one of the shell casings was from a .380.

Now, the point that the government made was that Mr. Blondet was trying to sell a .380.  The government was trying to have you say to yourselves, as a result of that argument, that it's the same gun that was used.

But -- and I rely on my colleague for a lot of his arguments -- there's no proof of that.  It's waving the evidence as if it means more than it actually does in the hope that you will be, excuse the expression, intimidated by the argument.  It's just not going to work.

Now I'd like to focus on what is perhaps the most

1    important issue for Mr. Blondet, and that is Count Two of the

2    indictment.  But before we get to Count Two, we're going to put

3    up the part of the indictment for Count One.

4          And here it is.  Count One indicates that Mr. Blondet

5    is charged with being part of a criminal organization whose

6    members and associates engaged in acts of violence, including

7    murder, distribution of controlled substances, including the

8    trafficking of cocaine from Puerto Rico to the Bronx, New York.

9          Now, the government must prove beyond a reasonable

10   doubt that Mr. Blondet is either a member or an associate of

11   the racketeering conspiracy charged in Count One, La ONU.

12         Ask yourselves, did they prove he was a member or an

13   associate, or did they just wave information in front of you

14   that doesn't pass the test.  And I suggest to you that they

15   have not even proved that he was a member.

16         Next slide, please.

17         This is 4(e):  "Members of the enterprise and their

18   associates engaged in violent acts in order to advance within

19   the enterprise."

20         Is there sufficient evidence to prove beyond a

21   reasonable that Mr. Blondet is a member of the enterprise?  No.

22   What meeting did Mr. Blondet have that you can rely on?

23         Is there surveillance?  Is there a bug in his home or

24   office picking up information?  Is there a transcript that

25   shows that there was a meeting where he discussed the business

1  of the enterprise?  No.  There isn't.  And the blurb or snippet

2  of Mr. Blondet talking to someone is insufficient.  It doesn't

3  have the information sufficient to support a conviction.

4       It says under number 6:  "It was part of the

5  conspiracy that each defendant agreed."  There has to be an

6  agreement, and Mr. Blondet did not have that agreement.

7       And if Mr. Blondet was a 1099 worker, if he was

8  putting drugs in a shipment of his own and wasn't part of the

9  racketeering conspiracy, it makes him not guilty of the

10  racketeering conspiracy.

11       And you know that he pled guilty to another case, and

12  he pled guilty for shipping the drugs from Puerto Rico to

13  New York.  And he pled guilty for the drugs that were in the

14  daycare center.  And he pleads guilty when he's guilty, and he

15  pleads not guilty when he's not.

16       MR. RODRIGUEZ:  Objection.

17       THE COURT:  Sustained.

18       The jury will disregard that argument.

19       MR. FREEMAN:  Let's move to Count Two, please.

20       Count Two, among other things, charges that the person

21  accused must be part of the conspiracy and gain "entrance to

22  and maintaining and increasing position in La ONU."  And that

23  is the crux of Count Two.  One has to gain entrance to and

24  maintain an increased position in La ONU.

25       And the government charges that Mr. Blondet shot and

1    killed Crystal Martinez to either maintain or increase position

2    in La ONU.  Now, why is it that they can't prove that.  And the

3    answer is rather clear.

4              And I'd like to start off by suggesting to you that if

5    you keep in mind a classic example of gaining or maintaining

6    position in the enterprise, it will help us all understand what

7    that phrase means.

8              Now, if somebody has a drug spot on a block -- call it

9    block A -- and somebody else has a drug spot on block B -- call

10   it block B -- and the person from block A wants to take over

11   block B and get rid of its competition and one day goes over

12   and kills a person who's running the drug spot on block B, that

13   is a classic example of maintaining or gaining position.

14             What happened in this case is very different.  First

15   of all, the person was a woman.  All others, not only in my

16   example just now, but all others involved in this case that

17   we've just finished listening to have been met.

18             And why is that significant, because she was not

19   related to drug business in any way.  It is significant that

20   the killing was not approved in any way.  It wasn't

21   pre-approved.  There was no meeting.  There was nothing in

22   advance of the killing to indicate that she, Crystal Martinez,

23   was targeted.

24             It's significant that Mr. Blondet was drinking, and

25   you've heard evidence from various individuals who testified

1    that Mr. Blondet was drinking.  Now, most of the information

2    that you have in front of you actually is derived from what

3    Blondet said to others.

4         You've heard about several meetings in different

5    places in Puerto Rico where his behavior was discussed.  But

6    what most of what Chino said was from what Blondet told him,

7    and other witnesses testified as to what Blondet told them.

8         He was drinking.  He was sorry.  And we're not saying

9    that there wasn't a killing.  There was a killing.  And it was

10   a terrible, terrible killing.  But it was at the spur of the

11   moment, and he reacted in a horrible way, and he took

12   somebody's life.  And he'll have to live with that forever.

13   But it was not in furtherance of the enterprise.

14        MR. RODRIGUEZ:  Objection.

15        MR. FREEMAN:  That is my argument, and I hope that the

16   jury will embrace it.  And I will try to give facts that you

17   can use to come to that conclusion.

18        THE COURT:  Again, ladies and gentlemen, I'll instruct

19   you on the elements that you must find in connection with Count

20   Two before you find the defendant guilty of that count, if you

21   were to so find.

22        MR. FREEMAN:  Now, you will hear the Court explain

23   that if the actions of Mr. Blondet were in the heat of

24   passion -- and the Court will explain what that means, and the

25   Court will address you on the law.  And you will make the

M46YBLO4                    Summation - by Mr. Freeman

1  decision, based on what the judge tells you, not what I tell

2  you.

3          But it was significant that he was drinking.  It was

4  not significant that she was drinking or had cocaine.  That is

5  not significant.  And we're not going to argue that that is a

6  factor.

7          But it is significant that she struck him and that

8  they fought, and it must have been a fierce struggle if the

9  sink fell on the floor and broke.  And that is what we can all

10 infer happened.

11         It is also significant that La ONU had a rule.  First

12 of all, you don't do a killing unless it's pre-approved.

13 You've heard that several times.  Second of all, that you can't

14 shoot or kill a woman or a child.

15         And that's what happened here, and it wasn't La ONU

16 business.  Mr. Blondet went to a party, not a La ONU party, a

17 party.  And you're able to see the barbershop.  And you can

18 tell from that picture of the barbershop what kind of party it

19 was.

20         It's not in dispute, and it's not a secret.  You can

21 see what kind of informal party it was.  And in that party

22 space, there was a shooting.  And one of the casings, bullet

23 casings, was in the barbershop, and the other one was on the

24 street.  And it appears that Mr. Blondet and/or someone else

25 moved the body.

1           The government made much of this incident to suggest

2       that Mr. Blondet was disrespected and that he did what he did

3       to give himself power in the community.  He did what he did to

4       show people, you don't mess with me.

5           But that's not how this went down.  Do you really

6       think that Blondet said, let me think.  I think, if I shoot

7       her, people are going to respect me and they're not going to

8       take advantage of me.  So I'll just shoot her?  Or is it more

9       likely, in fact, accurate, that he lost it and he shot her?

10          And as I said earlier -- and I'll say again and

11      probably once more -- it was terrible what happened.  And

12      there's no excuse for it, and we're not trying to make an

13      excuse for it.  We're just putting it into reality.  Use your

14      common sense.  That is the reality of what happened.

15          You know that Blondet was criticized mightily for what

16      he did.  And a window into the truth of what's going on is when

17      somebody went up to Blondet later on -- I think the person's

18      name was Kevin White, but I'm not certain.  It's your

19      recollection.

20          And somebody went up to Blondet and said, in essence,

21      you know, don't talk about me.  Somebody, this person, was

22      abusing a woman, perhaps in the way he spoke to her.  And

23      Blondet intervened and said, don't do that.

24          And then the person said, don't talk to me about that.

25      You killed somebody.

1          And Blondet said, you better leave, from a place
2    called Raiza.  And then later on, Blondet apologized to this
3    person for kicking them out.  That is more of an accurate
4    assessment of the aftermath of what Blondet did than any, any
5    information or any facts that could be related to what happened
6    afterwards.

7          Or to put it another way, there is no evidence in the
8    record that Mr. Blondet either bragged about what he had done
9    or acted like a bigshot for what he had done or threw his
10   weight to get something accomplished.

11         The government would have you believe that it was all
12   preplanned; that Blondet did this killing so that he could some
13   day take over.  And that is just preposterous.  This was a
14   spur-of-the-moment overreaction, somebody who went into rage
15   when he shouldn't have.  And he's embarrassed all right, and
16   he's sorry all right.  But it wasn't planned.  Nor was it
17   calculated in the way the government would suggest.

18         Now, the government said on its summation that
19   Mr. Blondet, if he had a motive to commit -- let me start a
20   different way.

21         That his motive doesn't have to be the sole reason for
22   doing what he did.  In other words, if part of his reason for
23   killing this woman was to show the MAPA community that he's not
24   a pushover, that it might be enough for you to find him guilty.

25         However, what the government didn't say was it has to

M46YBLO4                    Summation - by Mr. Freeman

be a substantial reason.  So I'm not going to give percentages
in trying to explain what "substantial" is.  But I suggest to
you that the evidence is clear that there was no motivation at
all of him killing this woman to increase his reputation, to
increase the reputation of MAPA or La ONU, either one.

There was nothing, nothing at all, in his mind
regarding increasing his reputation.  The only thing it did was
made his reputation worse.  The key, the key, to his state of
mind was no state of mind at all, just a reaction, just a
trigger.

Now, we all have trigger points.  And I don't profess
to know anyone's, let alone Mr. Blondet's.  But something
happened which triggered his reaction.

Now, the government called a witness who said
Mr. Blondet was emotionally injured or words to that effect.
This from a murderer who has lied to manipulate and navigate
his way through the criminal justice system and the prison
system.

He wants a 5K or a Rule 35 to lower his sentence, and
he has an angle on everything.  He knows how to play the game,
and he plays it well.  And he gave the government what they
wanted when he said Mr. Blondet was emotionally injured.  How
does he know?  But he said the words in order to placate the
government.

Now I'd like to turn to -- thank you.

1          Before I leave the counts, I've put up Count Three.

2     And I wanted to make clear that the charge is:  "The murder of

3     Crystal Martinez-Ramirez in aid of racketeering charged in

4     Count Two of this indictment."

5          Count Three is related to Count Two.  For both counts,

6     Counts Two and Three, you would have to find -- and it's up to

7     the Court to instruct you, not me, but you'd have to find that

8     Mr. Blondet acted to further the enterprise.  And if you find

9     Mr. Blondet not guilty of Count Two, he's not guilty of Count

10    Three.

11         Next, please.

12         These are the elements of the offense.  And, once

13    again, the judge will instruct you.  Element 3, which has to be

14    proved beyond a reasonable doubt, is what we've been talking

15    about.  And that is:  "One of the defendant's purposes in

16    committing the murder was to gain entrance to, maintain his

17    position in, or increase his position in the enterprise."

18         And as I said, the judge will instruct you.  But I

19    believe the judge will say that it has to be a substantial

20    purpose.

21         And this is the third element by itself.

22         Now, as I started to say, I am going to rely on my

23    colleague Mr. Reeve's review of the murders, and I am going to

24    approach it slightly differently.

25         Juan Valdez testified.  He said he's not serving any

1   time; that the complaint for his firearms possession in

2   furtherance of a narcotics conspiracy was dismissed.  However,

3   he's facing deportation after two felony convictions.

4          If I'm not mistaken, he was from the Dominican

5   Republic.  And what is valuable to individuals who testified at

6   this trial?  More valuable than money is freedom.  If you're in

7   Mr. Valdez's case, more valuable than money or freedom is not

8   being deported.

9          And he's still in the United States because of a

10  letter written by USPS to the director of Immigration and

11  Customs Enforcement requesting deferred action status.  It's in

12  the record.  It's in evidence.  There is a letter written to

13  keep him here.  And I suggest to you that he has a motive to

14  shade his testimony to help the government.

15         Next slide, please.

16         I'm sure you'll remember Hector Velez-Santiago.  He

17  served an eight-year sentence.  And he said -- these are his

18  exact words -- "I'd rather rot in jail than help the

19  government --" "than testify."  Excuse me.  I misspoke.  "I'd

20  rather rot in jail than testify."

21         However, he was given $5,000 on January 6, 2022, after

22  refusing a trial subpoena on January 13, 2022.  That's just a

23  couple of months ago.  He changed his mind once he got the

24  money.

25         And on January 13, 2022, he told the agents that he

1    needs financial assistance if he is going to appear in court,

2    and it appears he got financial assistance for appearing in

3    court.

4              Next slide, please.

5              Harold Figueroa-Sanchez we've spoken about.  He's the

6    fellow who got "intimidated."  He didn't look intimidated to

7    me.  He's pled guilty to 18 murders plus two murder

8    conspiracies.  He's facing life in prison, and he told you he's

9    hoping to get out sooner.

10             Remy, Reinaldo Cruz-Fernandez, pled guilty to six

11   murders, and he's facing life in prison.  And he too said, I'm

12   hoping to get out sooner.  You will remember Jose Victor

13   Pellot-Cardona pled guilty to seven murders, facing life in

14   prison.

15             You know, I think about what it would be like to

16   introduce someone to a friend of mine and say to that person,

17   I'd like you to meet Jose Cardona.  He has seven murders.  What

18   would they think?  Would they be willing to believe anything

19   that that person ever said?  No.

20             It is possible for somebody to commit a murder and to

21   get rehabilitated.  There's no question that happens, maybe not

22   all the time, but it does happen.  And it's great to see.  But

23   committing seven murders or twenty murders, that's beyond the

24   ken.

25             But I don't think -- and I agree with Mr. Reeve.  I

don't think it's easy to make that kind of turnaround.  And I
think that you have to suspect somebody with that kind of badge
on his lapel.

           The last witness in the cooperator series was Jorge
Asencio Viera.  And he, as you will remember, was doing 30
years for two murders and pled guilty to 16 murders.  And he is
facing life in prison.

           And I suggest to you it's hard to put any faith --
actually, I'm going to say it's impossible to put any faith in
what he says.  And you saw the transcript, and I won't go over
it.

           And we counted up the number of murders.  There are 49
murders.  It's a staggering amount, staggering.  And it would
take a lot for you to vote guilty beyond a reasonable doubt for
Mr. Blondet based on the testimony of 49 murders.

           The government built its case on two types of experts.
There was the medical and investigative experts from
Puerto Rico, RCF, Institute of Forensics, none of which really
support the case against Blondet or Julio Marquez-Alejandro.

           Then there was the Professional Felons and Murderers
from the Southern District of New York, ICF, I Crave Freedom,
cooperators, none of whom have had their stories corroborated
by actual evidence.

           You heard evidence that certain witnesses were either
using or addicted to drugs.  And I want to emphasize that the

1    testimony of a witness who is under the influence of drugs may

2    be less believable because of the effects of those drugs, and I

3    expect the judge will give you an instruction similar to that.

4    And it's the judge's instruction that counts.

5          You will make the final decision, but it is important

6    to remember this instruction when evaluating the witnesses,

7    whether they were on Percocet or whether they were on cocaine

8    or whether they smoked marijuana.  How did it affect their

9    perceptions.  Did they remember what they saw, or was their

10   memory fuzzy or non-existent.  Please take that into

11   consideration.

12         The judge will instruct you on prior consistent or

13   inconsistent statements.  Just pay attention to that

14   instruction and realize that there are a number of instances

15   where there were statements that were inconsistent to prior

16   statements and that there was an entire interview tape recorded

17   that resulted in a transcript that is different than the

18   testimony in court.  And it's from 2002, much closer in time.

19         Excuse me one second.

20         (Pause)

21         MR. FREEMAN:  I might have skipped a slide, and I

22   don't want to use the time to go back.  But please, of all the

23   instructions -- here it is.  This is the most important in

24   Mr. Blondet's view:  "Because of the interest a cooperator may

25   have in testifying, you should scrutinize his testimony with

1    special care and caution.  You may consider the fact that a

2    witness is a cooperator as bearing upon his credibility."

3           So when you're told to evaluate a witness, a random

4    witness, you are told to use your everyday ability to determine

5    if a witness is credible or words to that effect.  The judge

6    will charge you.

7           However, when its a cooperator who's testifying, "You

8    should scrutinize with special care and caution."  And that

9    makes perfect sense because he has something to gain.  He is a

10   cooperator.  And on its face, that bears on his credibility.

11          What is missing in this case, something called

12   corroboration.  You heard in passing that Mr. Blondet at one

13   time was holding an AK-47.  Is there any corroboration for

14   that?  Is there any corroboration as to the fact that he had it

15   or that the person who said he saw it saw it?

16          Do we have surveillance?  No.  Do we have a phone tap?

17   No.  Do we have pictures?  No.  In the ten years that

18   Mr. Blondet was alleged to have been part of this conspiracy,

19   do we have one photograph showing these two together?  No.  Do

20   we have any conversation between them?  No.  Overheard

21   conversation I meant to say.

22          You're going to be asked to determine venue, and the

23   judge will instruct you on venue.  But I suggest to you on

24   Count Two and Count Three, which involves the murder charge

25   regarding Crystal Martinez, that all the action occurred in

1    Puerto Rico and there is no venue here in the Southern

2    District.

3           You know, there was a lot of testimony regarding

4    cellphones.  Every witness was asked about a cellphone.  And if

5    I'm not mistaken -- and it's your recollection that counts -- I

6    think every witness had an illegal cellphone.

7           Why are cellphones important in a case where you have

8    49 murders?  49 murders versus illegal cellphones, you might

9    not think it's that important.  But it is important.  It's very

10   important because it is a window into the truth.  It is a key

11   to understanding this case.

12          The cooperators don't care about rules.  They don't

13   care about getting to the front of the line when it's their

14   turn to get on the wall phone that records your messages.

15          They take their own interest and put it ahead of other

16   inmates' interest, of society's interest.  That's what happens

17   when you kill somebody.  At the core, it's putting your

18   interest above society's interest.  And that's why the

19   cellphones are important.

20          And some of the witnesses said, well, I had to speak

21   to my family.  It was the pandemic, and there was a lockdown.

22   Well, 90 percent or more -- I'm just throwing out a number --

23   of the people who were in jail had to wait like everybody else.

24   A lot of people suffered during the pandemic, in jail and out.

25   But these cooperators didn't wait their turn.

1          You know, one of the things that Mr. Blondet said at

2    those meetings was, I'm sorry.  And he is.  He's not offering

3    any excuses, but he's sorry.  Do you really think that this

4    murder, however horrible it is, was committed to increase his

5    reputation?

6          Do you really think that he made the calculation?  No.

7    We don't.  It was a snap decision, a horrible decision.  But it

8    wasn't made to increase his reputation.

9          When you were sworn in as jurors, you took an oath,

10   and that oath was to try the case fairly and impartially.  And

11   if you do that, you will find Mr. Blondet not guilty of Counts

12   One, Two, and Three.

13         As I said when I started, you're not being asked to

14   determine if he murdered Crystal Martinez.  You're being asked

15   to determine whether the government has proven beyond a

16   reasonable doubt that the murder was in furtherance of the

17   conspiracy as the judge will charge you.  And if it happened in

18   the heat of the moment, you must acquit Mr. Blondet of Count

19   Two.  Thank you.

20         THE COURT:  Thank you, Mr. Freeman.

21         All right.  Ladies and gentlemen, once Mr. Freeman

22   clears out, I'll give the government the podium for its

23   rebuttal.  As I told you, the government gets the final word

24   because they bear the burden of proof at all times during the

25   trial.  The defense has no burden whatsoever.

1           So with that and in a moment, I'll ask you to give

2   Ms. Bagliebter your undivided attention as well.

3           MS. BAGLIEBTER:   Okay.  Ladies and gentlemen, you are

4   almost done.  It's been a really long day.  It's been a long

5   couple weeks.  What's going to happen now is I'm just going to

6   spend a few minutes just responding to some of the arguments

7   that were made by Mr. Reeve and Mr. Freeman.

8           But before I go any further, I want to make one thing

9   really clear.  It's important, and it's something that you've

10  already heard Judge Furman say.  The defendants, they have no

11  obligation to do anything here at this trial.

12          The burden is on the government.  We embrace that

13  burden, and we've met it here.  So the defendants don't have to

14  make any argument.  But if they do, it is perfectly appropriate

15  for you to scrutinize those arguments, to think about them.  Do

16  they fit with the law?  Do they fit with the evidence?  Do they

17  make sense to you?  And that's what we're going to talk about

18  now.

19          So what did you hear over the past three or so hours

20  of defense argument?  You heard a lot of distractions, and I

21  want to go through some of those distractions with you.  My

22  colleague, Mr. Rodriguez, in his summation, he mentioned to you

23  that there might be some distractions from the defense, and

24  that's what you got.

25          From Mr. Reeve, you got distractions about when

M46YBLO4                    Summation - by Ms. Bagliebter

1    Mr. Marquez-Alejandro was in jail and when he got out and when

2    La ONU was formed and the date of that. That's a distraction.

3         You heard you're not being asked to decide when La ONU

4    was founded. You're not being asked to decide if the meeting

5    where it was founded happened at San Pedro, Chino's restaurant.

6    You're not being asked to decide those things.

7         By the way, just a word about that argument about the

8    fact that La ONU wouldn't be meeting at San Pedro's because

9    it's not like a protected area. They'd be meeting in some

10   secret bunker in the basement of Torres de Sabana or something,

11   you know why that doesn't matter.

12        The answer is really easy, and it's two words, La ONU.

13   La ONU doesn't have to meet in a secret bunker. La ONU has

14   corrupt cops on payroll. La ONU murdered Carlos-Barbosa in a

15   barbershop while he was getting his hair cut.

16        La ONU murdered Israel Crespo-Cotto while he was

17   sitting on his balcony in front of all of MAPA. They can have

18   their meetings wherever they want. So all of that is

19   distractions. That's not what you're being asked to find.

20        You're being asked to find -- and you'll hear the law

21   in more detail from Judge Furman -- but just whether Chino

22   agreed to be part of a racketeering conspiracy that engaged in

23   a pattern of murders, drug-dealing, and bribery. So those

24   questions about when the meeting happened or where it happened,

25   those are distractions.

1              Another distraction, Mr. Reeve tried to distract you

2      with one of Chino's drug customers named Michael Cruz Reyes.

3      And you don't need to know the backstory of that individual

4      because you don't need to know the backstory of every person

5      that Chino sold drugs to.

6              If the defense is trying to tell you that you cannot

7      find their clients guilty beyond a reasonable doubt unless you

8      know the backstory of every one of their La ONU drug customers,

9      you know what that is.  That's a distraction.

10             There were a lot of other distractions in Mr. Reeve's

11     closing arguments.  There were ones about Israel Crespo-Cotto.

12     And you'll remember they were pointing out that Harold

13     Figueroa-Sanchez reported that he had been told that the

14     shooting happened.  Assassins were on the roof of the balcony.

15             Well, Harold wasn't at the crime scene.  No one told

16     you that.  Chino had told Harold what happened, and Chino

17     wasn't at the crime scene.  So there's nothing to do with that.

18     Harold testified truthfully to what he had heard, and that's

19     what he had heard.

20             Similarly with Barbosa and Chino's apartment, I think

21     a lot of time was spent on why they would go to Chino's

22     apartment where Barbosa had been living or renting it from

23     Chino.  But, again, that was a distraction.

24             And I'm going to ask you to look at the transcript

25     when you have a question about something and you're

1    deliberating because the transcript -- and you can check it.

2    It will be on pages 1252 and 1253.  That will explain that to

3    you.

4            They weren't planning on killing Barbosa in the

5    apartment he was renting from Chino.  They were waiting in the

6    parking lot to see if he would come downstairs.  So you have to

7    be careful and pay attention to the facts in evidence and not

8    get distracted.

9            There's another big distraction that both of the

10   defendants really pointed out to you, and this is about what's

11   not in evidence.  This is all of that conversation about things

12   you didn't hear or didn't see.  And it shouldn't be surprising

13   to you that the defense is trying to get you to focus on those

14   things because they don't want you to be focusing on what is in

15   evidence.

16           So I have just a few points on this.  First, we expect

17   that Judge Furman will instruct you that the government's not

18   required to use any peculiar investigative techniques to prove

19   their case.  And that's important.  What techniques the

20   government uses to prove its case is not a question before you.

21           Second -- and this is sort of what I said before --

22   stop and think about why defense counsel is making this

23   argument and talking about what's not in evidence.  They don't

24   want you to look at what is in evidence.

25           And third, what kind of argument is this anyways?

M46YBLO4                           Summation - by Ms. Bagliebter

1    That these defendants are good criminals?  They're good at

2    committing crimes?  You know that already.  Again, they had

3    corrupt cops on their payroll.

4            You even heard testimony about members of La ONU

5    washing the body to cover their tracks.  So you shouldn't be

6    surprised to hear that some investigative techniques are not

7    being used.

8            And then fourth, think about some of the things that

9    defense counsel told you should be worried about the fact that

10   you're not seeing.  Why didn't you see emails?  Why didn't you

11   hear from the pawnshop receptionist from 2009.  Why didn't you

12   hear recordings from cases that the defendants have already

13   pled guilty to?  Where is the DNA evidence?

14           This is not television.  This is not CSI.  These were

15   execution-style murders in Puerto Rico, some of which were ten

16   years ago.  You don't need emails or a pawnshop receptionist

17   from 2009.  You had participants in the murder.  You had

18   eyewitnesses in the murder.  So see that for what it is.  That

19   is just a distraction.

20           Mr. Freeman mentioned another distraction that I want

21   to spend a minute on, and that was about venue.  He just

22   mentioned it briefly, and I won't harp on it.  Judge Furman

23   will instruct you on what's required to convict these

24   defendants with these crimes in this district.

25           I expect that he'll instruct you that all the

1    government needs to do is to show by a preponderance of the

2    evidence that any act in furtherance of the crimes happened in

3    the Southern District of New York.

4            And I expect that he'll instruct you that the fact

5    that a murder is alleged to happen outside of the Southern

6    District doesn't preclude you from finding that venue has been

7    established because the venue here is being established because

8    of the drug-dealing of La ONU, and then the murder is a

9    racketeering act related to La ONU.  So that's what matters

10   here.

11           You don't have to worry about the fact that the murder

12   happened in Puerto Rico.  The drug-dealing that happened here

13   in the Southern District of New York.  That's how the venue is

14   established.  So that is just a distraction.  And when you hear

15   the law from Judge Furman, you'll see that.  So we had a lot of

16   distractions.

17           Now I want to spend a few minutes responding to

18   Mr. Freeman's argument about Blondet and specifically about the

19   arguments he made about the murder of Crystal Martinez-Ramirez.

20           I'll note at the outset that Mr. Freeman

21   mischaracterized the law with respect to this charge, and I'll

22   just encourage you to listen to Judge Furman's instructions on

23   the law very carefully with that.  The murder of Crystal

24   Martinez-Ramirez does not have to be in furtherance of La ONU,

25   and you'll hear that from Judge Furman.

1           So, as expected, Mr. Freeman is arguing that even if

2   Blondet did do this murder, you should acquit because it was

3   not in furtherance and because it was not to maintain or

4   increase his position in La ONU and arguing that even if

5   Blondet did this, it was in a fit of rage.

6           Mr. Rodriguez, my colleague, he already told you

7   exactly why each of these arguments is ludicrous.  I'm not

8   going to retread that ground.  But I will say this:  Blondet

9   knew that whatever happened at that barbershop would be known

10  and discussed by La ONU.  Everything was known and discussed by

11  La ONU.  They had meetings about everything.

12          And so in that moment, he had two choices:  He could

13  be that tough-guy leader but get disrespected and have that

14  reputation tarnished or he could kill her and say that that's

15  what happens when someone disrespects him.

16          He chose to kill her and maintain his position as a

17  leader who's feared and who's respected because he was

18  maintaining his position in an organization that exists and

19  thrives off of fear and respect.

20          He knew that it would be discussed by La ONU.  He knew

21  that everything was discussed by La ONU.  The evidence is not

22  that he apologized or knew it was wrong but, rather, that he

23  had been disrespected and he took action.  That was the choice

24  that he needed to make to maintain his position in La ONU.

25          And I'll say this, but I really shouldn't have to.  A

1    woman rebuffing sexual advances and hitting a man with a stick

2    is not an excuse to kill her.  I'm not going to give that

3    argument one more word of my time.

4            So now let's talk about the cooperators.  A lot of

5    time was spent on the cooperators, and we should talk about it.

6    The defense lawyers, they spent a lot of time talking about

7    them, and they were turning the cooperators into these

8    manipulative monsters who had fooled us and now they were

9    trying to fool you.

10           And they want you to think about how bad they are and

11   how many crimes they committed and how gruesome those crimes

12   were and how they cut deals with the government, how they did

13   all of this to save their own skin.  The argument is basically

14   the cooperators are bad people.  And so you can't believe them.

15           It's obvious why they're making this argument.  If you

16   believe the cooperators, if you believe just one of them, the

17   defendants are guilty of all of the crimes that they're charged

18   with.

19           So they have to argue that the cooperators, all of

20   them, are lying.  They have to argue that every cooperator got

21   up on that stand and committed perjury.  That's what they have

22   to do here.

23           Yes, these men may very well be monsters.  There is no

24   dispute on that.  But they are monsters who have been part of a

25   criminal enterprise with the defendants, and they are monsters

1    who have told you the truth.

2            Now, look, the defendants made a lot about the fact

3    that the government entered into agreements with these

4    cooperators, how we are the ones working with these killers.

5            That really gets it backwards.  Keep in mind the

6    government did not choose these men.  They're not part of the

7    government.  They are or were, rather, part of La ONU, the

8    defendants' criminal organization.  Harold, Remy, Vitito, and

9    Asencio -- they had information to tell you about Chino and

10   Blondet because they committed crimes right alongside Chino and

11   Blondet.

12           So let's talk the Barbosa murder as an example of

13   this.  Chino asked Harold to help him with that murder, to

14   provide resources from Torres de Sabana for that murder.  And

15   of course this is in addition to Chino asking Asencio's housing

16   project also for resources, but they turned him down.

17           Chino then asked Remy to help him find Barbosa.  Chino

18   then asked Vitito to be his hitman.  Chino then admitted to

19   Asencio that he had ordered the killing of Barbosa.

20           So it was Chino who chose these individuals, Chino who

21   made them relevant to this case.  Chino chose the witnesses

22   that you heard from, not the government.  Trust me.  If the

23   government was trying to pick our own witnesses, we would love

24   to pick witnesses who had no baggage.  We would love to have a

25   witness who didn't have --

1          MR. FREEMAN:  Excuse me, Judge.  Sorry to interrupt,

2    but objection to "trust me."

3          MS. BAGLIEBTER:  Apologies, your Honor.  I'll strike

4    that.

5          THE COURT:  Sustained.  Thank you.

6          Suffice it to say, ladies and gentlemen, what the

7    lawyers, any lawyer here, believes is irrelevant to your

8    consideration, you are the sole and exclusive judges of the

9    facts.

10         MS. BAGLIEBTER:  If the government could choose our

11   witnesses, a witness who didn't have to testify about 18

12   murders that they committed would have been better.  But we

13   don't choose our witnesses.

14         It's the defendants who worked with these individuals,

15   and these individuals had knowledge of the inner workings of La

16   ONU.  Only participants in that dark underworld, criminals

17   themselves, would have that kind of information.

18         Mr. Reeve compared the four cooperators to the four

19   legs of a chair.  I think the idea was if one of the legs falls

20   out, the chair would fall over.  But this is just wrong.  These

21   witnesses, each one of them is their own chair.  And Chino is

22   the one who sat in those chairs.

23         Mr. Reeve also said, you shouldn't credit the

24   cooperators because people make promises all the time like the

25   promise to buy less junk food or the promise to go to the gym.

1            But here's the difference between the promise to go to

2     the gym and the promise that these witnesses took to tell you

3     the truth.  If you skip the gym tomorrow, Judge Furman will not

4     sentence you to life in prison.

5            The incentives of these cooperators, that's how you

6     know that they're telling you the truth.  What does everyone

7     agree on?  These cooperators are acting in their own

8     self-interests.  No one would doubt that.  They have everything

9     on the line.  But the only way that they can help themselves is

10    to tell the truth.

11           Remember what the witnesses did.  Like the defendants,

12    they were charged with serious crimes.  They signed up for an

13    agreement with the government that gives them worst sentences

14    than they were charged with, mandatory life, in the hopes that

15    a judge would see them telling the truth about their crimes and

16    then give them a lower sentence.

17           And Mr. Reeve said that this would be easy.  The

18    witnesses signing up for these agreements and then lying on the

19    stand and getting that letter, Mr. Reeve tried to argue that

20    that would be easy.  So let's take a second, and let's think

21    about what that would actually look like.

22           That would mean that these witnesses, they sat down,

23    and they decided that after all their years of crime, they were

24    going to start cooperating.  But the way the defense would have

25    you believe it, they would decide to cooperate but to lie

M46YBLO4                    Summation - by Ms. Bagliebter

1    instead of telling the truth.

2           So they would tell the government about all of the

3    murders that they did that they had never been arrested or

4    charged with.  In Asencio's case, that was 16 murders.  In

5    Harold's case, that was 20 murders.  Now they're facing a

6    mandatory life sentence that they weren't facing before.

7           Then they would lie about Chino and Blondet.  They

8    would lie about their involvement on the assumption that that's

9    what the government wanted to hear.  But they wouldn't lie

10   about Chino and Blondet being involved in every murder they

11   committed.  They would just pick a couple.

12          Then they would just hope that the lies they told the

13   government about Chino and Blondet didn't contradict with

14   anything that other people may have told the government about

15   Chino and Blondet or wouldn't contradict with any other

16   evidence that the government had which would expose their lies.

17          Then they would just hope that maybe the government

18   would use that information in a case against Chino and Blondet.

19   Then they would just hope that Chino and Blondet would go to

20   trial.

21          Then they would just hope that they would be asked to

22   testify and testify on the stand.  Then they would just hope

23   that they'd be able to testify and withstand their lies in the

24   face of hours and, in some cases, even days of

25   cross-examination and their lies wouldn't be exposed.

1          And then they would just hope -- and this one is huge.

2     They would have to just hope that maybe they'd get enough

3     credit for testifying against those two guys that it would have

4     been worth it to confess to all of those murders because

5     remember.  As you've heard, the judge will hear everything.

6          Ladies and gentlemen, this is crazy.  The idea that

7     the defendants would -- strike that.

8          The idea that the witnesses would expose themselves to

9     mandatory life sentences and lie and hope that that lie was

10    never exposed, through all those meetings with the government,

11    through all that cross-examination, knowing what they had on

12    the line, no one would take that bet.

13         The cooperators took a far simpler bet, I'll

14    cooperate, and I'll tell the truth.  And if I tell the truth,

15    it will be easy.  And that's what they did.

16         Now, the defense says, well, the way that they made

17    sure that their lies wouldn't get found out is that they

18    colluded with each other and that this was a big frame-up.

19    They all talked to each other.  But they of course didn't talk

20    about the specifics of how that big frame-up would work.

21         And that's because they can't.  They can't because for

22    it to work, all four of them would have had to have gotten

23    together and planned out their stories.  That's the only way

24    they would have been able to make sure they wouldn't get

25    caught.

1          But stop and think about it for a minute.  There is
2    nothing, zero evidence, showing that these witnesses ever
3    talked to each other about trying to frame Chino or Blondet.
4    Defense counsel is just making that up.
5          What you didn't hear was a single shred of evidence
6    that supports the idea that all four of them were able to
7    coordinate their stories about over a decade of criminal
8    conduct.
9          And then the defense also says, well, maybe it's not
10   that they coordinated with each other.  But you can't believe
11   them because they're so inconsistent with each other.
12         Now, the defense can't have it both ways.  Did they
13   coordinate with each other and that's how they knew they
14   wouldn't get caught and you shouldn't believe them because they
15   colluded with each other?  Or are they so inconsistent that you
16   can't believe them?  They can't have it both ways.
17         And use your common sense about these little
18   inconsistencies that they pointed out.  If you were asked -- a
19   couple weeks ago you heard opening statements.  You heard them
20   from Mr. Fiddelman, from Ms. Sternheim, from Mr. Dratel.
21         You may remember some of the big-picture moments of
22   it.  You may remember some phrases, but you couldn't tell every
23   bit.  And if everyone tried to recount what you heard, there
24   would be some differences in that story.  That doesn't mean
25   that anyone's lying.

1          And then think about doing that with conduct that
2    happened a decade ago.  It's not as simple as saying there's an
3    inconsistency here or an inconsistency there.  It's the
4    opposite of that.  The inconsistencies are part of what shows
5    you that they're telling the truth.
6          Another reason why you can believe the cooperators,
7    this is by thinking about some of the things they didn't say,
8    in addition to some of the things they did say.  This is
9    something that my colleague, Mr. Rodriguez, also talked about.
10          Think about it.  If Harold and Asencio, if they were
11    just trying to sink Chino and Blondet, if they were just trying
12    to tack Chino and Blondet with all their murders so they could
13    get a bunch of credit with the government and get time off
14    their sentence, why wouldn't they put them in more of their own
15    murders?
16          Remember.  Harold told the government about 20 murders
17    he did.  He only said that Chino was involved in four of them
18    because that was the truth.  He was saying that Chino was only
19    involved in four of them.  He didn't pile on.  He told the
20    truth.
21          Asencio came in and told the government about 16
22    murders.  He didn't say that Chino or Blondet were involved in
23    any of them.  If his game here was just to pile on or just say,
24    this murder happened, and then Chino told me to do it, he could
25    have done that.  And he didn't.

1          For that matter, think again about the Barbosa murder.

2     If Remy was trying to just sink Chino, say Chino's in the car.

3     They gave him a gun.  None of that happened.  These witnesses,

4     you heard them.  They were careful.  They were thoughtful.

5     They didn't exaggerate.  They told you the truth.  If they were

6     liars, why wouldn't they have just been better at it.

7          You also heard a bit about this idea that the

8     cooperators lied because they needed it.  Right?  You heard a

9     little bit about this on opening statements too, this idea that

10    Chino or Blondet are scapegoats.  But they didn't need to

11    manufacture crimes against Chino and Blondet.

12         You heard about the depth and breadth of the

13    information that the cooperators provided the government.  They

14    testified to telling the government about crimes of all the

15    people they knew, not just Chino and Blondet.

16         They testified to looking at huge binders.  One

17    witness said it was like the size of a three-ring binder of

18    photographs and telling the government about all the crimes

19    they knew about all of those people.

20         You heard that Asencio sent a list of names to the

21    government in Puerto Rico and that some of those names -- and

22    that those names didn't include Chino and Blondet.  And the

23    defense says, see.  He's a liar.  Chino and Blondet aren't on

24    that list.  He must be lying about Chino and Blondet.

25         But you know that doesn't make any sense.  That misses

M46YBLO4                    Summation - by Ms. Bagliebter

1    the point entirely.  The point is that Asencio has information

2    on many, many people and many, many crimes.  And in terms of

3    his information about Chino and Blondet, he told the truth

4    about what it was and what it wasn't.  And that's what you

5    heard from the witness stand.

6            The defense lawyers, when they talk about the

7    cooperators, they want you to believe every bad thing that they

8    said to you.  Every bad thing they did, they want you to

9    believe.  All those horrific details of their murders, that

10   part you can believe.  It's just the parts that they say about

11   their clients that they don't want you to believe.

12           (Continued on next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

1           MS. BAGLIEBTER:  (Continued) Vitito says that he shot

2      Barbosa.  Yep, you can believe that.  Vitito's a terrible guy

3      who shot Barbosa.  That's horrific.  But Vitito says that Chino

4      told him to do it.  Well, that's about their client, so it

5      can't be true.

6           Common sense tells you that's not the way it works.

7      The witnesses do not just happen to be telling the truth every

8      time they're talking about something bad they did, but not

9      telling the truth every time they're saying something about the

10     defendants.

11          Finally, the cooperators, they should be believed

12     because they are corroborated.  The defense lawyers try to

13     argue that they're not, but they are corroborated.  They're

14     corroborated by the crime scene photographs, by the

15     eyewitnesses, by the cocaine, by the recorded calls, by the

16     text messages, by the guilty plea, by the guard who transported

17     Blondet when Blondet told Harold to treat him right.  That was

18     all corroboration for the things the witnesses told you.  And

19     the defense, they brush this off as either luck or collusion,

20     but that ignores how powerful their four consistent accounts

21     are.

22          Now, Mr. Reeve, he asked you, he focused on that Pizza

23     City triple.  Remember that?  He focused on the Pizza City

24     triple for a while, and that was a murder that was only

25     discussed by one witness.  That was only discussed by Asencio.

M46HBLO5                    Rebuttal - Ms. Bagliebter

1   And then he asked you to imagine a case where you are deciding

2   the Pizza City triple murder only.  That is the most revealing

3   thing that Mr. Reeve said in his summation.  He wants you to

4   image an entirely different trial, a trial with one witness

5   talking about one isolated set of murders.

6           What he doesn't want you to think about is the trial

7   you did hear.  The thing is these cooperators, they weren't

8   telling you about one murder or one drug deal.  They told you

9   about over a decade's worth of information, over a decade's

10  worth of information about La ONU, about its rules, its

11  leaders, its meetings; over a decade worth of information about

12  Chino, about his rise to power, about his leadership style,

13  about his murders; over a decade worth of information of

14  Blondet's drug dealing, of his hotheaded style, of his growing

15  prominence in La ONU.

16          Each cooperator here, they provided breadth and depth

17  in their information, thousands of data points about life in

18  La ONU.  And that full, comprehensive account that each

19  cooperator provided, that corroborates the other comprehensive

20  accounts that the next cooperator provided.  It's the

21  interconnectedness of all of those data points of four

22  witnesses, over a decade worth of information, that's -- all of

23  that fitting together, that's how you know that you heard the

24  truth.

25          There's one more thing that defense counsel spoke

M46HBLO5                    Rebuttal - Ms. Bagliebter

1  about that I want to address, and this is really important.

2  You've heard a lot about reasonable doubt, and Judge Furman

3  will instruct you about what that phrase means, and you should

4  listen to those instructions.  I just want you to keep this in

5  mind.

6         There is really nothing mystical or magical about the

7  phrase "beyond a reasonable doubt."  It's the very same

8  standard that is used in criminal cases every day across the

9  country.  It's the same burden of proof since the country was

10  founded, and every day juries reach verdicts applying that

11  standard.  There is nothing magical about it.

12         In the end, Chino and Blondet thought that they could

13  call the shots in a murderous drug cartel for years, and that

14  they could get away with it.  They thought that they could

15  create and lead a world where they got rich off of people's

16  addictions; a world where, in the words of Figueroa Sanchez,

17  they chose who lived and who died; a world where they couldn't

18  get caught by cops because the cops were on payroll and where

19  they couldn't get caught because anyone who talked got killed.

20  But eventually, it caught up with them, and they ended up

21  somewhere that they never thought they would be, which is in

22  front of you.

23         Now you can make sure that Marquez-Alejandro and

24  Blondet don't get away with it by returning a verdict of

25  guilty.

1          MR. FREEMAN:  Judge, I object to the last phrase, "get

2     away with it."

3          THE COURT:  All right.  I think it's within bounds of

4     closing argument.

5          Again, I remind you, ladies and gentlemen, number one,

6     what the lawyers say is not evidence and, number two, you

7     should listen to my instructions.

8          You might think that you're about to hear those, but

9     you're not.  I'm going to let you go for the day in a moment.

10    The reason for that is twofold:  One is it's been a long day

11    already, and I want to make sure that you listen to me as

12    carefully as you've listened to the lawyers.  And I think that

13    that is more likely to happen if I give you the night's rest

14    and we start fresh tomorrow.

15         Second, just to give you a preview.  The instructions

16    are fairly detailed and fairly long, and I'm not actually

17    confident that I would finish by 5 o'clock.  So I'd rather do

18    it all in one sitting, and for that reason, I think it makes

19    sense to let you go now, and then we'll give you your

20    instructions first thing in the morning, after which you will

21    begin your deliberations.

22         Let me stress, number one, do not discuss the case.

23    All right?  You have not heard my instructions, and those are

24    very, very important.  You haven't heard my instructions, and

25    it's not time to begin your deliberations, so you should not

M46HBLO5

1    discuss the case with each other or with anyone else.  You

2    should not do any research about the case.  You should not

3    communicate about the case.  You should continue to keep an

4    open mind.

5            You have now heard all the evidence.  You've heard

6    both side's arguments, but you haven't heard my instructions,

7    and in that sense you don't yet know precisely what you're

8    being asked to find.  So it's critical that you wait until you

9    do and wait until your deliberations begin.  That will happen

10   tomorrow.

11           Go home.  Get a good night's rest.  Be here at the

12   usual time.  I will start my instructions, after which you will

13   begin your deliberations.  And with that, you are excused for

14   the evening.  Have a good afternoon and evening.

15           Thank you.

16           (Jury excused)

17           THE COURT:  You may be seated.

18           All right.  Mr. Freeman, you look like you want to say

19   something.

20           MR. FREEMAN:  If you don't mind, Judge, I just wanted

21   to round out the objection.

22           I think that the government in its rebuttal at the end

23   went over the line as far as calling for community action in

24   terms of public safety.  There was a phrase preceding the

25   phrase "don't let them get away with it" that struck me as

M46HBLO5

1    asking for the jury to be the law enforcement agents.

2              THE COURT:  All right.  I again think it was within

3    the bounds of proper argument.  In any event, I've reminded the

4    jury repeatedly that they're the sole and exclusive judges of

5    the facts.

6              While we're on the subject of improper arguments, two

7    things with respect to your closing, Mr. Freeman:  One is you

8    did repeatedly misstate the law with respect to Count Two.

9    Ms. Bagliebter argued as much in rebuttal, and I will give the

10   instructions about what the law is.  So I don't think it

11   requires anything more than that, but I wasn't happy to hear it

12   or see it.

13             Number two, I was very much not happy to see you make

14   an argument that I expressly forbade in my motion *in limine*

15   ruling, namely, arguing from Mr. Blondet's guilty plea to the

16   drug count that that somehow demonstrates his innocence of

17   this -- of the crimes that he's charged with here.  The

18   government moved on that.  I granted their motion.  You should

19   not have made that argument in your closing.

20             All right.  Anything to discuss?  Anything with

21   respect to the jury instructions?  I assume we can put those to

22   rest, and I'll make copies tonight.

23             MS. STERNHEIM:  Judge, with regard to a statement that

24   was made during rebuttal, and I don't have it directly, but I

25   believe Ms. Bagliebter in speaking about the date in which

M46HBLO5

1    La ONU started, made a statement that it doesn't make a

2    difference whether certain things happened before La ONU was

3    created or after, and I believe that is incorrect, especially

4    since the Court has made rulings with regard to the

5    applicability of homicides that occurred before a certain date.

6    But I would need to check the transcript to report it more

7    accurately.

8         THE COURT:  All right.  Let me look back at at least

9    the rough transcript and just see.

10        I think all she said is that you're not being asked to

11   decide when La ONU was founded, and that's certainly accurate.

12   I think, paired with my instruction that the defendants are not

13   charged with the pre-2004 conduct, that's probably sufficient.

14        But in any event, if you look at the transcript and

15   you think there's something beyond that, I'll certainly hear

16   your application, but looking back, I'm not sure that there

17   will be.

18        MS. STERNHEIM:  Thank you.

19        THE COURT:  All right.  Couple of housekeeping

20   matters.  One, again, if you can gather and agree upon the

21   physical exhibits that should go to the jury, that would be

22   great.  Have those readily available in some sort of box or

23   cart, whatever, we can provide to them after they begin their

24   deliberations.

25        Two, I don't know if the government has reviewed the

M46HBLO5

1   redacted transcript that Ms. Sternheim had prepared.  If not, I

2   would say if everybody could review it tonight so that that is

3   basically ready to go.  In the event that they do request any

4   witnesses' testimony, that would, obviously, expedite and

5   facilitate our providing it to them promptly.

6            I think that's all on my list.  Anything from any of

7   you?

8            Government?

9            MR. RODRIGUEZ:  No, your Honor.

10           THE COURT:  Mr. Freeman?

11           MR. FREEMAN:  No, your Honor.

12           THE COURT:  Ms. Sternheim?

13           MS. STERNHEIM:  No, thank you.

14           THE COURT:  All right.  It was a very well done day of

15   argument.  See you for the scintillating task of reading the

16   jury instructions in the morning, and I'll see you same time

17   tomorrow.

18           Have a good night.  Hope you get some rest.

19           (Adjourned to April 7, 2022, at 8:45 a.m.)

20

21

22

23

24

25