LAW OFFICES OF

# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: llewis@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS
—

FATOUMATA MAGASSA
*Paralegal*

October 19, 2022

**BY ECF**

*Application GRANTED. Sentencing is hereby ADJOURNED to January 26, 2023, at 10:30 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. The Clerk of Court is directed to terminate Doc. #798. SO ORDERED.*

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, New York 10007

*October 19, 2022*

Re:     *United States v. Luis Blondet*,
          16 Cr. 387 (JMF)

Dear Judge Furman:

This letter is respectfully submitted on behalf of defendant Luis Blonder, whom Louis M. Freeman, Esq. and I represent.  For the reasons set forth below, it is respectfully requested that Mr. Blondet's sentencing, currently scheduled for November 3, 2022 (with the defense submission due tomorrow) be adjourned for 60 days.  We have been in contact with Assistant United States Attorney Justin V. Rodriguez, who has informed us that the government does not object to this application.  This is Mr. Blondet's second request for an adjournment of his sentencing.

The adjournment is requested because (1)  Mr. Blondet has informed Mr. Freeman and me that last week he mailed to Mr. Freeman his letter to the Court.  However, it has not yet been received.  In our experience, that is not a good sign, as in the past such delays often mean the letter will not be received at all.  Mail from inmates at the Metropolitan Detention Center ("MDC") frequently disappears.  In addition, even if Mr. Blondet does not have to rewrite his letter (and even if he does), it will have to be translated into English;  and (2) we are awaiting receipt of medical records from MDC that will provide documentary corroboration of Mr. Blondet's several serious and ongoing medical problems.  In addition, given the unpredictability of visiting at MDC due to sporadic unanticipated lockdowns and quarantines, as well as the limited availability of interpreters, we will then need sufficient time to review the final draft with Mr. Blondet.

LAW OFFICES OF

**DRATEL & LEWIS**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
October 19, 2022
Page 2 of 2

     Accordingly, it is respectfully requested that Mr. Blondet's sentencing be adjourned for 60 days.  As noted above, the government does not object to this application.

     Respectfully submitted,

Joshua L. Dratel

Louis M. Freeman

JLD/