UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | **16 Cr. 387 (JMF)** |
| LUIS BLONDET, | |
| Defendant. | |

WHEREAS, the Court entered an Opinion and Order in the above-referenced matter on December 2, 2022 granting in part Defendant Luis Blondet's motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 (Doc. 804);

WHEREAS, the United States of America, by and through Damian Williams, United States Attorney, Jacob R. Fiddelman, Assistant United States Attorney, of counsel, has requested an extension of the January 3, 2023 deadline by which to file a Notice of Appeal of that Order as required by Federal Rules of Appellate Procedure 4(b)(1)(B)(i) and 26(a)(1)(C) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may—before or after the time has expired, with or without motion and notice—extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Office of the Solicitor General to review the Court's Opinion and Order and determine whether to appeal; and

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is

extended by 30 days, until and including February 2, 2023.

Unless and until the Court orders otherwise, sentencing remains January 26, 2023.  The parties should confer and file an appropriate letter motion if they believe the date should be adjourned.

Dated: New York, New York
December 30, 2022

The Clerk of Court is directed to
terminate ECF No. 808.

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK