LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
—
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS                                                    FATOUMATA MAGASSA
—                                                                              *Paralegal*
AMY E. GREER

February 13, 2023

**BY ECF**

> The Court clarifies that counsel was indeed appointed pursuant to the Criminal Justice Act. The Clerk of Court is directed to terminate ECF No. 833. SO ORDERED.
>
> /s/ Jesse M. Furman
> February 13, 2023

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, New York 10007

Re:  *United States v. Luis Blondet*,
      16 Cr. 387 (JMF)

Dear Judge Furman:

    This letter is in regard to my continued representation (along with Louis M. Freeman, Esq.) of defendant Luis Blondet on his appeal to the Second Circuit. According to the Second Circuit Clerk's Office, the Court's May 17, 2017, Order adding me as learned counsel for Mr. Blondet, reflected in ECF # 90, did not specify that I was appointed pursuant to the Criminal Justice Act ("CJA"). As a result, the Second Circuit is considering me a Federal Defender and will not authorize me to commence a voucher for the appeal. The Case Manager for the appeal has informed my office that this issue can be rectified by the Court's endorsement of this letter respectfully requesting that the Court clarify that ECF # 90 was intended to appoint me pursuant to the CJA.

                                                            Respectfully submitted,

                                                            Joshua L. Dratel

JLD/